# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **'09 - CV - 01169**

(To be supplied by the court)

_Solomon B Cohen, pro-se_ , Plaintiff,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2009

GREGORY C. LANGHAM
CLERK

v.

_John Longshore, Field Office Director_
_— Dept of Homeland Security, Denver, State of Colorado_

_Capt Dan Muldoon, Jail Administrator_

_Fred Wegener, Sheriff_ , Defendant(s).
  ET ALL  — SEE PRISONER COMPLAINT

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   _CIVIL RIGHTS VIOLATION— DENIAL OF_
   _KOSHER FOOD (1st AMENDMENT)_

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

ETRADE BANK   $50

INMATE Account   $0-61

5. Are you in imminent danger of serious physical injury?

✓ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

THREATENED WITH RETALIATION; HAVE HAD NO HOT MEAL FOR ONE WEEK.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   05/08/09
              (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)   2

****** RESIDENT COPY ******

PAK Order
Receipt # A193944

Park County Jail
05/04/2009 03:51:18
ST 001 / OPR 0112

COHEN,
 SOLOMON BEN-TOV

 OCA # or DOC # : 0016519
 Date of Birth : 12/24/1960
 Location      :

| PAK | PAK NAME | QTY | SUB-TOTAL |
|-----|----------|-----|-----------|
| 1 | Phone Card $5 | 2 | 10.00 |

```
              Sub-Total    10.00
              Tax           0.00
                          ---------
              Total        10.00
```

Debt Balance :         $0.00
Commissary Balance :   $2.61

```
                    :===================================:
                               THE GEO GROUP, INC.
                    :===================================:

                             Resident Account Summary
                          Friday, May 01, 2009  @09:35
```

For Inmate ID: L2580     COHEN, SOLOMON

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 05/01/2009 | CASH | RELEASE OR CLOSEOUT TRANS. | -12.61 | 0.00 | 0.00 | 0.00 | |
| 05/01/2009 | STAMPS | DENVER PRIORITY | -6.85 | 12.61 | 0.00 | 0.00 | |
| 05/01/2009 | DEPCA | INTAKE 05/01/09 | 19.46 | 19.46 | 0.00 | 0.00 | |
| 05/01/2009 | COMM IN | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04/30/2009 | CASH | RELEASE OR CLOSEOUT TRANS. | -19.46 | 0.00 | 0.00 | 0.00 | |
| 04/30/2009 | STAMPS | ARVADA | -0.42 | 19.46 | 0.00 | 0.00 | |
| 04/30/2009 | STAMPS | LONDON, U.K. EXPRESS | -27.95 | 19.88 | 0.00 | 0.00 | |
| 04/30/2009 | STAMPS | WA, D.C. | -1.00 | 47.83 | 0.00 | 0.00 | |
| 04/30/2009 | STAMPS | DENVER CERT. | -6.24 | 48.83 | 0.00 | 0.00 | |
| 04/30/2009 | MISC | CK #13188 TO JAMES PEARSOI | -50.00 | 55.07 | 0.00 | 0.00 | |
| 04/29/2009 | PHONE CARDS | L | -5.00 | 105.07 | 0.00 | 0.00 | |
| 04/29/2009 | STAMPS | DENVER CERT. | -9.85 | 110.07 | 0.00 | 0.00 | |
| 04/28/2009 | STAMPS | PUEBLO CERT. | -5.32 | 119.92 | 0.00 | 0.00 | |
| 04/28/2009 | STAMPS | DENVER CERT. | -6.07 | 125.24 | 0.00 | 0.00 | |
| 04/28/2009 | STAMPS | DENVER | -1.34 | 131.31 | 0.00 | 0.00 | |
| 04/28/2009 | MISC | CK #13180 TO POST NET | -50.00 | 132.65 | 0.00 | 0.00 | |
| 04/27/2009 | PHONE CARDS | L | -20.00 | 182.65 | 0.00 | 0.00 | |
| 04/27/2009 | DEPCA | INTAKE 04/24/09  2535896 | 71.00 | 202.65 | 0.00 | 0.00 | |
| 04/24/2009 | STAMPS | WA D.C. PRIO. 04/24/09 | -4.95 | 131.65 | 0.00 | 0.00 | |
| 04/24/2009 | STAMPS | DENVER CERT. 04/24/09 | -6.75 | 136.60 | 0.00 | 0.00 | |
| 04/24/2009 | STAMPS | DENVER 04/24/09 | -1.85 | 143.35 | 0.00 | 0.00 | |
| 04/23/2009 | EPR | OID:100081686-ComisaryPur | -27.48 | 145.20 | 0.00 | 0.00 | |
| 04/23/2009 | STAMPS | DENVER CERT. | -6.58 | 172.68 | 0.00 | 0.00 | |
| 04/23/2009 | STAMPS | DENVER CERT. | -6.92 | 179.26 | 0.00 | 0.00 | |
| 04/23/2009 | STAMPS | ALBANY CERT. 04/23/09 | -5.32 | 186.18 | 0.00 | 0.00 | |
| 04/22/2009 | STAMPS | WA D.C. CERT. 04/22/09 | -6.58 | 191.50 | 0.00 | 0.00 | |
| 04/21/2009 | PHONE CARDS | L | -20.00 | 198.08 | 0.00 | 0.00 | |
| 04/21/2009 | STAMPS | WA D.C. PRIO. 04/21/09 | -4.95 | 218.08 | 0.00 | 0.00 | |
| 04/21/2009 | STAMPS | DENVER 04/21/09 | -5.90 | 223.03 | 0.00 | 0.00 | |
| 04/21/2009 | STAMPS | DENVER CERT. 04/21/09 | -6.24 | 228.93 | 0.00 | 0.00 | |
| 04/21/2009 | STAMPS | DENVER 04/21/09 | -1.17 | 235.17 | 0.00 | 0.00 | |
| 04/21/2009 | DEPCA | INTAKE 04/20/09  2556197 | 71.00 | 236.34 | 0.00 | 0.00 | |
| 04/20/2009 | STAMPS | DENVER EXP. 04/20/09 | -17.20 | 165.34 | 0.00 | 0.00 | |
| 04/17/2009 | STAMPS | DENVER CERT. 04/17/09 | -6.92 | 182.54 | 0.00 | 0.00 | |
| 04/16/2009 | EPR | OID:100081472-ComisaryPur | -13.11 | 189.46 | 0.00 | 0.00 | |
| 04/14/2009 | PHONE CARDS | SEG | -20.00 | 202.57 | 0.00 | 0.00 | |
| 04/13/2009 | DEPCA | INTAKE 04/11/09  2555561 | 72.00 | 222.57 | 0.00 | 0.00 | |
| 04/09/2009 | EPR | OID:100081313-ComisaryPur | -20.35 | 150.57 | 0.00 | 0.00 | |
| 04/09/2009 | STAMPS | LA,CA PRIORITY 04/09/09 | -4.95 | 170.92 | 0.00 | 0.00 | |
| 04/08/2009 | PHONE CARDS | SEG | -40.00 | 175.87 | 0.00 | 0.00 | |
| 04/08/2009 | STAMPS | DENVER 04/08/09 | -1.85 | 215.87 | 0.00 | 0.00 | |
| 04/07/2009 | STAMPS | UNITED KINGDOM 04/07/09 | -5.20 | 217.72 | 0.00 | 0.00 | |
| 04/07/2009 | DEPCA | INTAKE 04/06/09  2555385 | 70.00 | 222.92 | 0.00 | 0.00 | |
| 04/06/2009 | STAMPS | DENVER CERT. 04/06/09 | -9.85 | 152.92 | 0.00 | 0.00 | |
| 04/06/2009 | DEPCA | INTAKE 04/03/09  2555705 | 68.00 | 162.77 | 0.00 | 0.00 | |
| 04/02/2009 | EPR | OID:100081087-ComisaryPur | -17.02 | 94.77 | 0.00 | 0.00 | |
| 03/31/2009 | DEPCA | INTAKE 03/30/09  2535706 | 84.00 | 111.79 | 0.00 | 0.00 | |
| 03/30/2009 | STAMPS | DENVER CERT.7006215000023 | -9.85 | 27.79 | 0.00 | 0.00 | |
| 03/30/2009 | STAMPS | DENVER 03/30/09 | -2.87 | 37.64 | 0.00 | 0.00 | |
| 03/30/2009 | STAMPS | DENVER 03/30/09 | -1.51 | 40.51 | 0.00 | 0.00 | |
| 03/30/2009 | STAMPS | DENVER 03/30/09 | -1.51 | 42.02 | 0.00 | 0.00 | |
| 03/27/2009 | STAMPS | DENVER CERT. 03/27/09 | -6.41 | 43.53 | 0.00 | 0.00 | |
| 03/26/2009 | EPR | OID:100080648-ComisaryPur | -30.49 | 49.94 | 0.00 | 0.00 | |
| 03/26/2009 | PHONE CARDS | SEG | -40.00 | 80.43 | 0.00 | 0.00 | |
| 03/23/2009 | PHONE CARDS | C | -20.00 | 120.43 | 0.00 | 0.00 | |
| 03/23/2009 | DEPCA | INTAKE 03/21/09  2556565 | 68.00 | 140.43 | 0.00 | 0.00 | |
| 03/23/2009 | DEPCA | INTAKE 03/21/09  2556564 | 60.00 | 72.43 | 0.00 | 0.00 | |
| 03/20/2009 | STAMPS | DENVER XERT. 03/20/09 | -9.85 | 12.43 | 0.00 | 0.00 | |

```
:===============================================:
                    THE GEO GROUP, INC.
:===============================================:

                   Resident Account Summary
                   Friday, May 01, 2009  @09:35

================================================================================
For Inmate ID: L2580     COHEN, SOLOMON
--------------------------------------------------------------------------------
  Date      Transaction  Description              Amount    Balance   Owed    Held    Reference
--------------------------------------------------------------------------------
03/20/2009  STAMPS       DENVER 03/20/09           -1.51    22.28     0.00    0.00
03/19/2009  EPR          OID:100080481-ComisaryPur -31.41   23.79     0.00    0.00
03/19/2009  PAYROLL      WEST   03/18/09            1.00    55.20     0.00    0.00
03/17/2009  PHONE CARDS  C                         -20.00   54.20     0.00    0.00
03/16/2009  DEPCA        INTAKE 03/13/09  2556388   67.00   74.20     0.00    0.00
03/13/2009  STAMPS       VA EXP. 03/13/09          -17.50    7.20     0.00    0.00
03/12/2009  EPR          OID:100080234-ComisaryPur -23.44   24.70     0.00    0.00
03/09/2009  PHONE CARDS  C                          -5.00   48.14     0.00    0.00
03/09/2009  STAMPS       VA CERT. 03/09/09          -5.32   53.14     0.00    0.00
03/09/2009  STAMPS       PUEBLO 03/09/09            -5.90   58.46     0.00    0.00
03/09/2009  STAMPS       PALM SPRINGS CERT. 03/09/0 -5.32   64.36     0.00    0.00
03/09/2009  DEPCA        INTAKE 03/07/09  2556244   68.00   69.68     0.00    0.00
03/06/2009  CASH         CASHIERS CK/FEE TO DET -  -107.00   1.68     0.00    0.00
03/06/2009  MISC         CK #15011 TO POST NET     -50.00  108.68     0.00    0.00
03/05/2009  EPR          OID:100079979-ComisaryPur -47.83  158.68     0.00    0.00
03/05/2009  PHONE CARDS  C                         -20.00  206.51     0.00    0.00
03/05/2009  STAMPS       PUEBLO CERT. 03/05/09      -5.90  226.51     0.00    0.00
03/05/2009  STAMPS       DENVER  CERT. 03/05/09     -6.58  232.41     0.00    0.00
03/03/2009  STAMPS       DENVER CERT.03/03/09       -6.07  238.99     0.00    0.00
03/02/2009  STAMPS       NY. N.Y. CERT. 03/02/09    -5.32  245.06     0.00    0.00
03/02/2009  PHONE CARDS  C                         -20.00  250.38     0.00    0.00
03/02/2009  CASH         CASHIERS CK/FEE TO COLUMB -52.00  270.38     0.00    0.00
03/02/2009  STAMPS       VA EXP. 03/02/09          -17.50  322.38     0.00    0.00
03/02/2009  STAMPS       WA, D.C. 03/02/09          -4.95  339.88     0.00    0.00
03/02/2009  STAMPS       VISTA CERT. 03/02/09       -6.92  344.83     0.00    0.00
03/02/2009  STAMPS       DENVER CERT. 03/02/09      -6.58  351.75     0.00    0.00
03/02/2009  STAMPS       CA CERT. 03/02/09          -6.92  358.33     0.00    0.00
03/02/2009  STAMPS       NY,NY. 03/02/09            -5.49  365.25     0.00    0.00
03/02/2009  DEPCA        INTAKE 02/27/09  2535341   70.00  370.74     0.00    0.00
02/27/2009  PHONE CARDS  C                         -20.00  300.74     0.00    0.00
02/27/2009  PAYROLL      WEST 02/26/09               1.00  320.74     0.00    0.00
02/26/2009  EPR          OID:100079732-ComisaryPur -30.35  319.74     0.00    0.00
02/26/2009  STAMPS       L.A. CA. CERT. 02/26/09    -5.49  350.09     0.00    0.00
02/26/2009  STAMPS       WA.D.C. CERT. 02/26/09     -5.49  355.58     0.00    0.00
02/26/2009  STAMPS       WA.D.C. PRO 02/26/09       -4.95  361.07     0.00    0.00
02/26/2009  STAMPS       WA.D.C. PRIOR. 02/26/09    -4.95  366.02     0.00    0.00
02/24/2009  STAMPS       N.Y. 02/24/09              -6.24  370.97     0.00    0.00
02/24/2009  STAMPS       MIAMI CERT. 02/24/09       -5.32  377.21     0.00    0.00
02/23/2009  PHONE CARDS  C                         -20.00  382.53     0.00    0.00
02/23/2009  STAMPS       WA D.C.  EXP. 02/23/09    -17.50  402.53     0.00    0.00
02/23/2009  STAMPS       DENVER CERT. 02/23/09      -5.32  420.03     0.00    0.00
02/23/2009  DEPCA        INTAKE 02/21/09  2534871   68.00  425.35     0.00    0.00
02/19/2009  EPR          OID:100079449-ComisaryPur -90.23  357.35     0.00    0.00
02/19/2009  STAMPS       WA D.C. CERT. 02/19/09     -5.32  447.58     0.00    0.00
02/19/2009  STAMPS       DENVER CERT. 02/19/09      -6.24  452.90     0.00    0.00
02/18/2009  STAMPS       WA.DC.CERT. 02/18/09       -9.85  459.14     0.00    0.00
02/18/2009  STAMPS       WA.DC.CERT. 02/18/09       -9.85  468.99     0.00    0.00
02/18/2009  DEPCA        INTAKE 02/17/09  2536359   30.00  478.84     0.00    0.00
02/18/2009  DEPCA        INTAKE 02/17/09  2536358   70.00  448.84     0.00    0.00
02/17/2009  STAMPS       LONDON 02/17/09            -6.80  378.84     0.00    0.00
02/17/2009  STAMPS       MIAMI CERT. 02/17/09       -5.49  385.64     0.00    0.00
02/13/2009  PHONE CARDS  C                         -20.00  391.13     0.00    0.00
02/13/2009  STAMPS       DENVER CERT. 02/13/09      -9.85  411.13     0.00    0.00
02/12/2009  EPR          OID:100079216-ComisaryPur -54.79  420.98     0.00    0.00
02/12/2009  PHONE CARDS  C                         -20.00  475.77     0.00    0.00
02/11/2009  STAMPS       VIRGINIA 02/11/09          -5.32  495.77     0.00    0.00
02/10/2009  STAMPS       WA,DC. EXP. 02/10/09      -17.50  501.09     0.00    0.00
02/10/2009  DEPCA        INTAKE 02/09/09  2535548   70.00  518.59     0.00    0.00
--------------------------------------------------------------------------------
                                    Page 2
```

```
:===================================================:
                    THE GEO GROUP, INC.
:===================================================:
                  Resident Account Summary
                  Friday, May 01, 2009  @09:35
===========================================================================
For Inmate ID: L2580     COHEN, SOLOMON
---------------------------------------------------------------------------
  Date       Transaction  Description           Amount    Balance    Owed    Held    Reference
---------------------------------------------------------------------------
02/09/2009 PHONE CARDS  C_____  -20.00    448.59    0.00    0.00
02/09/2009 STAMPS       ENGLAND 02/09/09            -6.00    468.59    0.00    0.00
02/09/2009 STAMPS       KANSAS CITY, MO 02/09/09    -6.75    474.59    0.00    0.00
02/09/2009 STAMPS       DENVER 02/09/09             -6.24    481.34    0.00    0.00
02/09/2009 STAMPS       NY 02/09/09                 -5.49    487.58    0.00    0.00
02/09/2009 STAMPS       WASH. D.C. 02/09/09         -5.32    493.07    0.00    0.00
02/06/2009 STAMPS       DENVER CERT. 02/06/09      -11.00    498.39    0.00    0.00
02/05/2009 EPR          OID:100078979-ComisaryPur  -35.89    509.39    0.00    0.00
02/04/2009 PHONE CARDS  C_____  -20.00    545.28    0.00    0.00
02/04/2009 STAMPS       NY. CERT. 02/04/09          -5.49    565.28    0.00    0.00
02/04/2009 STAMPS       LIECHTENSTEIN 02/04/09     -27.95    570.77    0.00    0.00
02/02/2009 PHONE CARDS  C_____  -20.00    598.72    0.00    0.00
02/02/2009 STAMPS       LOS ANGELES CERT. 2/2/09    -5.32    618.72    0.00    0.00
02/02/2009 DEPCA        INTAKE 01/31/09  2533561    67.00    624.04    0.00    0.00
01/30/2009 PHONE CARDS  C_____  -20.00    557.04    0.00    0.00
01/30/2009 STAMPS       DENVER CERT. 1/30/09        -6.07    577.04    0.00    0.00
01/29/2009 EPR          OID:100078776-ComisaryPur  -42.96    583.11    0.00    0.00
01/29/2009 PHONE CARDS  C_____  -20.00    626.07    0.00    0.00
01/28/2009 PHONE CARDS  C_____  -20.00    646.07    0.00    0.00
01/28/2009 STAMPS       WA, D.C. EX-FLAT 01/28/09  -17.50    666.07    0.00    0.00
01/27/2009 PHONE CARDS  C_____  -20.00    683.57    0.00    0.00
01/27/2009 STAMPS       MAILED 1/27/09 - EXPRESS   -51.25    703.57    0.00    0.00
01/27/2009 STAMPS       MAILED 1/27/09 - UK        -10.10    754.82    0.00    0.00
01/26/2009 PHONE CARDS  C_____  -20.00    764.92    0.00    0.00
01/26/2009 DEPCA        INTAKE 01/24/09  2534733    70.00    784.92    0.00    0.00
01/22/2009 EPR          OID:100078533-ComisaryPur  -38.16    714.92    0.00    0.00
01/22/2009 DEPMO        INTAKE 01/21/09  2565866   150.00    753.08    0.00    0.00
01/20/2009 PHONE CARDS  C_____  -40.00    603.08    0.00    0.00
01/19/2009 DEPCA        INTAKE 01/17/09  2565730    72.00    643.08    0.00    0.00
01/16/2009 PHONE CARDS  C_____  -25.00    571.08    0.00    0.00
01/16/2009 DEPCA        INTAKE 01/15/09  2565688     8.00    596.08    0.00    0.00
01/15/2009 EPR          OID:100078262-ComisaryPur  -34.44    588.08    0.00    0.00
01/14/2009 DEPCK        INTAKE 01/14/09   411595   350.70    622.52    0.00    0.00
01/14/2009 STAMPS       DENVER,01/14/09             -9.70    271.82    0.00    0.00
01/13/2009 STAMPS       WASH. D.C. 01/13/09         -9.70    281.52    0.00    0.00
01/13/2009 STAMPS       PUEBLO,CO 01/13/09          -5.32    291.22    0.00    0.00
01/13/2009 DEPCA        INTAKE 01/12/09  2565588    70.00    296.54    0.00    0.00
01/12/2009 PHONE CARDS  C_____  -20.00    226.54    0.00    0.00
01/12/2009 STAMPS       LONDON 01/12/09            -25.95    246.54    0.00    0.00
01/12/2009 STAMPS       NEWYORK01/12/09             -5.49    272.49    0.00    0.00
01/12/2009 STAMPS       VIRGINIA 01/12/09           -5.32    277.98    0.00    0.00
01/12/2009 STAMPS       DENVER 01/12/09             -0.42    283.30    0.00    0.00
01/12/2009 DEPCA        INTAKE 01/10/09  2565569    70.00    283.72    0.00    0.00
01/09/2009 PHONE CARDS  C_____  -25.00    213.72    0.00    0.00
01/08/2009 EPR          OID:100078004-ComisaryPur  -18.35    238.72    0.00    0.00
01/08/2009 STAMPS       CERTIFIED LA, CA 01/08/09   -5.32    257.07    0.00    0.00
01/06/2009 STAMPS       EXPRESS FLAT D.C.          -16.50    262.39    0.00    0.00
01/06/2009 PHONE CARDS  C_____  -20.00    278.89    0.00    0.00
01/06/2009 DEPCA        INTAKE 01/05/09  2565398    71.00    298.89    0.00    0.00
01/05/2009 PHONE CARDS  C_____  -25.00    227.89    0.00    0.00
01/05/2009 STAMPS       VIRGINIA EXPRESS FLAT      -16.50    252.89    0.00    0.00
01/05/2009 STAMPS       DENVER 01/05/09             -5.20    269.39    0.00    0.00
01/05/2009 STAMPS       DENVER CERTIF 01/05/09     -10.10    274.59    0.00    0.00
01/05/2009 STAMPS       DENVER CERT. 01/05/09       -6.07    284.69    0.00    0.00
12/31/2008 EPR          OID:100077754-ComisaryPur  -34.23    290.76    0.00    0.00
12/31/2008 PHONE CARDS  C_____  -25.00    324.99    0.00    0.00
12/30/2008 DEPCA        INTAKE 12/29/08  2565232   144.00    349.99    0.00    0.00
12/29/2008 PAYROLL      WEST CORE 12/28/08           1.00    205.99    0.00    0.00
---------------------------------------------------------------------------
                                  Page 3
```

```
================================================
               THE GEO GROUP, INC.
================================================
                Resident Account Summary
                Friday, May 01, 2009  @09:35
================================================================

For Inmate ID: L2580     COHEN, SOLOMON
----------------------------------------------------------------------------------
 Date        Transaction  Description              Amount    Balance    Owed    Held    Reference
----------------------------------------------------------------------------------
12/26/2008   DEPCA        INTAKE 12/24/08  2565146   75.00    204.99    0.00    0.00
12/24/2008   EPR          OID:100077505-ComisaryPur -10.53    129.99    0.00    0.00
12/23/2008   PHONE CARDS  C_____  -20.00    140.52    0.00    0.00
12/23/2008   DEPCA        INTAKE 12/22/08  2565061  148.00    160.52    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     12.52    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     17.32    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     22.12    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     26.92    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     31.72    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     36.52    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     41.32    0.00    0.00
12/22/2008   STAMPS       PRIORITY - DENVER 12/22/0  -4.80     46.12    0.00    0.00
12/19/2008   PHONE CARDS  C_____  -20.00     50.92    0.00    0.00
12/19/2008   STAMPS       STAMPS 12/19/08            -5.32     70.92    0.00    0.00
12/19/2008   STAMPS       STAMPS 12/19/08            -0.94     76.24    0.00    0.00
12/19/2008   STAMPS       STAMPS 12/19/08            -0.94     77.18    0.00    0.00
12/18/2008   STAMPS       CERTIFIED MAIL 12/18/08   -11.95     78.12    0.00    0.00
12/18/2008   EPR          OID:100077256-ComisaryPur -55.18     90.07    0.00    0.00
12/17/2008   PHONE CARDS  C_____   -5.00    145.25    0.00    0.00
12/15/2008   PHONE CARDS  C_____  -15.00    150.25    0.00    0.00
12/15/2008   STAMPS       STAMPS 12/15/08            -5.20    165.25    0.00    0.00
12/15/2008   PAYROLL      WEST 12/14/08               1.00    170.45    0.00    0.00
12/12/2008   DEPCA        INTAKE 12/11/08  2564759   72.00    169.45    0.00    0.00
12/11/2008   EPR          OID:100077028-ComisaryPur -55.25     97.45    0.00    0.00
12/08/2008   PHONE CARDS  C_____  -25.00    152.70    0.00    0.00
12/08/2008   STAMPS       EXPRESS MAIL (VIRGINIA)   -16.50    177.70    0.00    0.00
12/08/2008   DEPCA        INTAKE 12/05/08  2564589   75.00    194.20    0.00    0.00
12/05/2008   PHONE CARDS  C_____  -25.00    119.20    0.00    0.00
12/05/2008   STAMPS       CERTIFIED MAIL             -7.43    144.20    0.00    0.00
12/05/2008   STAMPS       CERTIFIED MAIL             -5.90    151.63    0.00    0.00
12/04/2008   EPR          OID:100076787-ComisaryPur -40.81    157.53    0.00    0.00
12/04/2008   PHONE CARDS  C_____  -20.00    198.34    0.00    0.00
12/04/2008   STAMPS       12/04/08 AIRMAIL TO LIECH  -2.00    218.34    0.00    0.00
12/03/2008   MISC         CK #14745 TO COLO STATE P  -5.40    220.34    0.00    0.00
12/02/2008   PHONE CARDS  C_____  -20.00    225.74    0.00    0.00
12/01/2008   STAMPS       STAMPS (EXPRESS MAIL) 12/ -25.40    245.74    0.00    0.00
12/01/2008   DEPCA        INTAKE 11/29/08  2564409   73.00    271.14    0.00    0.00
11/26/2008   EPR          OID:100076572-ComisaryPur -46.58    198.14    0.00    0.00
11/26/2008   STAMPS       STAMPS 11/26/08            -1.68    244.72    0.00    0.00
11/25/2008   STAMPS       STAMPS 11/25/08  PRIORITY  -4.80    246.40    0.00    0.00
11/24/2008   STAMPS       STAMPS 11/24/08 CERTIFIED  -5.32    251.20    0.00    0.00
11/24/2008   STAMPS       STAMPS 11/24/08 PRIORITY   -4.80    256.52    0.00    0.00
11/24/2008   STAMPS       STAMPS 11/24/08            -4.80    261.32    0.00    0.00
11/24/2008   STAMPS       STAMPS 11/24/08 EXPRESS   -19.25    266.12    0.00    0.00
11/24/2008   PHONE CARDS  C_____  -25.00    285.37    0.00    0.00
11/24/2008   DEPCA        INTAKE 11/21/08  2564175   72.00    310.37    0.00    0.00
11/21/2008   PHONE CARDS  C_____  -25.00    238.37    0.00    0.00
11/20/2008   EPR          OID:100076318-ComisaryPur -46.33    263.37    0.00    0.00
11/19/2008   PAYROLL      WEST 11/18/08               1.00    309.70    0.00    0.00
11/18/2008   DEPCA        INTAKE11/17/08  2563932    76.00    308.70    0.00    0.00
11/17/2008   STAMPS       STAMPS 11/17/08            -6.07    232.70    0.00    0.00
11/17/2008   PHONE CARDS  C_____  -25.00    238.77    0.00    0.00
11/13/2008   EPR          OID:100076084-ComisaryPur -39.05    263.77    0.00    0.00
11/13/2008   STAMPS       STAMPS 11/13/08            -6.41    302.82    0.00    0.00
11/13/2008   STAMPS       STAMPS 11/13/08            -9.70    309.23    0.00    0.00
11/13/2008   STAMPS       STAMPS 11/13/08            -4.80    318.93    0.00    0.00
11/13/2008   STAMPS       STAMPS 11/13/08            -4.80    323.73    0.00    0.00
11/12/2008   STAMPS       STAMPS 11/12/2008          -5.32    328.53    0.00    0.00
----------------------------------------------------------------------------------
                                Page 4
```

```
==============================================
                THE GEO GROUP, INC.
==============================================
              Resident Account Summary
              Friday, May 01, 2009  @09:35
==============================================================

For Inmate ID: L2580     COHEN, SOLOMON
--------------------------------------------------------------------------------
  Date       Transaction Description              Amount    Balance    Owed      Held     Reference
--------------------------------------------------------------------------------
11/12/2008 DEPCA       INTAKE11/10/08   2563769    75.00    333.85    0.00    0.00
11/10/2008 PHONE CARDS C_____       -20.00    258.85    0.00    0.00
11/10/2008 STAMPS      STAMPS 11/10/08             -5.90    278.85    0.00    0.00
11/10/2008 DEPCA       INTAKE11/07/08   2563695    80.00    284.75    0.00    0.00
11/06/2008 EPR         OID:100075844-ComisaryPur  -49.29    204.75    0.00    0.00
11/06/2008 DEPCK       INTAKE 11/05/08  2563602   250.00    254.04    0.00    0.00
11/05/2008 STAMPS      STAMPS  11/05/08            -7.09      4.04    0.00    0.00
11/04/2008 STAMPS      STAMPS 11/04/08             -7.09     11.13    0.00    0.00
10/30/2008 EPR         OID:100075636-ComisaryPur  -39.79     18.22    0.00    0.00
10/30/2008 STAMPS      STAMPS/MAIL 10/30/08        -5.21     58.01    0.00    0.00
10/29/2008 CASH        CASHIERS CK  FEE - MELISS  -12.00     63.22    0.00    0.00
10/28/2008 STAMPS      STAMPS 10/28/08             -1.74     75.22    0.00    0.00
10/27/2008 STAMPS      STAMPS 10/27/08             -5.49     76.96    0.00    0.00
10/23/2008 EPR         OID:100075424-ComisaryPur  -52.36     82.45    0.00    0.00
10/21/2008 PHONE CARDS C_____       -20.00    134.81    0.00    0.00
10/21/2008 STAMPS      STAMPS 10/21/2008           -3.60    154.81    0.00    0.00
10/20/2008 STAMPS      STAMPS  10/20/2008          -6.58    158.41    0.00    0.00
10/20/2008 DEPCA       INTAKE 10/17/08  2562999    10.00    164.99    0.00    0.00
10/17/2008 STAMPS      STAMPS 10/17/2008           -5.32    154.99    0.00    0.00
10/16/2008 EPR         OID:100075191-ComisaryPur  -42.48    160.31    0.00    0.00
10/16/2008 PHONE CARDS C_____       -40.00    202.79    0.00    0.00
10/16/2008 STAMPS      STAMPS 10/16/2008           -0.16    242.79    0.00    0.00
10/15/2008 PHONE CARDS C_____       -40.00    242.95    0.00    0.00
10/15/2008 STAMPS      STAMPS 10/15/2008           -8.45    282.95    0.00    0.00
10/15/2008 STAMPS      STAMPS 10/15/2008           -6.00    291.40    0.00    0.00
10/15/2008 STAMPS      STAMPS 10/15/2008           -9.70    297.40    0.00    0.00
10/15/2008 DEPMO       INTAKE 10/14/08  2562915   300.00    307.10    0.00    0.00
10/14/2008 PHONE CARDS C_____       -10.00      7.10    0.00    0.00
10/14/2008 DEPCA       INTAKE 10/11/08  2562845    10.00     17.10    0.00    0.00
10/14/2008 STAMPS      STAMPS 10/14/2008           -4.90      7.10    0.00    0.00
10/14/2008 STAMPS      STAMPS 10/14/2008           -4.80     12.00    0.00    0.00
10/14/2008 STAMPS      STAMPS 10/14/2008           -6.58     16.80    0.00    0.00
10/10/2008 PHONE CARDS C_____       -40.00     23.38    0.00    0.00
10/09/2008 EPR         OID:100074938-ComisaryPur  -51.83     63.38    0.00    0.00
10/08/2008 PHONE CARDS C_____        -5.00    115.21    0.00    0.00
10/08/2008 STAMPS      STAMPS 10/08/2008           -6.07    120.21    0.00    0.00
10/08/2008 STAMPS      STAMPS 10/08/2008           -1.17    126.28    0.00    0.00
10/07/2008 PHONE CARDS C_____       -50.00    127.45    0.00    0.00
10/06/2008 PHONE CARDS C_____       -40.00    177.45    0.00    0.00
10/06/2008 DEPCA       INTAKE 10/03/08  2562570    20.00    217.45    0.00    0.00
10/03/2008 STAMPS      STAMPS 10/03/08             -7.80    197.45    0.00    0.00
10/03/2008 PHONE CARDS C_____       -45.00    205.25    0.00    0.00
10/02/2008 EPR         OID:100074676-ComisaryPur  -37.49    250.25    0.00    0.00
10/01/2008 PHONE CARDS C_____       -40.00    287.74    0.00    0.00
09/29/2008 DEPCA       INTAKE 09/26/08  2562327    20.00    327.74    0.00    0.00
09/26/2008 PHONE CARDS C_____       -40.00    307.74    0.00    0.00
09/26/2008 STAMPS      STAMPS 09/26/2008           -3.60    347.74    0.00    0.00
09/25/2008 EPR         OID:100074420-ComisaryPur  -59.00    351.34    0.00    0.00
09/25/2008 PHONE CARDS C_____       -40.00    410.34    0.00    0.00
09/24/2008 STAMPS      STAMPS 09/24/2008           -9.70    450.34    0.00    0.00
09/23/2008 DEPCA       INTAKE 09/22/08  2535481    10.00    460.04    0.00    0.00
09/22/2008 DEPCA       INTAKE 09/20/08  2535423    10.00    450.04    0.00    0.00
09/19/2008 PHONE CARDS C_____       -50.00    440.04    0.00    0.00
09/18/2008 EPR         OID:100074175-ComisaryPur  -33.84    490.04    0.00    0.00
09/18/2008 DEPMO       INTAKE 09/17/08  2536736   300.00    523.88    0.00    0.00
09/16/2008 PHONE CARDS C_____       -40.00    223.88    0.00    0.00
09/16/2008 DEPCA       INTAKE 09/15/08  2534711    10.00    263.88    0.00    0.00
09/15/2008 PHONE CARDS C_____       -40.00    253.88    0.00    0.00
--------------------------------------------------------------------------------
                                Page 5
```


```
:=============================================:
                   THE GEO GROUP, INC.
:=============================================:

                   Resident Account Summary
                   Friday, May 01, 2009  @09:35
```

For Inmate ID: L2580     COHEN, SOLOMON

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 09/15/2008 | DEPCA | INTAKE 09/12/08  2534632 | 10.00 | 293.88 | 0.00 | 0.00 | |
| 09/12/2008 | PHONE CARDS | C_____ | -40.00 | 283.88 | 0.00 | 0.00 | |
| 09/12/2008 | DEPCA | INTAKE 09/11/08  2534591 | 10.00 | 323.88 | 0.00 | 0.00 | |
| 09/11/2008 | EPR | OID:100073918-ComisaryPur( | -68.82 | 313.88 | 0.00 | 0.00 | |
| 09/11/2008 | PHONE CARDS | C_____ | -40.00 | 382.70 | 0.00 | 0.00 | |
| 09/11/2008 | DEPCA | INTAKE 09/10/08  2534521 | 10.00 | 422.70 | 0.00 | 0.00 | |
| 09/10/2008 | DEPMO | INTAKE 09/09/08  2534002 | 300.00 | 412.70 | 0.00 | 0.00 | |
| 09/09/2008 | DEPCA | INTAKE 09/08/08  2533995 | 10.00 | 112.70 | 0.00 | 0.00 | |
| 09/08/2008 | PHONE CARDS | C_____ | -50.00 | 102.70 | 0.00 | 0.00 | |
| 09/05/2008 | PHONE CARDS | C_____ | -40.00 | 152.70 | 0.00 | 0.00 | |
| 09/04/2008 | EPR | OID:100073629-ComisaryPur( | -48.17 | 192.70 | 0.00 | 0.00 | |
| 09/03/2008 | PHONE CARDS | C_____ | -40.00 | 240.87 | 0.00 | 0.00 | |
| 09/03/2008 | DEPCA | INTAKE 09/02/08  2573112 | 50.00 | 280.87 | 0.00 | 0.00 | |
| 09/02/2008 | DEPCA | INTAKE 08/30/08  2573042 | 50.00 | 230.87 | 0.00 | 0.00 | |
| 09/02/2008 | STAMPS | STAMPS  09/02/2008 | -4.80 | 180.87 | 0.00 | 0.00 | |
| 08/28/2008 | EPR | OID:100073355-ComisaryPur( | -38.12 | 185.67 | 0.00 | 0.00 | |
| 08/28/2008 | PHONE CARDS | C_____ | -50.00 | 223.79 | 0.00 | 0.00 | |
| 08/27/2008 | DEPCA | INTAKE 08/26/08  2569816 | 50.00 | 273.79 | 0.00 | 0.00 | |
| 08/25/2008 | PHONE CARDS | C_____ | -20.00 | 223.79 | 0.00 | 0.00 | |
| 08/25/2008 | DEPCA | INTAKE 08/23/08  2569785 | 50.00 | 243.79 | 0.00 | 0.00 | |
| 08/21/2008 | EPR | OID:100073066-ComisaryPur( | -56.94 | 193.79 | 0.00 | 0.00 | |
| 08/21/2008 | STAMPS | STAMPS  08/21/2008 | -1.34 | 250.73 | 0.00 | 0.00 | |
| 08/19/2008 | PHONE CARDS | C_____ | -40.00 | 252.07 | 0.00 | 0.00 | |
| 08/19/2008 | STAMPS | STAMPS  08/19/2008 | -4.80 | 292.07 | 0.00 | 0.00 | |
| 08/18/2008 | DEPMO | INTAKE 08/15/08  2572990 | 50.00 | 296.87 | 0.00 | 0.00 | |
| 08/18/2008 | STAMPS | STAMPS  08/18/2008 | -4.80 | 246.87 | 0.00 | 0.00 | |
| 08/14/2008 | EPR | OID:100072826-ComisaryPur( | -58.74 | 251.67 | 0.00 | 0.00 | |
| 08/14/2008 | PHONE CARDS | C_____ | -50.00 | 310.41 | 0.00 | 0.00 | |
| 08/14/2008 | MISC | CK #14440 TO CLERK-US DIS' | -5.00 | 360.41 | 0.00 | 0.00 | |
| 08/13/2008 | PAYROLL | WEST  08/12/2008 | 1.00 | 365.41 | 0.00 | 0.00 | |
| 08/11/2008 | DEPCA | INTAKE 08/08/08  2572791 | 50.00 | 364.41 | 0.00 | 0.00 | |
| 08/08/2008 | PHONE CARDS | C_____ | -40.00 | 314.41 | 0.00 | 0.00 | |
| 08/07/2008 | EPR | OID:100072569-ComisaryPur( | -40.37 | 354.41 | 0.00 | 0.00 | |
| 08/06/2008 | DEPCA | INTAKE 08/05/08  2572668 | 40.00 | 394.78 | 0.00 | 0.00 | |
| 08/05/2008 | PHONE CARDS | C_____ | -40.00 | 354.78 | 0.00 | 0.00 | |
| 08/05/2008 | DEPCK | INTAKE 08/04/08  2572661 | 300.00 | 394.78 | 0.00 | 0.00 | |
| 08/01/2008 | PAYROLL | WEST  07/31/2008 | 1.00 | 94.78 | 0.00 | 0.00 | |
| 07/31/2008 | EPR | OID:100072299-ComisaryPur( | -52.63 | 93.78 | 0.00 | 0.00 | |
| 07/31/2008 | PHONE CARDS | C_____ | -40.00 | 146.41 | 0.00 | 0.00 | |
| 07/30/2008 | PHONE CARDS | PHONE CARD SALE 07/29/08 | -20.00 | 186.41 | 0.00 | 0.00 | |
| 07/30/2008 | DEPCA | INTAKE 07/28/08  2572111 | 40.00 | 206.41 | 0.00 | 0.00 | |
| 07/24/2008 | EPR | OID:100072076-ComisaryPur( | -46.79 | 166.41 | 0.00 | 0.00 | |
| 07/23/2008 | DEPCA | INTAKE 07/22/08  2571891 | 20.00 | 213.20 | 0.00 | 0.00 | |
| 07/21/2008 | PHONE CARDS | C_____ | -20.00 | 193.20 | 0.00 | 0.00 | |
| 07/21/2008 | DEPCA | INTAKE 07/19/08  2571864 | 50.00 | 213.20 | 0.00 | 0.00 | |
| 07/18/2008 | PHONE CARDS | C_____ | -10.00 | 163.20 | 0.00 | 0.00 | |
| 07/17/2008 | EPR | OID:100071830-ComisaryPur( | -74.90 | 173.20 | 0.00 | 0.00 | |
| 07/17/2008 | PHONE CARDS | C_____ | -50.00 | 248.10 | 0.00 | 0.00 | |
| 07/16/2008 | DEPCA | INTAKE 07/16/08  8255 | 50.00 | 298.10 | 0.00 | 0.00 | |
| 07/16/2008 | DEPCA | INTAKE 07/15/08  2571667 | 10.00 | 248.10 | 0.00 | 0.00 | |
| 07/15/2008 | PHONE CARDS | C_____ | -40.00 | 238.10 | 0.00 | 0.00 | |
| 07/15/2008 | DEPCK | INTAKE 07/14/08  2571660 | 200.00 | 278.10 | 0.00 | 0.00 | |
| 07/14/2008 | DEPCA | INTAKE 07/12/08  2571637 | 50.00 | 78.10 | 0.00 | 0.00 | |
| 07/14/2008 | DEPCA | INTAKE 07/12/08  2571639 | 20.00 | 28.10 | 0.00 | 0.00 | |
| 07/11/2008 | STAMPS | STAMPS  07/11/2008 | -2.36 | 8.10 | 0.00 | 0.00 | |
| 07/10/2008 | EPR | OID:100071779-ComisaryPur( | -13.11 | 10.46 | 0.00 | 0.00 | |
| 07/09/2008 | STAMPS | STAMPS  07/09/2008 | -0.42 | 23.57 | 0.00 | 0.00 | |
| 07/09/2008 | STAMPS | STAMPS  07/09/2008 | -0.42 | 23.99 | 0.00 | 0.00 | |

```
================================================
                THE GEO GROUP, INC.
================================================
              Resident Account Summary
             Friday, May 01, 2009  @09:35
================================================================

For Inmate ID: L2580     COHEN, SOLOMON

   Date      Transaction Description              Amount    Balance    Owed    Held   Reference
-----------------------------------------------------------------------------------------------
07/09/2008   STAMPS      STAMPS    07/09/2008      -0.42      24.41    0.00    0.00
07/07/2008   PHONE CARDS D                        -10.00      24.83    0.00    0.00
06/30/2008   DEPCA       INTAKE 06/27/08  2572326  10.00      34.83    0.00    0.00
06/27/2008   DEPCA       INTAKE 06/26/08  2572278  20.00      24.83    0.00    0.00
06/20/2008   PHONE CARDS D                        -20.00       4.83    0.00    0.00
06/19/2008   EPR         OID:100070986-ComisaryPur -47.18     24.83    0.00    0.00
06/19/2008   PAYROLL     WEST 06/18/2008            1.00      72.01    0.00    0.00
06/12/2008   EPR         OID:100070784-ComisaryPur -52.24     71.01    0.00    0.00
06/10/2008   PHONE CARDS D                        -20.00     123.25    0.00    0.00
06/05/2008   EPR         OID:100070593-ComisaryPur -65.22    143.25    0.00    0.00
06/05/2008   PHONE CARDS D                        -20.00     208.47    0.00    0.00
06/03/2008   PHONE CARDS D                        -60.00     228.47    0.00    0.00
06/02/2008   DEPCK       INTAKE 06/01/08  2570543  288.47    288.47    0.00    0.00
```

DATE: 5.2.2009
DETAINEE NUMBER: L2580

I HAVE RECEIVED:

_____12.85_____ CASH
_____ VALUABLE PROPERTY
_____ CASH
_____ CHECK NUMBER

THIS IS TO ACKNOWLEDGE THAT I HAVE RECEIVED ALL MONEY/VALUABLE PROPERTY DUE TO ME FROM THE GEO GROUP, INC.

PRINT: SOLOMON COHEN   DETAINEE NAME
SIGNATURE: [signature]