FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 01169 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

SOLOMON B. COHEN,

    Plaintiff,

v.

JOHN LONGSHORE, Field Office Dir., Dept. Of Homeland Security, Denver, State of Colorado,
CAPT. DAN MULDOON, Jail Administrator, Park County Jail,
FRED WEGENER, Sheriff,
MONTE GORE, Undersheriff, and
WARDEN OF PARK COUNTY JAIL (Name Unknown),

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and two slightly different versions of the same Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the motion and affidavit are in proper form. The clerk of the court will be directed to commence a civil action. Plaintiff will be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 is granted. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 22d day of May, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 01169

Solomon B. Cohen
Prisoner No. 0016519
Alien No. 77309675
Park County Jail
P.O. Box 965
Fairplay, CO 80440

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____5/22/09_____

                          GREGORY C. LANGHAM, CLERK

                          By:_____
                                  Deputy Clerk