# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**'09 - CV - 01169**

Civil Action No. _____

(To be supplied by the court)

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 2 2 2009**

GREGORY C. LANGHAM
CLERK

_Solomon  B  Cohen_ _____, Plaintiff,
pro-se

v.

_John  Longshore , Field Office Dir._
_Dept of Homeland Security_
_Denver, State of Colorado_

_Capt  Dan  Muldoon, Jail Administrator_
_Park County Jail_

_Fred  Wegener , Sheriff_ ,

_Monte  Gore , Under Sheriff_,

_Warden of Park County Jail_
_(Name  Unknown)_ ,

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 1 2 2009**

GREGORY C. LANGHAM
CLERK

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

## PRISONER COMPLAINT

---

(Rev. 1/30/07)

## A. PARTIES

1. SOLOMON BEN-TOV COHEN, pro-se, PRISONER # 0016519, 77309675  ALIEN #
(Plaintiff's name, prisoner identification number, and complete mailing address)
PARK COUNTY JAIL, 1180 PARK COUNTY ROAD16, P O BOX 965
FAIRPLAY, STATE OF COLORADO, 80440

2. JOHN LONGSHORE, FIELD OFFICE DIRECTOR,
(Name, title, and address of first defendant)
DEPARTMENT OF HOMELAND SECURITY, ICE
4730 PARIS ST, DENVER, STATE OF COLORADO 80239
At the time the claim(s) alleged in this complaint arose, was this defendant acting under
color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:

FEDERAL

3. DAN MULDOON, CAPTAIN, JAIL ADMINISTRATOR
(Name, title, and address of second defendant)
PARK COUNTY JAIL, 1180 PARK COUNTY ROAD 16, P O BOX 965
At the time the claim(s) alleged in this complaint arose, was this defendant acting under
color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:
FAIRPLAY, STATE OF COLORADO, 80440
ACTING UNDER BOTH STATE AND FEDERAL
LAW

4. FRED WEGENER, SHERIFF, PARK COUNTY JAIL
(Name, title, and address of third defendant)
1180 PARK COUNTY ROAD 16, FAIRPLAY CO 80440
At the time the claim(s) alleged in this complaint arose, was this defendant acting under
color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:

ACTING UNDER BOTH STATE AND FEDERAL LAW
CONTRACT ICE DETENTION FACILITY
5 & 6 MONTE GORE, UNDER SHERIFF, PARK COUNTY JAIL AND WARDEN.
(If you are suing more than three defendants, use extra paper to provide the information
requested above for each additional defendant. The information about additional defendants
should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

_____ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

__✓__ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

42 USC. §1983; 28 USC. §2201; 28 USC. §1361

THIS ACTION ARISES UNDER 1st AND 5th AMENDMENT TO THE US CONSTITUTION.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

PLAINTIFF, SOLOMON BEN-TOV COHEN, pro-se IS A CITIZEN OF THE UNITED KINGDOM WHO HAS RESIDED ALMOST CONTINUOUSLY IN THE UNITED STATES SINCE 1990. PLAINTIFF IS SEEKING ASYLUM IN THE US

DEFENDANT JOHN LONGSHORE IS HOLDING THE PLAINTIFF IN CUSTODY.

ON MAY 2ND 2009 DEFENDANT LONGSHORE TRANSFERRED PLAINTIFF FROM GEO-ICE DETENTION CENTER INTO CUSTODY OF DEFENDANTS SHERIFF FRED WEGENER AT PARK COUNTY JAIL, STATE OF COLORADO.

(Rev. 1/30/07)

3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.   Claim One: DEFENDANT JOHN LONGSHORE HAS AND

Supporting Facts: IS VIOLATING PLAINTIFF'S RIGHT TO PRACTICE HIS JEWISH RELIGION, SECURED BY 1st AMENDMENT TO THE US CONSTITUTION.

ON MAY 2ND 2009 DEFENDANT TRANSFERRED PLAINTIFF ON THE JEWISH SABBATH. DEFENDANT TRANSFERRED PLAINTIFF OUT OF PARK GEO ICE DETENTION FACILITY WHICH PROVIDED PLAINTIFF WITH KOSHER FOOD TO PARK COUNTY JAIL, ICE DETENTION WHERE FOR THE PAST 7 DAYS, PLAINTIFF HAS BEEN DENIED KOSHER FOOD AND DENIED HOT KOSHER TRAYS BECAUSE IT IS NOT PART OF THE DEFENDANT'S CONTRACT WITH OTHER DEFENDANT'S

(Rev. 1/30/07)                                    4

2. Claim Two: DEFENDANTS SHERIFF WEGENER, UNDER-SHERIFF

Supporting Facts: MONTE GORE, JAIL ADMINISTRATOR CAPT BONE MULDOON (AND WARDEN IF SEPARATE PERSON) HAVE AND ARE VIOLATING SINCE MAY 2nd 2009 PLAINTIFFS RIGHT TO PRACTICE HIS JEWISH RELIGION SECURED BY 1st AMENDMENT TO US CONSTITUTION.

SINCE MAY 2nd 2009, PLAINTIFF HAS BEEN ~~DENIED~~ AS ~~FEEL~~ ~~THAT~~ THE NAMED DEFENDANTS REFUSE TO BUY AND SERVE KOSHER TRAYS, WHICH ARE SERVED TO JEWISH INMATES AT GEO-ICE DETENTION FACILITY, AURORA, STATE OF COLORADO, DENVER COUNTY JAIL, AND DEPARTMENT OF CORRECTIONS, STATE OF COLORADO, AT PARK COUNTY JAIL " BECAUSE THEY ARE TOO EXPENSIVE". PLAINTIFF ALLEGES THAT THEIR REFUSAL TO BUY AND SERVE KOSHER TRAYS IS IN VIOLATION OF THE 1st AMENDMENT

5th AMENDMENTS RIGHT, AS WELL AS RIGHT TO DUE PROCESS,

5

3.  Claim Three:  DEFENDANTS ARE VIOLATING PLAINTIFFS

Supporting Facts:  RIGHT TO PRACTICE HIS RELIGION
(JEWISH)

1st AMENDMENT VIOLATIONS OF,


THERE ARE NO JEWISH SERVICES
PROVIDED) WITHIN THE FACILITY,

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were
incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of
the form. If you have filed more than one lawsuit in the past, use extra paper to provide the
necessary information for each additional lawsuit. The information about additional lawsuits
should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior
    lawsuit:

    MICHAEL MUKASEY, US ATTORNEY GENERAL
    THERESA HUNT, WARDEN, GEO-ICE
    DETENTION FACILITY

2.  Docket number and court name:

    '09-CV-01844-LTB-CBS
    US DISTRICT COURT FOR THE DISTRICT
    OF COLORADO

3.  Claims raised in prior lawsuit:

    HABEAS CORPUS

4.  Disposition of prior lawsuit (for
    example, is the prior lawsuit still
    pending? Was it dismissed?):

    PENDING

5.  If the prior lawsuit was dismissed,
    when was it dismissed and why?

    N/A

6.  Result(s) of any appeal in the prior
    lawsuit:

    N/A

    SEE ADDITIONAL SHEETS

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?
    ✓ Yes ___ No (CHECK ONE). PLAINTIFF HAS BEEN DENIED
    GRIEVANCE FORM BY DEP SHERIFF SMITH
    AND BY SHERIFF WEYENECK (unknown).

2.  Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

    PLAINTIFF S/AS WRITTEN NUMEROUS KITES
    SUBMITTED DEPT OF JUSTICE GRIEVANCE FORM
    AND COMPLAINED TO DEPUTIES & SERGEANTS
    LETTER/GRIEVANCE FILED WITH DEF. JOHN LONGSTRETH

(Rev. 1/30/07)                                     7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

PLAINTIFF PRAYS THE COURT TO GRANT:-

ORDER DEFENDANT JOHN LONGSHORE TO TRANSFER PLAINTIFF BACK TO GEO-ICE DETENTION FACILITY, UNDER FED RULE 57 AND 65 (DECLARATIONS AND INJUNCTIVE RELIEF.

ALTERNATIVELY, TO ORDER REMAINING DEFENDANT TO PROVIDE ONE HOT KOSHER, DINNER TRAY EACH EVENING. JOINTLY ORDER DEFENDANTS, TO PAY PLAINTIFF $150 A DAY FOR EACH DAY HE HAS BEEN DENIED HOT KOSHER TRAY, AND REASONABLE ATTORNEY'S FEES.

AND SUCH RELIEF AS COURT MAY DEEM APPROPRIATE.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  05 / 08 / 2009
                    (Date)


_____
(Prisoner's Original Signature)
SOLOMON B COHEN MACCABI
                          pro-se
Tel: (719) 836-4870