IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 01169
(To be supplied by the court)

Solomon B Cohen pro se, Plaintiff,

v.

John Longshore, Field Office Director, Dept of Homeland Security, Denver, State of Colorado

Capt Dan Muldoon, Jail Administrator, Park County Jail

Fred Wegener, Sheriff, Park County Jail

Monte Gore, Undersheriff,

Warden of Park County Jail (name unknown)

_____,

_____,

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2009

GREGORY C. LANGHAM
CLERK

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. SOLOMON BEN-TOV COHEN, pro-se, PRISONER # 0016519, 77309675 Alien#
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   PARK COUNTY JAIL, 1180 PARK COUNTY ROAD 16, PO Box 965, FAIRPLAY, STATE OF COLORADO 80440

2. JOHN LONGSHORE, FIELD OFFICE DIRECTOR, DEPT OF HOMELAND SECURITY, LLC
   (Name, title, and address of first defendant)
   4730 PARIS ST, DENVER, STATE OF COLORADO 80239
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:
   FEDERAL

3. DAN MULDOON, CAPT, JAIL ADMINISTRATOR,
   (Name, title, and address of second defendant)
   PARK COUNTY JAIL, 1180 PARK COUNTY ROAD 16, FAIRPLAY, STATE OF COLORADO 80440
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:
   ACTING UNDER BOTH STATE AND FEDERAL LAW

4. FRED WEGENER, SHERIFF, PARK COUNTY JAIL
   (Name, title, and address of third defendant)
   1180 PARK COUNTY ROAD 16, FAIRPLAY CO 80440
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:
   ACTING UNDER STATE AND FEDERAL LAW CONTRACT ICE DETENTION FACILITY

   SEE MONTE GORE, UNDER SHERIFF AND WARDEN,
   (If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    42 USC §1983; 28 USC §2201; 28 USC §1361
    THIS ACTION IS BROUGHT UNDER 1st AND 5TH AMMENDMENTS TO THE US CONSTITUTION.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

PLAINTIFF, SOLOMON BEN-TOV COHEN pro-se IS A CITIZEN OF THE UNITED KINGDOM WHO HAS RESIDED ALMOST CONTINUOUSLY IN THE UNITED STATES SINCE 1990 - PLAINTIFF IS SEEKING ASYLUM IN THE US

DEFENDANT JOHN LONGSHORE IS HOLDING PLAINTIFF IN CUSTODY.

ON MAY 2nd 2009 DEFENDANT LONGSHORE TRANSFERRED PLAINTIFF FROM GEO-ICE DETENTION CENTER INTO CUSTODY OF DEFENDANT SHERIFF FRED WEGENER AT PARK COUNTY JAIL STATE OF COLORADO.

(Rev. 1/30/07)                                3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: DEFENDANT JOHN LONGSHORE HAS AND IS

   Supporting Facts: VIOLATING PLAINTIFF'S RIGHT TO PRACTICE HIS JEWISH RELIGION, SECURED BY 1st AMENDMENT TO THE US CONSTITUTION.

   ON MAY 2nd 2009 DEFENDANT TRANSFERRED PLAINTIFF ON THE JEWISH SABBATH. DEFENDANT TRANSFERRED PLAINTIFF OUT OF GEO-ICE DETENTION FACILITY WHICH PROVIDED PLAINTIFF WITH KOSHER FOOD, TO PARK COUNTY JAIL, ICE DETENTION WHERE FOR THE PAST 7 DAYS, PLAINTIFF HAS BEEN DENIED KOSHER FOOD, AND DENIED HOT KOSHER TRAYS BECAUSE IT IS NOT IN THE DEFENDANT'S CONTRACT WITH OTHER DEFENDANTS.

(Rev. 1/30/07)                              4

2. Claim Two: <u>DEFENDANTS SHERIFF FRED WEGENER, UNDER SHERIFF MONTE GORE, JAIL ADMINISTRATOR</u>

Supporting Facts: CAPT DAN MULDOON (AND WARDEN)(= SEPARATE PERSON) HAVE AND ARE VIOLATING SINCE MAY 2nd 2009 PLAINTIFF'S RIGHT TO PRACTICE HIS RELIGION (JEWISH) SECURED BY 1st AMENDMENT TO US CONSTITUTION.

SINCE MAY 2nd 2009 PLAINTIFF HAS BEEN DENIED AS THE NAMED DEFENDANTS REFUSE TO BUY AND SERVE KOSHER TRAYS, WHICH ARE SERVED TO JEWISH INMATES AT GEO-ICE DETENTION FACILITY, AURORA, STATE OF COLORADO, DENVER COUNTY JAIL, AND DEPARTMENT OF CORRECTIONS, STATE OF COLORADO, AT PARK COUNTY JAIL "BECAUSE THEY ARE TOO EXPENSIVE".

PLAINTIFF ALLEGES THAT THEIR REFUSAL TO BUY AND SERVE KOSHER TRAYS IS IN VIOLATION OF HIS 1st AMENDMENT RIGHT AND 5th AMENDMENT RIGHT.

(Rev. 1/30/07)  5

3. Claim Three: <u>DEFENDANTS ARE VIOLATING PLAINTIFF'S</u>
   Supporting Facts: <u>RIGHT TO PRACTICE HIS RELIGION (JEWISH)</u>
   IN VIOLATION OF 1st AMENDMENT.

THERE ARE NO JEWISH SERVICES WITHIN THE FACILITY.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: MICHAEL MUKASEY, US ATTORNEY GENERAL/ THERESA HUNT, WARDEN, FED-ICC DETENTION FACILITY

2. Docket number and court name: '08-cv-01841-LTB-CBS US DISTRICT COURT FOR THE DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: HABEAS CORPUS

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): PENDING

5. If the prior lawsuit was dismissed, when was it dismissed and why? N/A

6. Result(s) of any appeal in the prior lawsuit: N/A

___ SEE ADDITIONAL SHEETS ___

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? ✓ Yes ___ No (CHECK ONE). PLAINTIFF HAS BEENC DENIED GRIEVANCE FORM BY DEP SHERIFF SMITH AND BY SUPERVISOR SERGEANT/RANDOEN

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE). PLAINTIFF HAS WRITTEN NUMEROUS LETTERS SUBMITTED DEPT OF JUSTICE GRIEVANCE FORM AND COMPLAINTS TO DEPUTYS + SERGEANTS LETTER/GRIEVANCE FILED WITH DEFENDANTS LAWYER

(Rev. 1/30/07)                                        7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

PLAINTIFF PRAYS THE COURT TO GRANT:-

ORDER DEFENDANT JOHN LONGSHORE TO TRANSFER PLAINTIFF BACK TO GEO-ICE DETENTION FACILITY UNDER FER RULE 57 AND 65 (DECLARATION AND INJUNCTIVE RELIEF)

ALTERNATIVELY TO ORDER REMANNING DEFENDANTS TO STATE PROVIDE ONE HOT KOSHER DINNER TRAY EACH EVENING, AND

ORDER DEFENDANTS JOINTLY, TO PAY PLAINTIFF $150 A DAY FOR EACH DAY HE HAS BEEN DENIED HOT KOSHER TRAY AND REASONABLE ATTORNEY'S FEES AND SUCH RELIEF AS COURT MAY DEEM APPROPRIATE.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  05/08/09
                   (Date)

_____
(Prisoner's Original Signature)

SOLOMON B COHEN MA (Cantab)
tel: (719) 836-4370

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendants in prior lawsuit:    Jason Clemens, Immigration Agent
                                           Shana Martin, Assistant Chief Counsel
                                           Department of Homeland Security

4. Docket number and court name:           **' 08- cv- 01991-ZLW**
                                           US DISTRICT COURT, DISTRICT OF COLORADO

5. Claims raised in prior lawsuit:         Making false statement, Perjury
                                           Civil Rights violations

6. Disposition of prior lawsuit:           Dismissed

7. If prior lawsuit was dismissed when was it dismissed and why?    *Heck v Humphrey*

8. Result of any appeal in the prior lawsuit:    Appeal pending

## E. PREVIOUS LAWSUITS (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendant in prior lawsuit:  Denver County Jail, CO and Chaplain Rev John Scott

2. Docket number and court name:  **1:08-cv-00978-ZLW** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:
   i. Denial of kosher food- 1st Amendment violation
   ii. request for additional law library time

4. Disposition of prior lawsuit:  Rendered moot

5. If prior lawsuit was dismissed when was it dismissed and why?  Denver County Jail granted both after lawsuit was filed and criminal charges dropped. Official reason: failure to notify change of address.

6. Result of any appeal in the prior lawsuit:  N/A

### E. PREVIOUS LAWSUITS (continued) - additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendant in prior lawsuit:   Katherine Davis, HSA
   Aurora/ ICE Detention Facillity

2. Docket number and court name:   **1:08-cv-02089-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:   Denial of medication

4. Disposition of prior lawsuit:   Withdrawn after settlement

5. If prior lawsuit was dismissed when was it dismissed and why?   N/A

6. Result of any appeal in the prior lawsuit:   N/A

## E. PREVIOUS LAWSUITS (continued) - additional sheet 4

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ____ No.

1. Name of Defendant in prior lawsuit: Representative Henry Waxman, US Capitol Police, DC, Agent Fred Bush

2. Docket number and court name: **1:08-cv-02188-LTB-CBS** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: 1st Amendviolation Wrongful arrest etc

4. Disposition of prior lawsuit: Pending

5. If prior lawsuit was dismissed when was it dismissed and why? N/A

6. Result of any appeal in the prior lawsuit: N/A

E. PREVIOUS LAWSUITS  (continued) - additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

| | | |
|---|---|---|
| 1. | Name of Defendants in prior lawsuit: | Hodges, Fuller, Prose, Morrissey et al |
| 2. | Docket number and court name: | **1:08-cv-02806-ZLW**<br>US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. | Claims raised in prior lawsuit: | Wrongful arrest, malicious prosecution, false imprisonment |
| 4. | Disposition of prior lawsuit: | Dismissed |
| 5. | If prior lawsuit was dismissed when was it dismissed and why? | Improperly pled |
| 6. | Result of any appeal in the prior lawsuit: | Will be filed |

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 6

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendants in prior lawsuit:    US DISTRICT COURT FOR THE
                                            DISTRICT OF COLORADO

2. Docket number and court name:    **09-1045**
                                     US COURT OF APPEALS FOR THE 10TH CIRCUIT

3. Claims raised in prior lawsuit:    Application for Writ of Mandamus

4. Disposition of prior lawsuit:    Denied

5. If prior lawsuit was dismissed when was it dismissed and why?

6. Result of any appeal in the prior lawsuit: