TO: CLERK OF THE COURT

08-cv-01844-LTB-CBS
✓09-cv-01169-BNB
08-cv-02188-LTB-CBS
09-cv-00736-BNB
09-cv-01112-BNB

DATE: 05/29/09

CHANGE OF ADDRESS

I HAVE BEEN MOVED TO A DIFFERENT JAIL.

THERE IS NO PRINTING IN LAW LIBRARY. PLEASE APPLY CHANGE OF ADDRESS TO ALL CASES:-

SOLOMON B COHEN
PRISONER # A0267647
CRIMINAL JUSTICE CENTER
2F 3C4B
2739 E. LAS VEGAS ST
COLORADO SPRINGS
CO 80906

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -2 2009

GREGORY C. LANGHAM
CLERK

THANK YOU FOR YOUR ATTENTION.

SINCERELY

[signature]

SOLOMON B COHEN prose