IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-CV-01169-BnB**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2009

GREGORY C. LANGHAM
CLERK

**SOLOMON BEN-TOV COHEN**, Plaintiff,
pro-se

v.

OFFICER STEVEN ESTRADA,
  IMMIGRATION & CUSTOMS ENFORCEMENT

JOHN LONGSHORE, FIELD OFFICE DIRECTOR
  DEPARTMENT OF HOMELAND SECURITY

CAPT DAN MULDOON, JAIL ADMINISTRATOR
  PARK COUNTY JAIL

OFFICER BLATT, ICE,

Dr PECK, PSYCHIATRIST
  EL PASO COUNTY JAIL

FRAN LePAGE, PROGRAMS MANAGER
  EL PASO COUNTY JAIL

SHERIFF TERRY MAKETA
  EL PASO COUNTY JAIL

EL PASO COUNTY, Defendant(s).

(List each named defendant on a separate line.)

**AMENDED** PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. SOLOMON BEN-TOV COHEN pro-se, #A0261647, AUEN# 77 309 675
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   EL PASO COUNTY JAIL, CJC, 2739 EAST LAS VEGAS ST
   COLORADO SPRINGS, STATE OF COLORADO 80906

2. STEVEN ESTRADA, OFFICER, IMMIGRATION & CUSTOMS ENFORCEMENT
   (Name, title, and address of first defendant) AURORA
   GEO-ICE DETENTION FACILITY, 11900 EAST 30TH AVE, CO 80010
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:
   ACTING UNDER COLOR OF FEDERAL LAW

3. JOHN LONGSHORE, FIELD OFFICE DIRECTOR, DEPARTMENT OF HOMELAND SECURITY/
   (Name, title, and address of second defendant) IMMIGRATION & CUSTOMS ENFORCEMENT
   4730 PARIS ST, DENVER, CO 80239
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:
   ACTING UNDER COLOR OF FEDERAL LAW

4. DAN MULDOON, CAPTAIN, JAIL ADMINISTRATOR
   (Name, title, and address of third defendant) FAIRPLAY
   PARK COUNTY JAIL, 1180 PARK COUNTY RD 16, CO
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:
   ACTING UNDER COLOR OF BOTH FEDERAL AND STATE LAW - ICE CONTRACT FACILITY

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)  2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   28 USC § 1343, 42 U.S.C. § 1983, 28 U.S.C. § 2201 et seq, 28 US § 1361 IMMIGRATION & NATIONALITY ACT (INA), 1st & 5th Amendment TO THE UNITED STATES CONSTITUTION.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

PLAINTIFF, SOLOMON BEN-TOV COHEN pro se IS A CITIZEN OF THE UNITED KINGDOM, WRONGFULLY ARRESTED IN THE OFFICE OF REPRESENTATIVE HENRY WAXMAN!

PLAINTIFF HAS ASKED FOR ASYLUM IN THE US.

ON JULY 23rd 2007, DENVER COUNTY POLICE WRONGFULLY ARRESTED¹ PLAINTIFF AND DESTROYED ASYLUM EVIDENCE.²

DEFENDANT OFFICER STEVEN ESTRADA, IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) THREATENED TO PREVENT PLAINTIFF WRITING AND FILING PETITION FOR REVIEW & BRIEF IN THE US COURT OF APPEALS FOR THE 10TH CIRCUIT AS RETALIATION FOR PLAINTIFF FILING COHEN v CLEMENS³ US COURT OF APPEALS DENIED WRIT OF MANDAMUS & INJUNCTION AND HAS INSTRUCTED PLAINTIFF TO FILE IN THIS COURT.⁴

___

¹ CASE CURRENTLY PENDING IN THIS COURT, '08-CV-02188-LTB-CBS
² '08-CV-02806-ZLW CURRENTLY UNDER APPEAL
³ '08-CV-[redacted]-ZLW
⁴ COHEN v ESTRADA 09-9514 (10th Cir, 2009)

(Rev. 1/30/07) 01991

3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **DEFENDANT OFFICER STEVEN ESTRADA**
   Supporting Facts: **VIOLATED PLAINTIFF'S RIGHT TO PRACTICE HIS RELIGION (ORTHODOX JEWISH) SECURED BY 1st AMENDMENT TO THE US CONSTITUTION.**

DEFENDANT ORDERED PLAINTIFF TRANSFERRED ON SATURDAY MAY 2nd 2009 IN VIOLATION OF THE JEWISH SABBATH, BY BUS TO PARK COUNTY JAIL, STATE OF COLORADO, IN FULL KNOWLEDGE THAT KOSHER TRAYS PROVIDED TO THE PLAINTIFF FOR ONE YEAR AT GEO-ICE DETENTION FACILITY, ARE <u>NOT</u> AVAILABLE THERE.

THE JAIL REFUSES TO ALLOW KOSHER FROZEN MEALS INTO THE JAIL. PLAINTIFF WAS SERVED A SARDINE FOR LUNCH, FOLLOWED BY A SARDINE FOR DINNER — NO HOT MEALS FOR ONE MONTH. AFTER ALMOST COLLAPSING, PLAINTIFF WAS FORCED TO EAT NON-KOSHER FOOD UNDER PROTEST.

(Rev. 1/30/07)                                   4

2. Claim Two: <u>DEFENDANT OFFICER STEVEN ESTRADA</u>

Supporting Facts: WILFULLY MADE PLAINTIFF SICK BY TRANSPORTING HIM TO AN ALTITUDE OF 10,000 FT - PARK COUNTY JAIL, TO RENDER HIM INCAPABLE OF FILING HIS APPEAL BRIEF, ~~IN VIOLATION~~ AS CRUEL AND UNUSUAL PUNISHMENT + DENIAL OF 5TH AMEND FROM MAY 3rd UNTIL MAY 28th 2009 RESULT PLAINTIFF SUFFERED INCREASE IN BLOOD PRESSURE FROM 120/80 TO 175/90 AND SUFFERED ALTITUDE SICKNESS ~~SOME~~ SYMPTOMS INCLUDES NAUSEA, BREATHLESSNESS, FEELING FAINT, DIZZINESS, MENTAL CONFUSION SAME AS DESCRIBED IN <u>CARRANZA-REYES v THE PARK COUNTY BOARD</u> ~~IS~~ IN THIS COURT, CASE NO: '05-CV-377-WDM-BNB.

PLAINTIFF WHO IS ALMOST 50 YEARS OLD WAS SICK FOR A MONTH AT PARK COUNTY JAIL: UNSANITARY CONDITIONS OF MOLD, NO BOILING WATER FOR COFFEE, INADEQUATE NUTRITION.
- DEFENDANT KNOWINGLY MADE PLAINTIFF SICK.

(Rev. 1/30/07)                5

3. Claim Three: <u>DEFENDANT JOHN LONGSHORE VIOLATED</u>
   Supporting Facts: PLAINTIFF'S RIGHT TO PRACTICE HIS RELIGION (1st Amendment) and right to be free from CRUEL AND UNUSUAL PUNISHMENT AND RIGHT TO DUE PROCESS AS FOLLOWS:—

EVERYONE TAKEN TO PARK COUNTY JAIL BECOMES SICK BECAUSE OF 10,000 ft ELEVATION. HE HAS NO RIGHT TO HAVE DETAINEES THERE AGAINST THEIR WILL KNOWING THEY WILL GET SICK.

HE IS LIABLE UNDER BIVENS FOR THIS POLICY.

SEE EXHIBIT ___. DEFENDANT REFUSED TO MOVE PLAINTIFF OUT OF PARK COUNTY JAIL (WHERE JAIL ADMINISTRATOR REFUSES TO ALLOW <u>KOSHER</u> FOOD TO BE-BROUGHT IN.

DEFENDANT IS GUILTY OF "NEGLIGENT PLACEMENT AT AN ICE FACILITY". HE ALSO APPROVED A CONTRACT MOVE TO EL PASO COUNTY JAIL, WHICH REFUSES TO ALLOW PLAINTIFF HIS SKULLCAP AND HEBREW PRAYER BOOK. PLAINTIFF HAS BEEN UNABLE TO PRACTICE HIS RELIGION.

(Rev. 1/30/07)                    6

CLAIM FOUR:

DEFENDANT FRAN LePAGE IS VIOLATING PLAINTIFFS RIGHT OF DUE PROCESS SECURED BY 5th AMENDMENT.

FROM MAY 28th 2009 TO-DATE, DEFENDANT HAS DENIED PLAINTIFF WHO IS PRO-SE IN 10th CIRCUIT COURT OF APPEALS, TO USE WORD PROCESSOR AND PRINTER OR TYPEWRITER TO WRITE 30 PAGE BRIEF, IN VIOLATION OF ICE DETENTION STANDARD.

PLAINTIFF CANNOT, SHOULD NOT BE EXPECTED TO WRITE COMPLEX LEGAL PLEADINGS BY HAND.

ALL ATTEMPTS TO RESOLVE THIS VIA GRIEVANCE FORMS HAS FAILED.

CLAIM FIVE

SHERIFF MAKETA AND EL PASO COUNTY IS SUED OVER ITS POLICY OF DENYING ICE DETAINEES THEIR RIGHTS UNDER INA, ICE DETENTION STANDARD AND 5th AMENDMENT.

EL PASO COUNTY IS COLLECTING REVENUE FROM FEDERAL GOVERNMENT FOR SERVICES THAT THEY REFUSE TO PROVIDE, EVEN THOUGH IT IS STATED ON PAGE 30 OF JAIL HANDBOOK "WORD PROCESSING AND PRINTER ARE AVAILABLE".

A MUNICIPALITY CAN BE SUED UNDER BIVENS OVER AN UNCONSTITUTIONAL POLICY, OBSTRUCTING INMATES & ICE DETAINEES ACCESS TO THE COURTS. THERE IS NO IMMIGRATION PUBLIC DEFENDER FOR ICE DETAINEES THIS IS DEFINITELY A DUE PROCESS VIOLATION.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: **MICHAEL MUKASEY US ATTORNEY GENERAL**

2. Docket number and court name: **08-CV-01844-LTB-CBS US DISTRICT COURT FOR THE DISTRICT OF COLORADO**

3. Claims raised in prior lawsuit: **HABEAS CORPUS**

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): **PENDING**

5. If the prior lawsuit was dismissed, when was it dismissed and why? **N/A**

6. Result(s) of any appeal in the prior lawsuit: **N/A**

**SEE ADDITIONAL SHEETS**

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

1) GRIEVANCES FAILED TO RESOLVE PROBLEM.
2) NO REQUIREMENT FOR ICE DETAINEE TO EXHAUST ADMINISTRATIVE REMEDIES.
3) PLAINTIFF IS SEEKING MONETARY DAMAGES AS WELL AS INJUNCTIVE RELIEF.
   EDWARDS v. JOHNSON, 209 F.3d 772 (5th Cir. 2000)

(Rev. 1/30/07)

## E. PREVIOUS LAWSUITS (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  _X_ Yes ___ No.

1. Name of Defendants in prior lawsuit:   Jason Clemens, Immigration Agent
   Shana Martin, Assistant Chief Counsel
   Department of Homeland Security

4. Docket number and court name:   **' 08- cv- 01991-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO

5. Claims raised in prior lawsuit:   Making false statement, Perjury
   Civil Rights violations

6. Disposition of prior lawsuit:   Dismissed

7. If prior lawsuit was dismissed when was it dismissed and why?   *Heck v Humphrey*

8. Result of any appeal in the prior lawsuit:   Appeal pending

## E. PREVIOUS LAWSUITS (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendant in prior lawsuit:

   Denver County Jail, CO and
   Chaplain Rev John Scott

2. Docket number and court name:

   **1:08-cv-00978-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:

   i. Denial of kosher food- 1st Amendment violation
   ii. request for additional law library time

4. Disposition of prior lawsuit:

   Rendered moot

5. If prior lawsuit was dismissed when was it dismissed and why?

   Denver County Jail granted both after lawsuit was filed and criminal charges dropped. Official reason: failure to notify change of address.

6. Result of any appeal in the prior lawsuit:

   N/A

## E. PREVIOUS LAWSUITS (continued) - additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendant in prior lawsuit:

   Katherine Davis, HSA
   Aurora/ ICE Detention Facillity

2. Docket number and court name:

   **1:08-cv-02089-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:

   Denial of medication

4. Disposition of prior lawsuit:

   Withdrawn after settlement

5. If prior lawsuit was dismissed when was it dismissed and why?

   N/A

6. Result of any appeal in the prior lawsuit:

   N/A

## E. PREVIOUS LAWSUITS (continued) - additional sheet 4

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ____ No.

1. Name of Defendant in prior lawsuit: Representative Henry Waxman, US Capitol Police, DC, Agent Fred Bush

2. Docket number and court name: **1:08-cv-02188-LTB-CBS** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: 1st Amendviolation Wrongful arrest etc

4. Disposition of prior lawsuit: Pending

5. If prior lawsuit was dismissed when was it dismissed and why? N/A

6. Result of any appeal in the prior lawsuit: N/A

## E. PREVIOUS LAWSUITS (continued) - additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No.

1. Name of Defendants in prior lawsuit: Hodges, Fuller, Prose, Morrissey et al

2. Docket number and court name: **1:08-cv-02806-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: Wrongful arrest, malicious prosecution, false imprisonment

4. Disposition of prior lawsuit: Dismissed

5. If prior lawsuit was dismissed when was it dismissed and why? Improperly pled

6. Result of any appeal in the prior lawsuit: Will be filed

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

PLAINTIFF PRAYS THE COURT FOR THE FOLLOWING:

AN ORDER DIRECTING DEFENDANT DR PECK TO PRESCRIBE AND RESTORE THE MEDICATION PLAINTIFF HAD BEEN RECEIVING FOR THE LAST 9 MONTHS ADDERALL 10mg TWICE DAILY FOR ADHD - DR PECK HAS MEDICAL RECORDS;

A DECLARATION THAT PLAINTIFF'S RIGHT OF DUE PROCESS HAS BEEN VIOLATED BY THE DEFENDANTS;

AN MONETARY DAMAGES ON / CAUSES OF ACTION IN EXCESS OF $150,000 AND TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE FED RULE CIV. PROCEDURES 38(b). see additional sheet

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  06/21/09
             (Date)

_____
(Prisoner's Original Signature)

ADDITIONAL SHEETS

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim ~~One:~~ 1st **OFFICER BLATT WILFULLY VIOLATED**
   Supporting Facts: PLAINTIFF'S RIGHT OF DUE PROCESS.

ON MAY 28TH 2009 OFFICER BLATT WILFULLY AND KNOWINGLY MADE AN INAPPROPRIATE TRANSFER OF PLAINTIFF TO A CONTRACT FACILITY THAT AS A MATTER OF POLICY DOES NOT PRESCRIBED ADDERALL, WITH THE INTENTION OF DENYING PLAINTIFF DUE PROCESS IN US COURT OF APPEALS FOR THE 10th CIRCUIT, COHEN V HOLDER 09-9519.

AS A RESULT OF HIS UNLAWFUL DECISION AND ACT, PLAINTIFF IS UNABLE TO COMPLETE AND SUBMIT HIS BRIEF WHICH IS DUE ON JUNE 22nd 2009. DEFENDANT DID THIS SO THAT HE CAN WRONGFULLY REMOVE PLAINTIFF FROM THE UNITED STATES. PLAINTIFF HAS FILED FOR A BRIEFING SUSPENSION TO ALLOW THIS COURT TO GRANT HIM HIS USUAL AND NECESSARY MEDICATION.

(Rev. 1/30/07)                    4

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim ~~One~~ Seven: DEFENDANT CAPTAIN DAN MULDOON

Supporting Facts: VIOLATED PLAINTIFF'S RIGHT TO PRACTICE HIS RELIGION, IN VIOLATION OF RIGHT SECURED BY 1st AMENDMENT

ON MAY 2nd 2009 PLAINTIFF WAS TRANSFERRED OUT OF GEO-ICE DETENTION FACILITY, WHERE HE HAD BEEN RECEIVING KOSHER TRAYS TO PARK COUNTY JAIL.

FROM MAY 2nd 2009 UNTIL MAY 28th 2009 DEFENDANT REFUSED TO ALLOW KOSHER TRAYS INTO THE JAIL AND DENIED PLAINTIFF KOSHER FOOD, ON GROUNDS OF "SECURITY".

PLAINTIFF SUFFERED A GREAT DEAL OF VERBAL THREAT AND INTIMIDATION, ATE TREFA (NON-KOSHER FOOD) AFTER NEAR COLLAPSING, THEN WENT ON HUNGER STRIKE.

PLAINTIFF ASKS $25,000 DAMAGES, COMPENSATORY PUNITIVE [illegible]

(Rev. 1/30/07)  4

2. Claim <s>Two</s> **EIGHT**: <u>DEFENDANT DEPUTY SHERIFF GLAUER IS</u>

Supporting Facts: VICTIMILING/PUNISHING JEWISH INMATES WHO REQUEST KOSHER FOOD BY SERVING THEM: 1 RAW CARROT LUNCH & DINNER, 1 SMALL KOSHER VEGETARIAN STEW/LASAGNE DISH EVERY DAY,
REFUSING TO PROCURE AND SERVE KOSHER CHICKEN & BEEF MEAT CONT. DINNERS - AS RETALIATION.

<s>THE AN</s> ORDINARY INMATES EAT, CHICKEN NUGGETS MEAT DISHES ETC.
[ HE USED TO SERVE KOSHER CHICKEN DINNERS - THIS WAS STOPPED.]

THESE ACTS VIOLATE 5th. & 14th Amendments and anti-discrimination laws. Diet is unfair enforced <u>vegetarian</u> and punishment for being JEWISH.

PLAINTIFF HAS BEEN SUBJECT TO THIS SINCE MAY 28th 2009.
INMATE MICHAEL SHERMAN MORLANG (A0246864)

(Rev. 1/30/07)  5