# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No 09-cv-01169-BnB

SOLMON BEN- TOV COHEN,

    Plaintiff

v

Officer Steven Estrada et al

    Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2009

GREGORY C. LANGHAM
CLERK

---

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AMENDED COMPLAINT

---

Plaintiff, Solomon B Cohen pro- se moves the court to grant an extension of 30 days in which to file an amended complaint.

Plaintiff respectfully asks that this motion be granted.

Date: 07/28/09
Signed: _____

Solomon B Cohen MA(*Cantab*) pro-se

Inmate # A0261647 Alien # 77 309 675
El Paso County Jail, Criminal Justice Center
2739 East Las Vegas Road
Colorado Springs
CO 80906

Tel: (719) 390-2106

## CERTIFICATE OF SERVICE

I certify that on July 31 2009 a copy of the attached motion was sent by first class mail to:-

    Office Steven Estada
    GEO- ICE Detention Facility
    11901 E30th Av
    Aurora
    CO 80010

    John Longshore, Field Office Director
    Department of Homeland Security
    4730 Paris St
    Denver
    CO 80239

    and to

    John Longshore, Field Office Director
    Department of Homeland Security
    4730 Paris St
    Denver
    CO 80239

    Capt Dan Muldoon
    Park County Jail
1180 Park County Rd 16 , FAIRPLAY
    CO 6440

    Officer Blatt
    4730 Paris St
    Denver
    CO 80239

Dr Peck
El Paso County Jail
2739 E Las Vegas St
Colorado Springs
CO 80906

Fran LePage
El Paso County Jail
2739 E Las Vegas St
Colorado Springs
CO 80906

Sheriff Terry Maketa
217 Tejon St
Colorado Springs
CO

El Paso County
217 Tejon St
Colorado Springs
CO

Date: 07/28/09
Signed: [signature]

Solomon B Cohen MA(*Cantab*) pro-se

Inmate # A0261647 Alien # 77 309 675
El Paso County Jail, Criminal Justice Center
2739 East Las Vegas Road
Colorado Springs
CO 80906

Tel: (719) 390-2106