# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No 09-cv-01169-BnB

SOLOMON BEN- TOV COHEN,

    Plaintiff

v

OFFICER STEVEN ESTRADA, Immigration & Customs Enforcement
        et al

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 02 2009

GREGORY C. LANGHAM
                      CLERK

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE AMENDED COMPLAINT

**WRITTEN USING WORDPAD**

Pursuant to this Court's Order of **August 2009** Plaintiff's amended complaint is due to be filed on Setpember 2nd 2009.

Plaintiff, Solomon B Cohen pro- se hereby requests this Court for an Order extending the time within which Plaintiff's amended complaint is due to be filed. Plaintiff requests a thirty day extension.

Civil Action No 09-cv-01169-BnB page 2    08/28/09

The reasons for requesting this extension of time are as follows:-

### 1. Denial of access to 10th Circuit Court of Appeals

The civil rights violations complained of are much more serious than previously realized requiring a much more carefully drafted Complaint for immediate injunctive relief.

-1-

Plaintiff needs time without access to Microsoft Word or printer, to write and file Motion to Abate Petition for Review Cohen v Holder Jr and Department of Homeland Security, Case No 09-9519 in 10th Circuit Court of Appeals as soon as possible.
[In adequate and deficient law library facilties amounting to denial of access to the court.]

## 2. Victimization

Defendant Fran LePage cut four hours a week from Plaintiff'a law library time for a period of " 90 days" based on false accusation that Plaintiff failed to attend law library and wilful attempt to deny Plaintiff access to courts.

## 3. Class Action

Many inmates have asked to join this action and a request for class action certification will need to be drafted. Many inmates are complaining.

Plaintiff intends to file this Action as soon as possible.

Defendants have failed to bring law library into compliance with ICE detention standard.

This is likely to cause Plaintiff to lose his Petition for Review.

In *Cohen v Estrada,* Case No 09-9514 (10th Cir. 2009) Court decided that District Court was proper court in which to seek injunctive relief concerning threats made ICE that they would prevent Plaintiff from filing.

Plaintiff respectfully prays the Court grant this motion.

Respectfully submitted,

Date: 08/31/09        Signed: _SBCohen_

Solomon B Cohen MA(*Cantab*) pro-se

Inmate # A0261647 Alien # 77 309 675
El Paso County Jail, Criminal Justice Center
2739 East Las Vegas Road
Colorado Springs
CO 80906

Tel: (719) 390-2106

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this ￼day of August, 2009, service of the attached document was effected by placing a true and correct copy of each of the same in the United States mail, first class postage prepaid, addressed to the following:

Officer Steven Estrada
Department of Homeland Security
Immigration Customs & Enforcement
GEO- ICE Detention Facility
11901 E30th Ave
Aurora
CO 80010


Mr John Longshore, Field Office Director
Detention and Removal
Department of Homeland Security
Immigration Customs & Enforcement
4730 Paris Street
Denver,
CO 80239


Captain Dan Muldoon
Park County Jail
1180 Park County Road 16
Fairplay
CO 80440

Agent Blatt
Department of Homeland Security
Immigration Customs & Enforcement
4730 Paris Street
Denver,
CO 80239

Ms Fran LePage, Programs Manager
El Paso County Jail, CJC
2739 E Las Vegas St
Colorado Springs
CO 80906


Dr Peck MD
El Paso County Jail, CJC
2739 E Las Vegas St
Colorado Springs
CO 80906

Sheriff Terry Maketa and El Paso County Sheriff's Office
210 Tejon St
Colorado Springs
CO 80903

Date: 08/21/09
Signed: _____

Solomon B Cohen MA(*Cantab*) pro-se

- 4 -