**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01169-BNB

SOLOMON BEN-TOV COHEN,

      Plaintiff,

v.

OFFICER STEVEN ESTRADA, Immigration & Customs Enforcement,
JOHN LONGSHORE, Field Office Director, Department of Homeland Security,
CAPT. DAN MULDOON, Jail Administrator, Park County Jail,
OFFICER BLATT, ICE,
DR. PECK, Psychiatrist, El Paso County Jail,
FRAN LePAGE, Programs Manager, El Paso County Jail,
SHERIFF TERRY MAKETA, El Paso County Jail, and
EL PASO COUNTY,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On September 2, 2009, Plaintiff filed a "Motion for Extension of Time Within Which to File Amended Complaint" requesting an additional thirty (30) days to file his amended complaint.  The motion is GRANTED.  Plaintiff shall have until **October 5, 2009,** to file his amended complaint.

Dated:  September 3, 2009

---