**SOLOMON B COHEN**

ALIEN # 077 309 675

GEO- I.C.E.PROCESSING CENTER
11901 E30TH AVE
AURORA
CO 80010- 1525

Tel: (303) 361- 6612 West Core

LEGAL MAIL

Clerk of the Court
United States District Court
901 19th St Room A- 105
Denver
CO 80294-3589

October 4, 2009

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -6 2009

GREGORY C. LANGHAM
                          CLERK

Re: Cases '08-cv-02188-LTB-CBS and '09-cv-01169-BnB

Dear Clerk of the Court

**Change of Address**

My address has changed to that above, because I have been moved.

I need to extend the time in which to reply in the above cases and will file motions as soon as I can.

Sincerely

**Solomon B Cohen** MA (*Cantab*) pro- se