# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No 09-cv-01169-BnB

SOLMON BEN- TOV COHEN,

    Plaintiff

v

Officer Steven Estrada et al

    Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2009

GREGORY C. LANGHAM
CLERK

---

## LATE MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AMENDED COMPLAINT

---

Plaintiff, Solomon B Cohen pro- se moves the court to grant an extension of 60 days in which to file an amended complaint.

1. Plaintiff was denied access to the Law Library because of 'flu.

2. El Paso County Jail refused to send legal mail to this court.

3. Plaintiff was transferred and was without ADHD medication for 14 days.

4. Plaintiff and his dorm were quarantined and Plaintiff was denied access to the GEO Law Library.

5. Plaintiff was denied access to 10th Circuit Court of Appeals- this complaint requires much time to draft.

6. Plaintiff and 8 co- plaintiffs will be asking for the appointment of a Special Master.

7. Plaintiff respectfully asks that this motion be granted.

Date: 10/26/09                          Signed: _____

Solomon B Cohen MA(*Cantab*) pro-se

Alien # 077 309 675
GEO- ICE Detention Facility
11901 E30th Ave
Aurora,
CO 80010-1525

Tel: (303) 361- 6612

**AURORA / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

2 of 6
10/14/09
TIME/DATE STAMP

Detainee Name: COHEN, SOLOMON
GEO ID#: 
ICE A#: 077309675
Officer Signature: D. Paul

Dorm: C
Date: 10-14-09

| MARK YOUR REQUEST | MARQUE SU PEDIMENTO |
|---|---|
| ☐ ICE | ☐ INMIGRACIÓN |
| ☐ COURT | ☐ CORTE |
| ☒ LIBRARY | ☐ BIBLIOTECA |
| ☐ PHONE CALL | ☐ LLAMADAS TELEFÓNICAS |

Telephone number/Numero de teléfono

Other Request: PLEASE CAN I USE THE LAW LIBRARY COMPUTER. THANK YOU.

RESPONSE: MED. RESTRICTED   10-15-09   C-DORM (R)

Completed YES ☐   NO ☐   BY:_____   DATE:_____

09/24/09

DUE TO ISSUES IN THE GOLF MOD/WARDS, INMATE COHEN, SOLOMAN #0900010842 SCHEDULED LAW LIBRARY TIME WAS CANCELLED. SGT. HABERT WAS NOTIFIED OF THE CANCELATION AND ALSO THE CANCELATION WAS ANNOTATIED IN PROGRAMS. THANKS.

DEPUTY SMITH 03062
09/24/09

## **CERTIFICATE OF SERVICE**

I certify that on July    2009 a copy of the attached motion was sent by first class mail to:-

Office Steven Estada
GEO- ICE Detention Facility
11901 E30th Av
Aurora
CO 80010


John Longshore, Field Office Director
Department of Homeland Security
4730 Paris St
Denver
CO 80239


and to

John Longshore, Field Office Director
Department of Homeland Security
4730 Paris St
Denver
CO 80239

Capt Dan Muldoon
Park County Jail
Park County Rd 16
CO

Officer Blatt
4730 Paris St
Denver
CO 80239


Dr Peck

El Paso County Jail
2739 E Las Vegas St
Colorado Springs
CO 80906

Fran LePage
El Paso County Jail
2739 E Las Vegas St
Colorado Springs
CO 80906

Sheriff Terry Maketa
217 Tejon St
Colorado Springs
CO

El Paso County
217 Tejon St
Colorado Springs
CO

Date: 10/26/09                        Signed: _____

Solomon B Cohen MA(*Cantab*) pro-se