**SOLOMON B COHEN**

ALIEN # 077 309 675

I.C.E. DETENTION FACILITY
11901 E30TH AVE
AURORA
CO 80010- 1525

Tel: (303) 361- 6612 West Core

LEGAL MAIL

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2009

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court
901 19th St, Room A105
Denver
CO 80294-3589

Please note new address.

Case No '09-cv-01169-BnB

October 26, 2009

Dear Clerk of the Court

Please find enclosed a late motion to extend time in which to file an amended complaint.

I became victim of retaliation at El Paso County Jail and couldn't file this any sooner.

And because I am sick.

Thank you for your attention.

Sincerely

**Solomon B Cohen MA(*Cantab*) pro-se**