**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01169-BNB

SOLOMON BEN-TOV COHEN,

     Plaintiff,

v.

OFFICER STEVEN ESTRADA, Immigration & Customs Enforcement,
JOHN LONGSHORE, Field Office Director, Department of Homeland Security,
CAPT. DAN MULDOON, Jail Administrator, Park County Jail,
OFFICER BLATT, ICE,
DR. PECK, Psychiatrist, El Paso County Jail,
FRAN LePAGE, Programs Manager, El Paso County Jail,
SHERIFF TERRY MAKETA, El Paso County Jail, and
EL PASO COUNTY,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Late Motion for Extension of Time in Which to File Amended Complaint" filed on October 28, 2009, is GRANTED as follows:  Plaintiff shall have up to and including **November 30, 2009**, to file a second amended complaint as directed.  No further extensions will be granted.

Dated:  November 2, 2009