IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 09-cv-01169-BnB

SOLOMON BEN- TOV COHEN,   Plaintiff
    Pro- se

v

JOHN P LONGSHORE,
    Field Office Director, US ICE

and

UNKNOWN MAIL CLERK 05072,
    El Paso County Sheriff's Office

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2009

GREGORY C. LANGHAM
CLERK

## MOTION TO FILE AMENDED COMPLAINT LATE

Plaintiff, Solomon B Cohen pro- se ("Cohen") moves the court to allow him to file this amended complaint LATE, for the following reasons:-

1. Pursuant to this Courts Order dated November 3rd 2009, this Amended Complaint was due November 30 2009.

   **Recurrence of symptoms of bladder cancer**
2. Cohen has been diagnosed with haematuria and Dr Garlick has arranged for Cohen to be seen at Denver Health.

3. Cohen has been feeling very weak, to weak to sit and write much of the day for the past 6 weeks.

4. Cohen was unable to comply with this Court's prior Order.

Cohen respectfully asks that this motion be granted.

Date:December 8, 2009                     Signed: _____

Solomon B Cohen MA(*Cantab*) pro-se

Alien # 077 309 675
GEO- ICE Detention Facility
11901 E30th Ave
Aurora,
CO 80010-1525

Tel: (303) 361- 6612

## CERTIFICATE OF SERVICE

I certify that on December 8 2009 a copy of the Exhibits was sent by first class mail to:-

John P Longshore, Field Office Director
Department of Homeland Security, USICE
4730 Paris St
Denver
CO 80239

Unknown Mail Clerk
c/o Chief Paula Presley, Warden
El Paso County Sheriff's Office, CJC
2739 E Las Vegas St
Colorado Springs
CO 80906

Date: 12-0Y-0Y       Signed: _____
                     Solomon B Cohen MA(*Cantab*) pro-se