IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

DEC 10 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01169-BnB
(To be supplied by the court)

SOLOMON B COHEN, Plaintiff,
pro-se

v.

JOHN P LONGSHORE,

UNKNOWN MAIL CLERK,
EL PASO COUNTY SHERIFF'S OFFICE

__________,

__________,

__________,

__________,

__________,

__________, Defendant(s).

(List each named defendant on a separate line.)

---

AMENDED PRISONER COMPLAINT

---

(Rev. 1/30/07)

A. PARTIES

1. SOLOMON BEN-TOV COHEN, A#077309675
(Plaintiff's name, prisoner identification number, and complete mailing address)
GEO-ICE DETENTION FACILITY, 11901 EAST 30TH AVE AURORA, COLORADO, CO 80010-1525

2. JOHN P LONGSHORE, FIELD OFFICE DIRECTOR, USICE DEPARTMENT OF HOMELAND SECURITY, 4730 PARIS ST DENVER, COLORADO CO 80239
(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:

SUED AS AN INDIVIDUAL, ACTING UNDER COLOR OF FEDERAL LAW AND INJUNCTIVE RELIEF AGAINST DEFENDANT IN HIS OFFICIAL CAPACITY

3. UNKNOWN MAIL CLERK, IDENTIFIED IN EXHIBIT 5,6, 2739 E. LAS VEGAS ST EL PASO COUNTY SHERIFF'S OFFICE, CJC, COLORADO SPRINGS COLORADO
(Name, title, and address of second defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

SUED AS AN INDIVIDUAL CLAIMING TO ACT UNDER COLOR OF STATE LAW, ACTING ALSO UNDER FEDERAL LAW

4. ______________________________
(Name, title, and address of third defendant)

______________________________

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

______________________________

______________________________

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

THIS ACTION FOR DAMAGES ARISES UNDER US CONSTITUTION AMENDMENTS 1, 4, 5, 6 and 14. FEDERAL RULES OF CIVIL PROCEDURE RULES 57 AND 65.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

ICE CONTRACT FACILITY - EL PASO COUNTY JAIL

Plaintiff in This ACTION Solomon Ben-Tov COHEN is suing US CAPITOL POLICE and Representative Henry A Waxman.

Coinciding with US MAGISTRATE JUDGE Craig B Shaffer issuing his Recommendations in that action, Case No '08-cv-02188-LTB-CBS, That claims against US CAPITOL POLICE and Rep Waxman NOT be transferred to the VENUE in which the case could proceed, Defendant, MAIL CLERK identified by NUMBER - see Exhibits 5 & 6 REFUSED to issue INDIGENT LEGAL MAIL envelopes OR send mail to this court "FOR 14 DAYS". US DISTRICT JUDGE BABCOCK DENIED REQUEST TO FILE LATE. Ex 10.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: FALSE IMPRISONMENT FROM 06/01/2008 – 06/19/2009

Supporting Facts:

ON JUNE 19, 2009 (TWO THOUSAND AND NINE) DEFENDANT JOHN P LONGSHORE, SUED AS AN INDIVIDUAL, CANCELLED COHEN'S $3,000 IMMIGRATION BOND. SHOWN AS EXHIBIT I

DEFENDANT, JOHN P LONGSHORE, FALSELY IMPRISONED COHEN BY HOLDING COHEN IN ICE CONTRACT FACILITY:
(1) GEO-ICE DETENTION FACILITY
(2) PARK COUNTY JAIL, STATE OF COLORADO
(3) EL PASO COUNTY SHERIFF'S OFFICE, COLORADO SPRINGS, STATE OF COLORADO.

IN HABEAS CORPUS CASE NO: 1:08-CV-01844-LTB-CBS

IT WAS CLAIMED THAT THIS BOND HAD BEEN REVOKED. THIS WAS A LIE.

COHEN ASKS FOR JURY TRIAL TO AWARD COMPENSATORY, PUNITIVE AND EXEMPLARY DAMAGES.

2. Claim Two: DEFENDANT MAIL CLERK 05072

Supporting Facts: EL PASO COUNTY SHERIFF'S OFFICE DENIED COHEN ACCESS TO US DISTRICT COURT (THIS COURT).

ON ~~JUNE~~ SEPTEMBER 15, 2009, MAIL CLERK 05072 REFUSED TO SEND LEGAL MAIL SEE EXHIBIT 5

ON SEPTEMBER 22 2009 SAME DEFENDANT REFUSED TO SEND LEGAL MAIL SEE EXHIBIT 6

ON OR ABOUT SEPTEMBER 22 2009 US MAGISTRATE JUDGE'S RECOMMENDATIONS IN COHEN v WAXMAN, 08-CV-02188-LTB-CBS IN THIS COURT WAS RECEIVED BY COHEN

ON SEPTEMBER 23 2009, GRIEVANCE FILED WITH BOTH JAIL AND ICE WAS DENIED REFERRED TO IN EX 10

ON OCTOBER 1 2009, MAIL CLERK 05072 AGAIN REFUSED TO SEND ANY LEGAL MAIL, INCLUDING COPY OF RENEWED APPLICATION FOR STAY OF REMOVAL AS REQUIRED TO BE SENT TO ELENA KAGAN US SOLICITOR GENERAL

ON OCT 21 2009 US DISTRICT COURT DISMISSED PLAINTIFF

3. Claim Three: ____________________

Supporting Facts:

BLANK

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: MICHAEL B MUKASEY, US ATTORNEY GENERAL
2. Docket number and court name: 1:08-CV-01844-LTB-CBS US DISTRICT COURT FOR THE DISTRICT OF COLORADO
3. Claims raised in prior lawsuit: HABEAS CORPUS
4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): DISMISSED.
5. If the prior lawsuit was dismissed, when was it dismissed and why? COURT WRONGLY DECIDED $3,000 IMMIGRATION BOND INVALID
6. Result(s) of any appeal in the prior lawsuit: CASE No 09-1227 PENDING 10th CIRCUIT COURT OF APPEALS

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).
   NOT REQUIRED OF ICE RE ALIEN DETAINEE — BUT COPY OR REPLY TO GRIEVANCE IS ATTACHED.

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

On the first CAUSE OF ACTION, against John P Longshore individually, plaintiff asks for $400,000 in compensatory damages and same amount in both punitive and exemplary damages;

On the second CAUSE OF ACTION, against Unknown MALE CLERK, plaintiff asks for damages of $1 Million (Warman dismissed effectively WITH PREJUDICE plaintiff pursuant to Federal Rules of Civil Procedure Rule 38(b), a trial by JURY as to all issues so triable and ATTORNEY'S FEES (as well as such relief as the Court deems appropriate.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 12-08-09
(Date)

[signature]
(Prisoner's Original Signature)

# COPY OF GRIEVANCE FILED

ICE

# DETAINEE GRIEVANCE FORM

CASE # 09-205

077309675 — Detainee ID Number

COHEN, SOLOMON — Detainee Name (Nombre de detenido)

C — Dorm (Dormitorio)

[signature] — Detainee Signature (Firma)

10/19/09 — Date Grievance is Written

[signature] — Grievance Coordinator Signature

10/20/09 — Date Grievance is Received

**Statement of Grievance:** TO: SUPERVISOR ZABAT
RE 10th CIRCUIT COURT OF APPEALS, www.ca10.uscourts.gov
Case No 09-9519 COHEN v HOLDER
MISSED DEADLINE: 09/21/09
I HAVE BEEN PREVENTED FROM PRINTING AND FILING MY BRIEF BY EL PASO COUNTY JAIL. NO PRINTER, NO MICROSOFT WORD, REFUSAL TO SEND INDIGENT LEGAL MAIL, DENIED ACCESS TO LAW LIBRARY (UNDER QUARANTINE). HERE ALSO.

**Relief Sought:**
PLEASE CAN I REMAIN HERE AT GEO FOR NEXT 30 DAYS. I WILL TRY AND FILE LATE. OTHERWISE, I HAVE TO BOTH APPEAL TO THE US SUPREME COURT AND PROCEED WITH LAWSUIT, COHEN v BLATT, CT BRANDT 08-CV-01169-BNB - "DENIAL OF ACCESS TO COURT". US DISTRICT COURT

**Grievance Findings:**
Not grievance matter. You will remain in GEO until further notice.

**Department Head Signature/Date:** [signature] 12/3/09

**Reviewed By/Date:** [signature] 12/3/09
Assistant Facility Administrator

**Reviewed By/Date:** Cheryl R. Pelkey 12/3/09
Facility Administrator

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ________ DATE: ________
SUSPENSE DATE: ________ ASSIGNED TO: ________

PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK

To be completed by Staff.

ISSUED TO INMATE: Deputy 06059 Date: 8/14/09 Time: 2010

RECEIVED FROM INMATE: Deputy 06059 Date: 8/14/09 Time: 2018

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ ~~GRIEVANCE~~ ☐ ~~GRIEVANCE APPEAL~~ ☐ ~~DISCIPLINARY APPEAL~~

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY ADMINISTRATIVE FEE ADMIN USE ONLY

DATE PROCESSED: ________ TOTAL COST $ ________

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ________

Name of Inmate: COHEN, SOLOMON Ward: 3G2 Date: 08/14/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES MAIL CLERK PROGRAMS MANAGER INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

(LIEUTENANT) Brandt SERGEANT ________ OTHER ________

DETAILS OF KITE/GRIEVANCE/APPEAL Dear LT BRANDT Please let ICE know. I AM GOING TO LOSE MY APPEAL. MY BRIEF IS "GARBAGE" - NOT IN COMPLIANCE WITH Fed. Rule Appellate Procedure. NOT POSSIBLE TO CRAFT WELL LAID OUT, DOC FORMAT, DOCUMENT WITHOUT MICROSOFT WORD & PRINTER. JAIL U VIOLATING [ICE DETENTION STANDARDS] TABLES, FOOTNOTES, MARGINS. I AM TAKING JAIL AND ICE TO FED. COURT. SORRY.

INMATE SIGNATURE [signature] DATE 08/14/09

RESPONSE TO INMATE

Microsoft Word will Not Be installed in the Law Library Computers.

SIGNATURE OF STAFF RESPONDING [signature] Brandt 9501 DATE RETURNED TO INMATE 8-17-09

DB 221

Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

Scan

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ________ DATE: ________
SUSPENSE DATE: ________ ASSIGNED TO: ________

PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK

To be completed by Staff

ISSUED TO INMATE: Deputy 07063 Date: 6-27-09 Time: 1249

RECEIVED FROM INMATE: Deputy 07063 Date: 6-27-09 Time: 1255

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY ADMINISTRATIVE FEE ADMIN USE ONLY

DATE PROCESSED: ________ TOTAL COST $ ________

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ________

Name of Inmate: COHEN, SOLOMON Ward: 2F1 Date: 06/27/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES MAIL CLERK PROGRAMS MANAGER (circled) INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ________ SERGEANT ________ OTHER ________

DETAILS OF KITE/GRIEVANCE/APPEAL On the law library computer, 8 U.S.C. § 1252, court of appeals, states (b)(2) or (b)(3)(C) Briefs must be printed or typewritten. Jail is breaking the law.

INMATE SIGNATURE [signature] DATE 06/27/09

RESPONSE TO INMATE

Per Chief Presley, your request for a printer or typewriter is denied. The courts accept handwritten motions & briefs, make sure they are legible.

SIGNATURE OF STAFF RESPONDING [signature] DATE RETURNED TO INMATE 6-29-09

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

Scan

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ________ DATE: ________
SUSPENSE DATE: ________ ASSIGNED TO: ________

PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK

To be completed by Staff.

ISSUED TO INMATE: Deputy 06065 Date: 8·19·09 Time: 1900

RECEIVED FROM INMATE: Deputy 06065 Date: 8·19·09 Time: 2100

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☑ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY ADMINISTRATIVE FEE ADMIN USE ONLY

DATE PROCESSED: ________ TOTAL COST $ ________

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #______

($1.00 ea) Money Release #_____ ($1.00 ea) Certified Copy of Inmate Balance #_____ ($1.00) Money Release Mail out #_____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ________

Name of Inmate: COHEN, SOLOMON Ward: 3C2 Date: 08/19/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES MAIL CLERK **(PROGRAMS MANAGER)** INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ________ SERGEANT ________ OTHER ________

DETAILS OF KITE/GRIEVANCE/APPEAL Dear Ms LePage,

CASE LAW - request

Please print KOTHANDARAGHAPATHY v DEPT OF HOMELAND SECURITY 396 F.SUPP 2d 1104 because they are wrong.

INMATE SIGNATURE [signature] DATE 08/19/09

RESPONSE TO INMATE

DENIED - WE DO NOT PRINT OFF CASE LAW, YOU WILL HAVE TO TRANSCRIBE this OFF OF LEXISNEXIS.

SIGNATURE OF STAFF RESPONDING [signature] DATE RETURNED TO INMATE 8-20-09

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____ No.

1. Name of Defendants in prior lawsuit: Jason Clemens, Immigration Agent
Shana Martin, Assistant Chief Counsel
Department of Homeland Security

4. Docket number and court name: **' 08- cv- 01991-ZLW**
US DISTRICT COURT, DISTRICT OF COLORADO

5. Claims raised in prior lawsuit: Making false statement, Perjury
Civil Rights violations

6. Disposition of prior lawsuit: Dismissed

7. If prior lawsuit was dismissed when was it dismissed and why? *Heck v Humphrey*

8. Result of any appeal in the prior lawsuit: Dismissed without prejudice

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendant in prior lawsuit: Denver County Jail, CO and Chaplain Rev John Scott

2. Docket number and court name: **1:08-cv-00978-ZLW** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:
   i. Denial of kosher food- 1st Amendment violation
   ii. request for additional law library time

4. Disposition of prior lawsuit: Withdrawn/ abandoned

5. If prior lawsuit was dismissed when was it dismissed and why? Denver County Jail granted both after lawsuit was filed and criminal charges dropped. Official reason: failure to notify change of address.

6. Result of any appeal in the prior lawsuit: N/A

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____ No.

1. Name of Defendant in prior lawsuit: Katherine Davis, HSA
Aurora/ ICE Detention Facility

2. Docket number and court name: **1:08-cv-02089-ZLW**
US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: Denial of medication

4. Disposition of prior lawsuit: Withdrawn after settlement

5. If prior lawsuit was dismissed when was it dismissed and why? N/A

6. Result of any appeal in the prior lawsuit: N/A

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 4

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes___ No.

| | | |
|---|---|---|
| 1. | Name of Defendants in prior lawsuit: | Hon Henry A Waxman, US Representative<br>US Capitol Police, Ex Sp Agent Fred Busch, |
| 2. | Docket number and court name: | **1:08-cv-02188-LTB-CBS**<br>US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. | Claims raised in prior lawsuit: | False arrest etc |
| 4. | Disposition of prior lawsuit: | Pending |
| 5. | If prior lawsuit was dismissed when was it dismissed and why? | N/A |
| 6. | Result of any appeal in the prior lawsuit: | N/A |

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes___ No.

| | | |
|---|---|---|
| 1. | Name of Defendants in prior lawsuit: | Hodges, Fuller, Prose, Morrissey et al |
| 2. | Docket number and court name: | **1:08-cv-02806-ZLW**<br>US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. | Claims raised in prior lawsuit: | Wrongful arrest, malicious prosecution, false imprisonment |
| 4. | Disposition of prior lawsuit: | Dismissed |
| 5. | If prior lawsuit was dismissed when was it dismissed and why? | Improperly stated |
| 6. | Result of any appeal in the prior lawsuit: | Pending |

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 6

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____ No.

1. Name of Defendants in prior lawsuit: Hon James P Vandello et al
2. Docket number and court name: **09-cv-00736-BnB** US DISTRICT COURT, DISTRICT OF COLORADO
3. Claims raised in prior lawsuit: Violation of Due Process, defamation
4. Disposition of prior lawsuit: Dismissed
5. If prior lawsuit was dismissed when was it dismissed and why? Failure to Amend
6. Result of any appeal in the prior lawsuit:

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## TABLE OF EXHIBITS

| No | DESCRIPTION | PAGE |
|---|---|---|
| 1 | 01/19/2009 –Notice-immigration bond (3,000) cancelled | |
| 2 | 03/30/2004 Immigration Bond | |
| 3 | 09/03/2009 Received Freedom of Information Act response #NRC2009003667 Filed 01/26/2009 "BOND CONTINUATION MEMO" | |
| 4 | 03/30/2004 USICE letter granting Bond | |
| 5 | 09/15/09 Mail clerk identified as 05072 refused to issue indigent legal mail envelopes or send legal mail claiming recent policy change -policy attached | |
| 6 | 09/22/09 Mail clerk 05072 refuse to send legal mail | |
| 7 | 09/23/09 Lt Brandt and ICE Deportation Officer Trent Blatt El Paso County Jail refused to send legal mail | |
| 8 | 10/01/09 Mail clerk 05072 refuse send mail to US Solicitor General- original enveloped addressed to Elena Kagan included | |
| 9 | Inmate Account Statement for the period showing Plaintiff indigent | |
| 10 | US District Judge's Order stating that Cohen has failed to file objections to Magistrate's Recommendation. Defendants Rep Waxman and US Capitol Police dismissed effectively with prejudice (time barred) without right of appeal, instead if transfer to Venue where Action should have been brought. | |

# EXHIBIT 1

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# NOTICE - IMMIGRATION BOND CANCELLED

OBLIGOR

Nadia Ezzelarab
4001 N. 9TH Street, Suite 222
Arlington, VA 22203

Alien File No. A 77 309 675

Cancellation Notice Date 06/19/2009

IMMIGRATION BOND

Bond Type: [X] Cash [ ] U.S. Bonds [ ] Surety

Bond Post Date 03/30/2004

Bond Receipt No. WAS - 11,110

Amount $3,000.00

Alien's Name COHEN, Solomon Ben-Tov

The conditions of the above-described immigration bond appearing to have been satisfied, the bond is canceled. Any deposit of cash or U.S. bonds will be refunded to you upon receipt of proper documentation. Please comply with these instructions to complete your application. Inquiries regarding this form or your deposit should be addressed to the Department of Homeland Security Debt Management Center (DMC) at the address below.

**SAVE THIS FORM.** You must submit a COPY of this Form I-391 along with the ORIGINAL Form I-305, Receipt of DHS Official - U.S. Cash Accepted as Security on Immigration Bond (Delivery Confirmation recommended) to: Department of Homeland Security, Debt Management Center, P.O. Box 5000, Williston, VT 05495-5000. If you have lost your original Form I-305 you will be given an opportunity to submit an Original notarized Form I-395 Affadavit in Lieu of Lost Receipt.

If you wish to designate another person to receive the deposit on your behalf, you must complete a Designation of Attorney in Fact, Form I-312, designating that person and include the completed original notarized form in your application to the DMC.

If your address has changed you must furnish notice of the change of address to Department of Homeland Security, Debt Management Center, P.O. Box 5000, Williston, VT 05495-5000.

Authorized DHS Signature #2420

John Longshore / Field Office Director
Print Name/Title

You may use a copy of this form to change your address. Complete the information below and mail the Completed form to the above address.

My address has changed. Please send all further correspondence to:

Street Address City or Town, State Zip Code

Signature of Obligor Date

ICE Form I-391 (09/07)

# EXHIBIT 2

U. S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0085

# Immigration Bond

Power No. ______________________

(Bonded Alien) File No. A77 309 675

Bond Receipt No. WAS-11,110

A. Name of Obligor: NADIA EZZELARAB

Street address of Obligor: 4001 NORTH 9TH STREET, SUITE 222

City, State and Zip Code: ARLINGTON, VA 22203

Telephone: (703) 248-1586

Name of Agent/Co-Obligor (if any-Surety Bonds only): ______________________

Address (if different from that of Obligor): ______________________

Telephone: ______________________

Address to use for notice purposes: ☑ Obligor ☐ Agent ☐ Both

If this is executed by a surety company the rate of premium is: ______ and the amount of premium is: ______

The name and address of the person who executed a written instrument with the surety company requesting it to post bond is ______________________

B. Information about alien for whom bond is furnished: Name: COHEN, SOLOMON BEN-TOV

Current Location (i.e., where detained): WASHINGTON FIELD OFFICE

Date and country of birth: 12/04/1960 / UK Nationality: UK

Date, port and means of arrival in the United States: 06/21/2002, LOS, NT

Alien to reside at: 132 EXETER STREET, BROOKLYN, NY

Telephone number at alien's residence: (718) 646-1267

C. In consideration of the facts recited in paragraph or paragraphs herein numbered ONE and captioned "BOND CONDITIONED UPON THE DELIVERY OF AN ALIEN" (and in any rider or riders lettered NONE and captioned NONE, the above named obligor and the agent acting on its behalf (if any), by subscribing hereto, hereby declare that they are firmly bound unto the United States in the sum of THREE THOUSAND dollars ($ 3000.00) unless the guarantee of the bond is that the alien shall not become a public charge, the obligor, and the agent acting on its behalf (if any), declare themselves bound in such amount or successive amounts as are prescribed in paragraph (G-2) herein as liquidated damages and not as penalty, which sum is to be paid to the United States immediately upon failure to comply with the terms set forth in any such paragraph or rider. The obligor and agent further agree that any notice to him/her in connection with this bond may be accomplished by mail, directed to him/her at the above address. The obligor acknowledges receipt of a copy of the executed bond and any attached rider or riders specified above.

D. Signed and sealed this 30TH day of MARCH / 2004 (Month/Year)

[signature] (Signature of Obligor) (Signature of Agent (if any)) [signature]

E. Bond approved and accepted at ARLINGTON, VIRGINIA (City and State) on 03/30/2004 (Day) NEIL R. ACRI (District Director)

F. Surety Company ______________________ Taxpayer Identification Number ______________________

Agent-Bonding Company ______________________ Taxpayer Identification Number ______________________

Obligors-Cash/Treasury Bond NADIA EZZELARAB Taxpayer Identification Number 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

31 U.S.C. 7701(c)(1) requires each person doing business with a federal government agency to furnish that agency such person's taxpayer identification number. It is the intent of the INS to use such number for purposes of collecting and reporting information on any delinquent accounts arising out of such person's relationship with the Government. The obligor, surety, or agent must furnish its Taxpayer Identification Number (TIN) to INS. Failure to furnish the TIN will result in a refusal of the bond.

This copy is to be retained by the obligor.



08 2005 7:35PM BRAVERMAN & LIN, PC 7032431494 p.2

U. S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0046

# Immigration Bond

(Bonded Alien) File No. A77 309 675
Bond Receipt No. WAS-11,110

## H. PLEDGE AND POWER OF ATTORNEY FOR USE WHEN UNITED STATES BONDS OR NOTES ARE DEPOSITED AS SECURITY.

I hereby pledge the United States Bond/Notes described in the following schedule as security for the performance and fulfillment of the obligations described in paragraph C above in accordance with 6 U.S.C. 15, 31 CFR part 225, and Treasury Department Circular 154. I appoint the Attorney General of the United States as my attorney to collect, sell, assign, and transfer said United States Bond or Note. In the case of any default in performance of conditions herein, my attorney shall have the power to collect without appraisal or valuation notice, and to apply the proceeds to the satisfaction of any damages, demands, or deficiencies arising from such default. I waive my right to redeem this security.

| Title of Bond/Notes | Coupons Attached | Face Value | Interest Rate | Serial No. | Interest Dates |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*(Affix Seal Here if Required)*

*(Signature of Person Pledging Bonds or Notes)*

## I. PLEDGE AND POWER OF ATTORNEY FOR USE WHEN CASH IS DEPOSITED AS SECURITY.

I hereby pledge the amount of THREE THOUSAND DOLLARS ($3,000.00) United States currency as security for the performance and fulfillment of the obligations described in paragraph C above. I appoint the Attorney General of the United States as my attorney to collect or to assign and transfer the said sum of money. I agree that, in case of default in the performance of any of the conditions herein to which I have subscribed, said attorney shall have full power to collect said sum of money or any part thereof or to assign and transfer said sum or any part thereof deemed appropriate by said attorney to the satisfaction of any damages, demands, or deficiencies arising by reason of such default. I further empower said attorney, in the event all the conditions herein to which I have subscribed have been complied with and the bond is canceled, to deliver the said sum of money plus any interest accrued thereon, to me at my risk and expense by such means as said attorney shall select.

*(Affix Seal Here if Required)*

X [signature]
*(Signature of Person Pledging Cash)*

J. Before me, within the county/city/parish of ARLINGTON in VIRGINIA, the above named individual personally appeared before us, acknowledges the execution of the foregoing power of attorney, and deposited the security described above. Witness our hands this 30TH day of MARCH, 2004.

[signature] *(Signature)* — DEPORTATION OFFICER *(Title)*

[signature] *(Signature)* — DEPORTATION OFFICER *(Title)*

This copy is to be retained by the obligor.



08 2005 7:35PM BRAVERMAN & LIN, PC 7037354187

# RECEIPT OF IMMIGRATION OFFICER - UNITED STATES BONDS OR NOTES, OR CASH, ACCEPTED AS SECURITY ON IMMIGRATION BOND

OBLIGOR

1. Name
NADIA EZZELARAB

Number and Street
4001 NORTH 9TH STREET, SUITE 222

City, State and ZIP Code
ARLINGTON, VA 22203

2. Receipt Number
WAS-11,110

3. City and State
ARLINGTON, VA

4. Date
03/30/2004

5. Name of alien COHEN, SOLOMON BEN-TOV

6. A-File
A77 309 675

7. Immigration bond:
Date 03/30/2004
Type DELIVERY BOND

## 8. UNITED STATES BONDS OR NOTES

Said United States bonds/notes are assigned (State form of assignment, if registered)

| Title of Bonds/Notes | Coupon or Registered | Total Face Amount | Denomination | Serial No. | Interest Dates |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(If this space is insufficient for enumeration of bonds/notes, use separate sheet and securely affix same hereto)

## 9. CASH (Postal Money Order, Certified Check)

The sum of THREE THOUSAND dollars ($ 3,000.00 )
in the form of * WACHOVIA OFFICIAL CHECK NUMBER 427949141

*Description: U.S. Postal Money Order and number; bank and check number; or number and denomination of coin and currency.

## 10. NOTICE TO OBLIGOR

The Immigration and Naturalization Service will deposit accepted United States bonds or notes in a Federal depository for safekeeping; accepted cash will be deposited in the United States Treasury. When all of its conditions have been met, the immigration bond will be cancelled, you will be so notified, and you may then recover the accepted security. United States bonds or notes will be returned to you when you surrender this receipt and give your own receipt on Form I-306. If it is impossible for you to call in person for these securities, you may authorize their delivery to you at your risk and expense. Arrangements will be made for the return to you of the cash accepted as security when you surrender this receipt. YOU MUST SURRENDER THE ORIGINAL OF THIS RECEIPT BEFORE THE SECURITY WILL BE RETURNED TO YOU. This receipt is not assignable.

## 11. ACCEPTANCE OF SECURITY

The undersigned hereby acknowledges receipt from above-named obligor of the above-described security, deposited as security on above-named immigration bond filed with the undersigned on behalf of the above-named alien.

Signature of immigration officer

Title of immigration officer
DEPORTATION OFFICER

Form I-305
(Rev. 5-1-76)

To: Obligor. When surrendered by Obligor, to: Finance, Regional Office

# EXHIBIT 3

# Bond Continuation Memo

To: Burlington Finance Center (BFC) (b)(7)(c)

CC: [ ] Lead Accounting Technician

From: Bond Backlog (BBAT)

Date: 7/8/2008

Re: A77309675

---

The following bond was reviewed and the Recommendation is for the bond to remain open and in full force.

Subject: SOLOMON BEN-TOV COHEN

Obligor: EZZELARAB, NADIA

Bond Number: WAS-C011110

Bond Post Date: 03/30/2004

Reason for Recommendation:

On 7-23-07 Service lodged a detainer on the subject who is being detained by Colorado authorities. RS 6-18-08. FILE REQUESTED PER PHONE CALL, BOND POSTED ON 3/30/04,CONTINUED 7/08/08.

Further actions to be taken by the field:

*A077309675*WAS-C011110*

# EXHIBIT 4

U.S. Department of Homeland Security
4420 North Fairfax Drive
Arlington, Virginia 22203

*Detention & Removal Operations*




March 30, 2004

Ms. Nadia Ezzelarab, Esq.
4001 N. Ninth Street Suite 222
Arlington, VA 22203
Fax (703) 243-1494

Re: Solomon B. Cohen
Parole Request, A# 77 309 675

Dear Ms. Ezzelarab:

I have considered your request for the release of Mr. Solomon B. Cohen from BICE custody.

A review of the case indicates that Mr. Cohen is a citizen of the UK, and a Visa Waiver overstay in the United States. Mr. Cohen was apprehended and detained by ICE investigators, after a referral by the U.S. Capital Police. A Notice of Referral to the Immigration Judge (Form I-863) was issued and served on the court. Mr. Cohen has an asylum claim pending with the Immigration Court in Arlington, Virginia.

The decision to release, or parole an individual from detention is discretionary. Under policy, however, an individual is statutorily eligible for parole and should generally be paroled whenever the individual can establish he or she is likely to appear for all hearings or other immigration matters and that he or she poses no danger to the community. Due to his emergent medical condition and need to be treated for his apparent re-occurring cancer, I have considered your request. Your request for the release of Mr. Cohen is granted after posting a $3,000 bond. Mr. Cohen is hereby ordered to attend his next hearing on 4/23/04 at the Washington, Arlington, Virginia Immigration Court.

Sincerely,

Neil Acri
Interim Deputy Field Director
Washington Field Office

# EXHIBIT 5

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ____ DATE: ____
SUSPENSE DATE: ____ ASSIGNED TO: ____

PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK

To be completed by Staff.

| ISSUED TO INMATE: | RECEIVED FROM INMATE: |
|---|---|
| Deputy 8304 Date: 9/15 Time: 1100 | Deputy 8304 Date: 9/15 Time: 1111 |

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ ~~GRIEVANCE~~ ☐ ~~GRIEVANCE APPEAL~~ ☐ ~~DISCIPLINARY APPEAL~~

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY ADMINISTRATIVE FEE ADMIN USE ONLY

DATE PROCESSED: ____ TOTAL COST $ ____

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ____

Name of Inmate: COHEN, SOLOMON Ward: E4 Date: 09/15/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES (MAIL CLERK) PROGRAMS MANAGER INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ____ SERGEANT ____ OTHER ____

DETAILS OF KITE/GRIEVANCE/APPEAL DEAR MAIL CLERK

WHAT IS THE CORRECT FIRST CLASS MAIL POSTAGE PLEASE?

CAN YOU ADD POSTAGE AND SEND AS IT IS LEGAL MAIL, FREE FOR ICE DETAINEES.

INMATE SIGNATURE [signature] DATE 09/15/09

RESPONSE TO INMATE Total Postage needed $1.22

Per policy you do not meet the definition for an indigent inmate. IT is not This Facilities policy that ICE detainees receive free legal mail. See attached Directive regarding legal mail.

SIGNATURE OF STAFF RESPONDING [signature] 0582 DATE RETURNED TO INMATE 9-16-09

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

# INTRA - OFFICE MEMORANDUM

**TO:** All Inmates

**FROM:** Lt. Dale L. Goodell

**DATE:** August 16, 2007

**SUBJECT:** Directive 07.32—Legal Supplies and Mail

The purpose of this memorandum is to inform you, in accordance with SOP 01.01 paragraph IV A 3, of a change in EPSO Detention Bureau Standard Operating Procedures (SOP's) 06.01 Access to Courts and 05.04 Mail.

**Effective 21 August 2007**, free legal supplies and postage on outgoing legal mail will only be issued to indigent inmates that have approved access to use the law library. Non indigent inmates needing legal supplies i.e.; lined paper, envelopes and pens must purchase these items from commissary. Commissary will sell all legal envelopes with the first class postage rate attached.

Any non indigent inmate mailing outgoing legal mail that exceeds standard weight limits can request the mailroom to verify needed postage necessary to mail the letter. Indigent legal envelopes that appear to have names altered will not be accepted. These letters will be placed into the inmate's property that appears as the sender. Any mail that can not be mailed due to non sufficient funds will be placed into the inmate's property.

DLG/km

# EXHIBIT 6

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

| FOR INMATE SERVICES USE ONLY | |
|---|---|
| TRACKING NUMBER: | DATE: |
| SUSPENSE DATE: | ASSIGNED TO: |

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff.

| ISSUED TO INMATE: Deputy 96048 Date: 9/21 Time: 1200 | RECEIVED FROM INMATE: Deputy ____ Date: ____ Time: ____ |
|---|---|

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☑ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY ADMINISTRATIVE FEE ADMIN USE ONLY

DATE PROCESSED: ____ TOTAL COST $ ____

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ____

Name of Inmate: COHEN, SOLOMON Ward: E4 Date: 9/21/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES (MAIL CLERK) PROGRAMS MANAGER INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST
FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ____ SERGEANT ____ OTHER ____

DETAILS OF KITE/GRIEVANCE/APPEAL Re: SEPTEMBER 21 2009 FILING DEADLINE
I AM PRO-SE, IN THE LAW LIBRARY.

MY MOTIONS DECLARE THAT THESE DOCUMENTS WERE PLACED IN 'PRISON MAIL SYSTEM'.
THE REST IS BETWEEN THE JAIL & CLERK OF THE COURT. I AM INDIGENT. JAIL CANNOT REFUSE TO MAIL THESE BRIEFS TO THE 10th CIR COURT OF APPEALS.

INMATE SIGNATURE [signature], witnessed: [signature] DATE 09/21/09

RESPONSE TO INMATE
Postage due $2.41 sufficient postage on envelope.

SIGNATURE OF STAFF RESPONDING [signature] DATE RETURNED TO INMATE 9-22-09

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

# EXHIBIT 7

Scan

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY

TRACKING NUMBER: ________ DATE ________

SUSPENSE DATE: ________ ASSIGNED TO: ________

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff

| ISSUED TO INMATE: | RECEIVED FROM INMATE: |
|---|---|
| Deputy 90020 Date: 09/18/09 Time: 1807 | Deputy 90020 Date: 09/18/09 Time: 1830 |

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☑ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY — ADMINISTRATIVE FEE — ADMIN USE ONLY

DATE PROCESSED: ________ TOTAL COST $ ________

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ________

Name of Inmate: COHEN, SOLOMON Ward: E4 Date: 09/18/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES MAIL CLERK (PROGRAMS MANAGER) INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST

FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ________ SERGEANT ________ (OTHER) ~~ICE~~ / A85004

DETAILS OF KITE/GRIEVANCE/APPEAL I AM BEING DENIED ENVELOPES FOR LEGAL MAIL. I AM INDIGENT. MY BRIEFS MUST BE SENT MONDAY - LATEST, 10th CIR COURT OF APPEAL. (1) PLEASE TELL JAIL TO COMPLY WITH ICE DETENTION STANDARDS ~~[illegible]~~. (2) PLEASE BRING ME BEFORE JUDGE USC §1357. EVIDENCE: MY ARREST BY ICE VIOLATED 4th AMENDMENT. CONGRESSMAN WAXMAN FED JUDGE WILL ORDER MY RELEASE. LONGER IT TAKES MORE FED GOV WILL HAVE TO PAY IN DAMAGES

INMATE SIGNATURE S B Cohen DATE 09/18/09

RESPONSE TO INMATE

You will be eligible for indigent legal supplies on 9/25/09. Please write back on that day for your legal supplies.

SIGNATURE OF STAFF RESPONDING [signature] DATE RETURNED TO INMATE 9-23-9

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

# EXHIBIT 8

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

URGENT

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ______ DATE: ______
SUSPENSE DATE: ______ ASSIGNED TO: ______

PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK

To be completed by Staff.

ISSUED TO INMATE: Deputy 96048 Date: 9/21 Time: 1300

RECEIVED FROM INMATE: Deputy 96048 Date: 9/21 Time: 1330

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY — ADMINISTRATIVE FEE — ADMIN USE ONLY

DATE PROCESSED: ______ TOTAL COST $ ______

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #__

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0L6647 Property Bag Number: ______

Name of Inmate: COHEN, SOLOMON Ward: E4 Date: 09/21/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES (circled), MAIL CLERK, PROGRAMS MANAGER, INTAKE AND RELEASE (circled), PROPERTY, BOOKKEEPING, DETENTION SPECIALIST, FOOD SERVICE, COMMISSARY, GATEWAYS, COURT AND TRANSPORT, MEDICAL, COMMANDER, TRUSTEE COORDINATOR, PHONE

LIEUTENANT ______ SERGEANT ______ OTHER ICE (circled)

DETAILS OF KITE/GRIEVANCE/APPEAL ATTN: OFFICER FILY GARBISCO

① COMPLAINT AGAINST EL PASO COUNTY JAIL. THAT IT IS A VIOLATION OF 8 USC § 1357 FOR ICE TO OBSTRUCT MY FILING WITH 10th CIRCUIT COURT OF APPEALS. JAIL IS REFUSING TO SEND LEGAL MAIL TO THE COURT — DEADLINE IS TODAY. THEY HAVENT GOT A CLUE ABOUT "ICE DETENTION STANDARDS"

② EITHER YOU BRING ME TRIAL FOR FAILURE TO DEPART OR I WILL TAKE ICE TO COURT

INMATE SIGNATURE [signature] DATE 09/21/09

RESPONSE TO INMATE ① If you are having issues with the jail not sending your mail, you need to inquire with them about a resolution.

② We are preparing your case for prosecution in federal court.

SIGNATURE OF STAFF RESPONDING [signature] DATE RETURNED TO INMATE 9/23/09

DB 221

Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'

A/B

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ______ DATE: ______
SUSPENSE DATE: ______ ASSIGNED TO: ______

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff.

| ISSUED TO INMATE: COHEN | RECEIVED FROM INMATE: |
|---|---|
| Deputy 03029 Date: 10-1-09 Time: 1341 | Deputy ______ Date: ______ Time: ______ |

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ ~~GRIEVANCE~~ ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY ADMINISTRATIVE FEE ADMIN USE ONLY
DATE PROCESSED: ______ TOTAL COST $ ______

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____
($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ______
Name of Inmate: COHEN, SOLOMON Ward: E4 Date: 10/01/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES (~~MAIL CLERK~~) PROGRAMS MANAGER INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST
FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ______ SERGEANT ______ OTHER ______

DETAILS OF KITE/GRIEVANCE/APPEAL PLEASE SEND ATTACHED COPY OF APPLICATION TO CHIEF JUSTICE ROBERTS TO :- ELENA KAGAN, SOLICITOR GENERAL.

THANK YOU.

INMATE SIGNATURE [signature] DATE 10/01/09

RESPONSE TO INMATE Total postage needed $1.05

SIGNATURE OF STAFF RESPONDING [initial] 05072 DATE RETURNED TO INMATE 10-2-09

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.


SOLICITOR GENERAL
OF JUSTICE
AVE NW
530-0001
USA FIRST-CLASS
USA FIRST-CLASS

# EXHIBIT 9

# El Paso County Sheriff's Office

**(A0261647-COHEN, SOLOMON BEN-TOV) All Transactions for 05/28/2009 00:00 to 10/02/2009 23:59**



| Trans. Date | Trans. Type | Transactor Name | Void | Prev. Bal. | Credit | Debit | New Bal. | Hold Ba |
|---|---|---|---|---|---|---|---|---|
| 09/08/2009 12:42 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 30.87 | 0.00 | 28.36 | 2.51 | 0.0 |
| 09/09/2009 13:06 | CANTEEN CREDIT | | | 2.51 | 0.97 | 0.00 | 3.48 | 0.0 |
| 09/10/2009 15:37 | SERVICE | COPIES-100 | | 3.48 | 0.00 | 10.00 | 0.00 | 6.5 |
| 09/11/2009 12:44 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 0.00 | 0.00 | 3.26 | 0.00 | 9.7 |
| 09/11/2009 16:06 | MEDICAL CHARGE | INMATE | Y | 0.00 | 0.00 | 16.00 | 0.00 | 25.7 |
| 09/13/2009 20:46 | SERVICE | CERTIFIED ACCOUNT STATEMENT-1 | | 0.00 | 0.00 | 1.00 | 0.00 | 26.7 |
| 09/17/2009 12:09 | SERVICE | COPIES-86 @ $.10 | | 0.00 | 0.00 | 8.60 | 0.00 | 35.3 |
| 09/17/2009 13:13 | MEDICAL CHARGE | INMATE | Y | 0.00 | 0.00 | 8.00 | 0.00 | 43.3 |
| 09/21/2009 12:30 | SERVICE | COPIES-38 @ $.10 | | 0.00 | 0.00 | 38.50 | 0.00 | 81.8 |
| 09/22/2009 17:36 | MEDICAL CHARGE | VOIDED 2050453 | | 0.00 | 16.00 | 0.00 | 0.00 | 65.8 |
| 09/22/2009 17:37 | MEDICAL CHARGE | VOIDED 2053594 | | 0.00 | 8.00 | 0.00 | 0.00 | 57.8 |
| 09/23/2009 07:23 | SERVICE | CERTIFIED ACCOUNT BALANCE | | 0.00 | 0.00 | 1.00 | 0.00 | 56.8 |
| 09/26/2009 12:24 | SERVICE | COPIES - 38 | | 0.00 | 0.00 | 3.80 | 0.00 | 62.6 |
| 10/01/2009 15:52 | SERVICE | COPIES-40 | | 0.00 | 0.00 | 4.00 | 0.00 | 66.6 |

| Current Balance: | Hold Balance: | Hold Subsistence: | Hold Meals: | Hold Medical: | Hold Service: | Hold Other: |
|---|---|---|---|---|---|---|
| $0.00 | $66.68 | 0.00 | 0.00 | 0.00 | $63.42 | $3.26 |

**I hearby certify that these documents are true and correct copies of the Inmate Fund Account.**

*Christie L Guido*
Name

*BookKeeper*
Title

Date

# EXHIBIT 10

# ORDER OF
# UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN

Plaintiff,

v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSCH, Agent, U.S. Capitol Police,

Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on September 21, 2009 (Doc 60). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1. The "Motion to Dismiss of Defendant Henry Waxman" (Doc 24) is GRANTED and Defendant Waxman is dismissed from this civil action, without prejudice to Plaintiff refiling his claims in another venue.

2. "Defendant the U.S. Capitol Police's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" (Doc 20) is GRANTED and Defendant U.S. Capitol Police is dismissed without prejudice from this civil action.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 21, 2009

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN

Plaintiff,

v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSCH, Agent, U.S. Capitol Police,

Defendants.

---

**ORDER**

---

**Upon pro se** Plaintiff's Appeal of Order (Doc 72 - filed November 3, 2009), which is construed as a Motion to Reconsider, it is

ORDERED that the Motion is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: November 4, 2009

**CERTIFICATE OF SERVICE**

I certify that on December 8 2009 a copy of the Exhibits was sent by first class mail to:-

John P Longshore, Field Office Director
Department of Homeland Security, USICE
4730 Paris St
Denver
CO 80239

Unknown Mail Clerk
c/o Chief Paula Presley, Warden
El Paso County Sheriff's Office, CJC
2739 E Las Vegas St
Colorado Springs
CO 80906

Date: 12-08-09

Signed: [signature]
Solomon B Cohen MA(*Cantab*) pro-se