# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. **'09-cv-01169-BnB**
(To be supplied by the court)

_SOLOMON B COHEN_ , Plaintiff,
**pro-se**

v.

_JOHN P LONGSHORE_ ,

_UNKNOWN MAIL CLERK_ ,
_EL PASO COUNTY SHERIFF'S OFFICE_

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

## *AMENDED* PRISONER COMPLAINT

---

(Rev. 1/30/07)

## A. PARTIES

1.  SOLOMON BEN-TOV COHEN, A#077309675
    (Plaintiff's name, prisoner identification number, and complete mailing address)
    GEO-ICE DETENTION FACILITY, 11901 EAST 30TH AVE
    AURORA, COLORADO, CO 80010-1525

2.  JOHN P LONGSHORE, FIELD OFFICE DIRECTOR, USICE
    (Name, title, and address of first defendant) 4730 PARIS ST
    DEPARTMENT OF HOMELAND SECURITY
    DENVER, COLORADO CO 80239

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✔ No (CHECK ONE). Briefly explain your answer:

    SUED AS AN INDIVIDUAL, ACTING UNDER
    COLOR OF FEDERAL LAW AND
    INJUNCTIVE RELIEF AGAINST DEFENDANT IN
    HIS OFFICIAL CAPACITY

3.  UNKNOWN MAIL CLERK, IDENTIFIED IN EXHIBIT 5.G.
    (Name, title, and address of second defendant) 2739 E. LAS VEGAS ST
    COLORADO SPRINGS
    EL PASO COUNTY SHERIFF'S OFFICE, CJC, COLORADO

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✔ Yes ___ No (CHECK ONE). Briefly explain your answer:

    SUED AS AN INDIVIDUAL CLAIMING TO ACT UNDER
    COLOR OF STATE LAW, ACTING ALSO UNDER FEDERAL LAW

4.  _____
    (Name, title, and address of third defendant)

    _____

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

    _____

    _____

    _____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   THIS ACTION FOR DAMAGES ARISES UNDER

   US CONSTITUTION AMENDMENTS 1, 4, 5, 6 and 14.
   FEDERAL RULES OF CIVIL PROCEDURE RULES 57 AND 65.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

ICE CONTRACT FACILITY - EL PASO COUNTY JAIL
   Plaintiff in THIS ACTION Solomon Ben-Tov COHEN
is suing US CAPITOL POLICE and Representative
Henry A Waxman.
   Coinciding with US MAGISTRATE JUDGE
Craig B Shaffer issuing his Recommendations
in that action, Case No '08-cv-02188-LTB-CBS,
CLAIMS AGAINST
That, US CAPITOL POLICE and Rep Waxman NOT
be transferred to the VENUE in which the
case could proceed, Defendant, MAIL CLERK
identified by NUMBER -see Exhibits 5 & 6
REFUSED to issue INDIGENT legal mail
"envelope OK send mail to this court
FOR 14 DAYS". US DISTRICT JUDGE BABCOCK DENIES
REQUEST TO FILE LATE, Ex 10.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: __FALSE IMPRISONMENT FROM 06/01/2008 —__

   Supporting Facts: __06/19/2009__

   ON JUNE 19, 2009 (TWO THOUSAND AND NINE)
   DEFENDANT JOHN P LONGSHORE,
   SUED AS AN INDIVIDUAL, CANCELLED
   COHEN'S $3,000 IMMIGRATION BOND.
   SHOWN AS EXHIBIT i

   DEFENDANT, JOHN P LONGSHORE, FALSELY
   IMPRISONED COHEN BY HOLDING
   COHEN IN ICE CONTRACT FACILITY:
   ① GEO-ICE DETENTION FACILITY
   ② PARK COUNTY JAIL, STATE OF COLORADO
   ③ EL PASO COUNTY SHERIFF'S OFFICE,
         COLORADO SPRINGS, STATE OF
                        COLORADO.

   IN HABEAS CORPUS CASE NO: 1:08-cv-01844-LTB
                                                               -CBS
      IT WAS CLAIMED THAT THIS BOND
   HAD BEEN REVOKED. THIS WAS A LIE.

   COHEN ASKS FOR JURY TRIAL TO
   AWARD COMPENSATORY, PUNITIVE AND EXEMPLARY DAMAGES.

2. Claim Two: **DEFENDANT MAIL CLERK 05072**

Supporting Facts: EL PASO COUNTY SHERIFF'S OFFICE DENIED COHEN ACCESS TO US DISTRICT COURT (THIS court).

ON ~~JUNE~~ SEPTEMBER 15, 2009, MAIL CLERK 05072 REFUSED TO SEND LEGAL MAIL
SEE EXHIBIT 5

ON SEPTEMBER 22 2009 SAME DEFENDANT REFUSED TO SEND LEGAL MAIL
SEE EXHIBIT 6

ON OR ABOUT SEPTEMBER 22 2009 US MAGISTRATE JUDGE'S RECOMMENDATIONS IN COHEN v WARMAN, 08-CV-02188-LTB-CBS IN THIS COURT WAS RECEIVED BY COHEN

ON SEPTEMBER 23 2009, GRIEVANCE FILED
REFERRED TO IN EX 10
WITH BOTH JAIL AND ICE WAS DENIED

ON OCTOBER 1 2009, MAIL CLERK 05072 AGAIN REFUSED TO SEND ANY LEGAL MAIL, INCLUDING COPY OF RENEWED APPLICATION FOR STAY OF REMOVAL WA REQUIRED TO BE SENT TO ELENA KAGAN US SOLICITOR GENERAL

ON OCT 2( 2009 US DISTRICT COURT DISMISSED PLAINTIFF

3.   Claim Three: _____

   Supporting Facts:

BLANK

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   MICHAEL B MUKASEY, US ATTORNEY GENERAL

2. Docket number and court name:

   1:08-CV-01844-LTB-CBS US DISTRICT COURT FOR THE DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:

   HABEAS CORPUS

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   DISMISSED

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   COURT WRONGLY DECIDED $3,000 IMMIGRATION BOND INVALID

6. Result(s) of any appeal in the prior lawsuit:

   CASE No 09-1227 PENDING 10th CIRCUIT COURT OF APPEALS

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No  (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No  (CHECK ONE).

   NOT REQUIRED OF ICE DLE ALIEN DETAINEE — BUT COPY OR REPLY TO GRIEVANCE IS ATTACHED.

(Rev. 1/30/07)                                     7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

On the first CAUSE OK ACTION, against John P Longshore individually, Plaintiff asks for $400,000 in compensatory damages and same amount in both punitive and exemplary damages;

On the second CAUSE OF ACTION, against Unknown MAIL clerk, Plaintiff asks for damages of $1 Million (Warren dismissed effectively WITH PREJUDICE) Plaintiff pursuant to Federal Rules of Court Procedure Rule 58(b), a trial by JURY as to all issues so triable and ATTORNEY'S FEES (as well as such relief as the Court deems appropriate.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on    **12-08-09**
_____
(Date)

_____
(Prisoner's Original Signature)

# ADDITIONAL SHEETS

## E. PREVIOUS LAWSUITS  (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  __X__ Yes____No.

1.  Name of Defendants in prior lawsuit:

Jason Clemens, Immigration Agent
Shana Martin, Assistant Chief Counsel
Department of Homeland Security

4.  Docket number and court name:

**' 08- cv- 01991-ZLW**
US DISTRICT COURT, DISTRICT OF
COLORADO

5.  Claims raised in prior lawsuit:

Making false statement, Perjury
Civil Rights violations

6.  Disposition of prior lawsuit:

Dismissed

7.  If prior lawsuit was dismissed when was
it dismissed and why?

*Heck v Humphrey*

8.  Result of any appeal in the prior lawsuit:

Dismissed without prejudice

## E. PREVIOUS LAWSUITS  (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  _X_ Yes___No.

1. Name of Defendant in prior lawsuit:          Denver County Jail, CO and
                                                 Chaplain Rev John Scott

2. Docket number and court name:                **1:08-cv-00978-ZLW**
                                                 US DISTRICT COURT, DISTRICT OF
                                                 COLORADO

3. Claims raised in prior lawsuit:               i.    Denial of kosher food- 1st
                                                       Amendment violation
                                                 ii.    request for additional law library
                                                        time

4. Disposition of prior lawsuit:                 Withdrawn/ abandoned

5. If prior lawsuit was dismissed when was       Denver County Jail granted both after
   it dismissed and why?                         lawsuit was filed and criminal charges
                                                 dropped. Official reason:
                                                 failure to notify change of address.

6. Result of any appeal in the prior lawsuit:    N/A

## E. PREVIOUS LAWSUITS  (continued) - additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  _X_ Yes____No.

1. Name of Defendant in prior lawsuit:       Katherine Davis, HSA
                                             Aurora/ ICE Detention Facility

2. Docket number and court name:             **1:08-cv-02089-ZLW**
                                             US DISTRICT COURT, DISTRICT OF
                                             COLORADO

3. Claims raised in prior lawsuit:           Denial of medication

4. Disposition of prior lawsuit:             Withdrawn after settlement

5. If prior lawsuit was dismissed when was   N/A
   it dismissed and why?

6. Result of any appeal in the prior lawsuit:   N/A

## E. PREVIOUS LAWSUITS  (continued) - additional sheet 4

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

| | | |
|---|---|---|
| 1. | Name of Defendants in prior lawsuit: | Hon Henry A Waxman, US Representative US Capitol Police, Ex Sp Agent Fred Busch, |
| 2. | Docket number and court name: | **1:08-cv-02188-LTB-CBS** US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. | Claims raised in prior lawsuit: | False arrest etc |
| 4. | Disposition of prior lawsuit: | Pending |
| 5. | If prior lawsuit was dismissed when was it dismissed and why? | N/A |
| 6. | Result of any appeal in the prior lawsuit: | N/A |

## E. PREVIOUS LAWSUITS  (continued) - additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  X  Yes____No.

| | | |
|---|---|---|
| 1. | Name of Defendants in prior lawsuit: | Hodges, Fuller, Prose, Morrissey et al |
| 2. | Docket number and court name: | **1:08-cv-02806-ZLW**<br>US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. | Claims raised in prior lawsuit: | Wrongful arrest, malicious prosecution, false imprisonment |
| 4. | Disposition of prior lawsuit: | Dismissed |
| 5. | If prior lawsuit was dismissed when was it dismissed and why? | Improperly stated |
| 6. | Result of any appeal in the prior lawsuit: | Pending |

## E. PREVIOUS LAWSUITS (continued) - additional sheet 6

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

1.  Name of Defendants in prior lawsuit:            Hon James P Vandello et al

2.  Docket number and court name:                   **09-cv-00736-BnB**
                                                     US DISTRICT COURT, DISTRICT OF
                                                     COLORADO

3.  Claims raised in prior lawsuit:                 Violation of Due Process, defamation

4.  Disposition of prior lawsuit:                   Dismissed

5.  If prior lawsuit was dismissed when was         Failure to Amend
    it dismissed and why?

6.  Result of any appeal in the prior lawsuit:

2

# COPY OF GRIEVANCE FILED

ICE

## DETAINEE GRIEVANCE FORM
### CASE # 09-205

077309675        COHEN, SOLOMON                    C
Detainee ID Number   Detainee Name (Nombre de detenido)        Dorm (Dormitorio)

Detainee Signature (Firma)         10/19/09
                                    Date Grievance is Written

Grievance Coordinator Signature    10/20/09
                                    Date Grievance is Received

Statement of Grievance: TO: SUPERVISOR  ZABAT
& 10th CIRCUIT COURT OF APPEALS, www-ca10-uscourts.gov
Case No 09-9519   (COHEN v HOLDER
MISSED DEADLINE: 09/21/09
I HAVE BEEN PREVENTED FROM PRINTING AND
FILING MY BRIEF BY EL PASO COUNTY JAIL.
NO PRINTER, NO MICROSOFT WORD, REFUSAL TO SERVE
INDIGENT LEGAL MAIL; DENIED ACCESS TO LAW
LIBRARY (UNDER QUARANTINE). HERE ALSO.

Relief Sought:
PLEASE CAN I REMAIN HERE AT GEO
FOR NEXT 30 DAYS. I WILL TRY AND FILE LATE.
OTHERWISE, I HAVE TO BOTH APPEAL TO THE
US SUPREME COURT AND PROCEED WITH
LAWSUIT, COHEN v BLATT, LT BRANOT 08-CV-01169-BnB
- "DENIAL OF ACCESS TO COURT". US DISTRICT COURT

Grievance Findings:
Not grievance matter. You will remain in
GEO until further notice.

Department Head Signature/Date: _cjzabat_  12/3/09

Reviewed By/Date: _____  12/3/09
           Assistant Facility Administrator
Reviewed By/Date: Chorl R. Bilkey  12/3/05
           Facility Administrator

El Paso County Sheriff's Office
Detention Bureau
**INMATE STAFF/COMMUNICATION FORM**

FOR INMATE SERVICES USE ONLY

TRACKING NUMBER: _____ DATE: _____

SUSPENSE DATE: _____ ASSIGNED TO: _____

## PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK
To be completed by Staff.

| ISSUED TO INMATE: | RECEIVED FROM INMATE: |
|---|---|
| Deputy  0605**9**  Date: 8/14/09  Time: 2010 | Deputy  0605**9**  Date: 8/14/09  Time: 2018 |

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☑ KITE        ☐ GRIEVANCE        ☐ GRIEVANCE APPEAL        ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY                          ADMINISTRATIVE FEE                          ADMIN USE ONLY
DATE PROCESSED: _____        TOTAL COST $ _____

($2.00 ea) POWER OF ATTORNEY# ____      ($2.00 ea) NOTARY # _____      ($0.10 ea) COPIES # _____

($1.00 ea) Money Release # _____   ($1.00 ea) Certified Copy of Inmate Balance # _____   ($1.00) Money Release Mail out # _____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: **A0261647**          Property Bag Number: _____

Name of Inmate: **COHEN, SOLOMON**          Ward: **3G2**     Date: **08/14/09**

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES     MAIL CLERK     PROGRAMS MANAGER     INTAKE AND RELEASE     PROPERTY     BOOKKEEPING     DETENTION SPECIALIST

FOOD SERVICE     COMMISSARY     GATEWAYS     COURT AND TRANSPORT     MEDICAL     COMMANDER     TRUSTEE COORDINATOR     PHONE

(LIEUTENANT) Brandt          SERGEANT                    OTHER

DETAILS OF KITE/GRIEVANCE/APPEAL    ~~Dance~~ LT BRANDT    MEMO LET ICE
KNOW.
I AM GOING TO LOSE MY APPEAL.
MY BRIEF IS "GARBAGE" - NOT IN COMPLIANCE WITH
Fed. Rules Appellate Procedure. NOT POSSIBLE TO CRAFT
WELL LAID OUT, DBL SPACED DOCUMENT
WITHOUT MICROSOFT WORD & PRINTER. JAIL U
VIOLATING (ICE DETENTION STANDARDS) TABLES, FOOTNOTES, MARGINS
I AM TAKING JAIL AND ICE TO FED. COURT, SURELY

INMATE SIGNATURE **SBC.**                    DATE 08/14/09

RESPONSE TO INMATE
Microsoft Word will Not Be installed IN
the Law Library Computers.

SIGNATURE OF STAFF RESPONDING _____     DATE RETURNED TO INMATE 8·17·09

DB 221

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

El Paso County Sheriff's Office
Detention Bureau
**INMATE STAFF/COMMUNICATION FORM**

| FOR INMATE SERVICES USE ONLY |
| --- |
| TRACKING NUMBER: _____ DATE: _____ |
| SUSPENSE DATE: _____ ASSIGNED TO: _____ |

## PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK

To be completed by Staff.

| ISSUED TO INMATE: | RECEIVED FROM INMATE: |
| --- | --- |
| Deputy 07063 Date: 6-27-07 Time: 1249 | Deputy J7063 Date: 6-27-09 Time: 1255 |

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE    ☐ GRIEVANCE    ☐ GRIEVANCE APPEAL    ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY            ADMINISTRATIVE FEE                        ADMIN USE ONLY
DATE PROCESSED: _____    TOTAL COST $ _____

($2.00 ea) POWER OF ATTORNEY# ____    ($2.00 ea) NOTARY # ____    ($0.10 ea) COPIES # ____
($1.00 ea) Money Release # ____    ($1.00 ea) Certified Copy of Inmate Balance # ____    ($1.00) Money Release Mail out # ____
(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647    Property Bag Number: _____
Name of Inmate: COHEN, SOLOMON    Ward: 2F1    Date: 06/27/09

**TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)**

INMATE SERVICES    MAIL CLERK    (PROGRAMS MANAGER)    INTAKE AND RELEASE    PROPERTY    BOOKKEEPING    DETENTION SPECIALIST

FOOD SERVICE    COMMISSARY    GATEWAYS    COURT AND TRANSPORT    MEDICAL    COMMANDER    TRUSTEE COORDINATOR    PHONE

LIEUTENANT _____    SERGEANT _____    OTHER _____

DETAILS OF KITE/GRIEVANCE/APPEAL    On the LAW LIBRARY computer,
8 U.S.C. § 1252 (count of Appeals) states
(b)(2) or (b)(3)(E)
Briefs must be printed or typewritten.
Jail is breaking the law.

INMATE SIGNATURE _J.B.Cohen_                    DATE 06/27/09

RESPONSE TO INMATE    Per Chief Presley, your request for a
printer or typewriter is denied. The courts
accept handwritten motions & briefs, make
sure they are legible.

SIGNATURE OF STAFF RESPONDING _____    DATE RETURNED TO INMATE 6-29-07

DB 221

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

*Scan*

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY

TRACKING NUMBER: _____ DATE: _____

SUSPENSE DATE: _____ ASSIGNED TO: _____

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff.

| ISSUED TO INMATE: | RECEIVED FROM INMATE: |
|---|---|
| Deputy *Okous* Date: *8-19-09* Time: *1900* | Deputy *Okous* Date: *8-19-09* Time: *9100* |

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☑ KITE        ☐ GRIEVANCE        ☐ GRIEVANCE APPEAL        ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY                  ADMINISTRATIVE FEE                  ADMIN USE ONLY
DATE PROCESSED: _____     TOTAL COST $ _____

($2.00 ea) POWER OF ATTORNEY# ____     ($2.00 ea) NOTARY # _____     ($0.10 ea) COPIES # _____

($1.00 ea) Money Release # _____     ($1.00 ea) Certified Copy of Inmate Balance # _____     ($1.00) Money Release Mail out # _____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: *A0261647*        Property Bag Number: _____

Name of Inmate: *COHEN, SOLOMON*        Ward: *362*   Date: *08/19/09*

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES      MAIL CLERK      (PROGRAMS MANAGER)      INTAKE AND RELEASE      PROPERTY      BOOKKEEPING      DETENTION SPECIALIST

FOOD SERVICE      COMMISSARY      GATEWAYS      COURT AND TRANSPORT      MEDICAL      COMMANDER      TRUSTEE COORDINATOR      PHONE

LIEUTENANT _____      SERGEANT _____      OTHER _____

DETAILS OF KITE/GRIEVANCE/APPEAL   *Dear Ms LePage,*

*CASE LAW - request*

*Please print KOTHANDARAGHNAPATHY*

*DEPT OF HOMELAND SECURITY*

*396 F. SUPP 2d 1104*

*because they are wrong.*

INMATE SIGNATURE *[signature]*        DATE *08/19/09*

RESPONSE TO INMATE

*DENIED - WE DO NOT PRINT OFF*
*CASE LAW. You will have to*
*Transcribe this off of Lexus Noxis.*

SIGNATURE OF STAFF RESPONDING *[signature]*        DATE RETURNED TO INMATE *8-20-09*

Requests for changes in the format of this form should be routed through your Chain of Command.
Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

Case No 09-cv-01169-BnB Cohen v Longshore *et al*                                    12/8/2009

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

## TABLE OF EXHIBITS

| No | DESCRIPTION | PAGE |
|----|-------------|------|
| 1 | 01/19/2009 –Notice-immigration bond (3,000) cancelled | |
| 2 | 03/30/2004    Immigration Bond | |
| 3 | 09/03/2009 Received Freedom of Information Act response #NRC2009003667 Filed 01/26/2009 "BOND CONTINUATION MEMO" | |
| 4 | 03/30/2004 USICE letter granting Bond | |
| 5 | 09/15/09 Mail clerk identified as 05072 refused to issue indigent legal mail envelopes or send legal mail claiming recent policy change -policy attached | |
| 6 | 09/22/09 Mail clerk 05072 refuse to send legal mail | |
| 7 | 09/23/09 Lt Brandt and ICE Deportation Officer Trent Blatt El Paso County Jail refused to send legal mail | |
| 8 | 10/01/09 Mail clerk 05072 refuse send mail to US Solicitor General- original enveloped addressed to Elena Kagan included | |
| 9 | Inmate Account Statement for the period showing Plaintiff indigent | |
| 10 | US District Judge's Order stating that Cohen has failed to file objections to Magistrate's Recommendation. Defendants Rep Waxman and US Capitol Police dismissed effectively with prejudice (time barred) without right of appeal, instead if transfer to Venue where Action should have been brought. | |

## CERTIFICATE OF SERVICE

I certify that on  December 8 2009 a copy of the Exhibits was sent by first class mail to:-

    John P Longshore, Field Office Director
    Department of Homeland Security, USICE
    4730 Paris St
    Denver
    CO 80239


    Unknown Mail Clerk
    c/o Chief Paula Presley, Warden
    El Paso County Sheriff's Office, CJC
    2739 E Las Vegas St
    Colorado Springs
    CO 80906


Date: __12- 08-08__          Signed: _____
                         Solomon B Cohen MA(*Cantab*) pro-se