IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09-cv-01169-BnB
(To be supplied by the court)

SOLOMON B COHEN, Plaintiff, pro-se

v.

JOHN P LONGSHORE,

UNKNOWN MAIL CLERK,
EL PASO COUNTY SHERIFF'S OFFICE

__________,

__________,

__________,

__________,

__________,

__________, Defendant(s).

(List each named defendant on a separate line.)

---

## AMENDED PRISONER COMPLAINT

---

(Rev. 1/30/07)

A. PARTIES

1. SOLOMON BEN-TOV COHEN, A#077309675
(Plaintiff's name, prisoner identification number, and complete mailing address)
GEO-ICE DETENTION FACILITY, 11901 EAST 30TH AVE
AURORA, COLORADO, CO 80010-1525

2. JOHN P LONGSHORE, FIELD OFFICE DIRECTOR, USICE
(Name, title, and address of first defendant) DEPARTMENT OF HOMELAND SECURITY, 4730 PARIS ST
DENVER, COLORADO CO 80239

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:

SUED AS AN INDIVIDUAL, ACTING UNDER COLOR OF FEDERAL LAW AND INJUNCTIVE RELIEF AGAINST DEFENDANT IN HIS OFFICIAL CAPACITY

3. UNKNOWN MAIL CLERK, IDENTIFIED IN EXHIBIT 5,6,
(Name, title, and address of second defendant) 2739 E. LAS VEGAS ST
EL PASO COUNTY SHERIFF'S OFFICE, CJC, COLORADO SPRINGS COLORADO

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

SUED AS AN INDIVIDUAL CLAIMING TO ACT UNDER COLOR OF STATE LAW, ACTING ALSO UNDER FEDERAL LAW

4. ______________________________
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

THIS ACTION FOR DAMAGES ARISES UNDER US CONSTITUTION AMENDMENTS 1, 4, 5, 6 and 14. FEDERAL RULES OF CIVIL PROCEDURE RULES 57 AND 65.

## C. NATURE OF THE CASE

BRIEFLY state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

ICE CONTRACT FACILITY - EL PASO COUNTY JAIL

Plaintiff in this ACTION Solomon Ben-Tov COHEN is suing US CAPITOL POLICE and Representative Henry A Waxman.

Coinciding with US MAGISTRATE JUDGE Craig B Shaffer issuing his Recommendations in that action, Case No '08-cv-02188-LTB-CBS, That claims against US CAPITOL POLICE and Rep Waxman NOT be transferred to the VENUE in which the case could proceed, Defendant, MAIL CLERK identified by NUMBER -see Exhibits 5 & 6 REFUSED to issue INDIGENT LEGAL MAIL envelopes OR send mail to this court "FOR 14 DAYS". US DISTRICT JUDGE BABCOCK DENIED REQUEST TO FILE LATE. Ex 10.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: FALSE IMPRISONMENT FROM 06/01/2008 – 06/19/2009

Supporting Facts:

ON JUNE 19, 2009 (TWO THOUSAND AND NINE) DEFENDANT JOHN P LONGSHORE, SUED AS AN INDIVIDUAL, CANCELLED COHEN'S $3,000 IMMIGRATION BOND. SHOWN AS EXHIBIT 1

DEFENDANT, JOHN P LONGSHORE, FALSELY IMPRISONED COHEN BY HOLDING COHEN IN ICE CONTRACT FACILITY:

(1) GEO - ICE DETENTION FACILITY

(2) PARK COUNTY JAIL, STATE OF COLORADO

(3) EL PASO COUNTY SHERIFF'S OFFICE, COLORADO SPRINGS, STATE OF COLORADO.

IN HABEAS CORPUS CASE NO: 1:08-CV-01844-LTB-CBS IT WAS CLAIMED THAT THIS BOND HAD BEEN REVOKED. THIS WAS A LIE.

COHEN ASKS FOR JURY TRIAL TO AWARD COMPENSATORY, PUNITIVE AND EXEMPLARY DAMAGES.

2. Claim Two: DEFENDANT MAIL CLERK 05072

Supporting Facts: EL PASO COUNTY SHERIFFS OFFICE DENIED COHEN ACCESS TO US DISTRICT COURT (THIS COURT),

ON ~~JUNE~~ SEPTEMBER 15, 2009, MAIL CLERK 05072 REFUSED TO SEND LEGAL MAIL SEE EXHIBIT 5

ON SEPTEMBER 22 2009 SAME DEFENDANT REFUSED TO SEND LEGAL MAIL SEE EXHIBIT 6

ON OR ABOUT SEPTEMBER 22 2009 US MAGISTRATE JUDGE'S RECOMMENDATIONS IN COHEN v WAXMAN, 08-CV-02188-LTB-CBS IN THIS COURT WAS RECEIVED BY COHEN

ON SEPTEMBER 23 2009, GRIEVANCE FILED WITH BOTH JAIL AND ICE WAS DENIED REFERRED TO IN EX 10

ON OCTOBER 1 2009, MAIL CLERK 05072 AGAIN REFUSED TO SEND ANY LEGAL MAIL, INCLUDING COPY OF RENEWED APPLICATION FOR STAY OF REMOVAL REQUIRED TO BE SENT TO ELENA KAGAN US SOLICITOR GENERAL

ON OCT 21 2009 US DISTRICT COURT DISMISSED PLAINTIFF

3. Claim Three: ____________________

Supporting Facts:

BLANK

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: MICHAEL B MUKASEY, US ATTORNEY GENERAL

2. Docket number and court name: 1:08-CV-01844-LTB-CBS US DISTRICT COURT FOR THE DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: HABEAS CORPUS

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): DISMISSED

5. If the prior lawsuit was dismissed, when was it dismissed and why? COURT WRONGLY DECIDED $3,000 IMMIGRATION BOND INVALID

6. Result(s) of any appeal in the prior lawsuit: CASE No 09-1227 PENDING 10th CIRCUIT COURT OF APPEALS

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).
NOT REQUIRED OF ICE RE ALIEN DETAINEE — BUT COPY OF REPLY TO GRIEVANCE IS ATTACHED.

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

On the first CAUSE OF ACTION, against John P Longshore individually, plaintiff asks for $400,000 in compensatory damages and same amount in both punitive and exemplary damages;

On the second CAUSE OF ACTION, against Unknown MAIL CLERK, Plaintiff asks for damages of $1 Million (Warman dismissed effectively WITH PREJUDICE plaintiff pursuant to Federal Rules of Civil Procedure Rule 58(b)), a trial by JURY as to all issues so triable and ATTORNEY'S FEES (as well as such relief as the Court deems appropriate.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 12-08-09
(Date)

[signature]
(Prisoner's Original Signature)

# ADDITIONAL SHEETS

# COPY OF GRIEVANCE FILED

ICE

**DETAINEE GRIEVANCE FORM**

CASE # 09- 205

077309675 — Detainee ID Number

COHEN, SOLOMON — Detainee Name (Nombre de detenido)

C — Dorm (Dormitorio)

[signature] — Detainee Signature (Firma)

10/19/09 — Date Grievance is Written

[signature] — Grievance Coordinator Signature

10/20/09 — Date Grievance is Received

**Statement of Grievance:** TO: SUPERVISOR ZABAT
RE: 10th CIRCUIT COURT OF APPEALS, www.ca10.uscourts.gov
CASE NO 09-9519 COHEN v HOLDER
MISSED DEADLINE: 09/21/09
I HAVE BEEN PREVENTED FROM PRINTING AND FILING MY BRIEF BY EL PASO COUNTY JAIL. NO PRINTER, NO MICROSOFT WORD, REFUSAL TO SEND INDIGENT LEGAL MAIL, DENIED ACCESS TO LAW LIBRARY (UNDER QUARANTINE). HERE ALSO.

**Relief Sought:**
PLEASE CAN I REMAIN HERE AT GEO FOR NEXT 30 DAYS. I WILL TRY AND FILE LATE. OTHERWISE, I HAVE TO BOTH APPEAL TO THE US SUPREME COURT AND PROCEED WITH LAWSUIT, COHEN v BLATT, LT BRANDT 08-CV-01169-BNB - "DENIAL OF ACCESS TO COURT". US DISTRICT COURT

**Grievance Findings:**
Not grievance matter. You will remain in GEO until further notice.

**Department Head Signature/Date:** [signature] 12/3/09

**Reviewed By/Date:** [signature] 12/3/09
Assistant Facility Administrator

**Reviewed By/Date:** [signature] 12/3/09
Facility Administrator

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ______ DATE: ______
SUSPENSE DATE: ______ ASSIGNED TO: ______

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff.

ISSUED TO INMATE: Deputy 06059 Date: 8/14/09 Time: 2010

RECEIVED FROM INMATE: Deputy 06059 Date: 8/14/09 Time: 2018

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ~~☐ GRIEVANCE~~ ~~☐ GRIEVANCE APPEAL~~ ~~☐ DISCIPLINARY APPEAL~~

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY — ADMINISTRATIVE FEE — ADMIN USE ONLY

DATE PROCESSED: ______ TOTAL COST $ ______

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ______

Name of Inmate: COHEN, SOLOMON Ward: 3-2 Date: 08/14/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES MAIL CLERK PROGRAMS MANAGER INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

(LIEUTENANT) Brandt SERGEANT ______ OTHER ______

DETAILS OF KITE/GRIEVANCE/APPEAL: Dear LT Brandt Please let ICE know. I am going to lose my appeal. My brief is "garbage" - not in compliance with Fed. Rule Appellate Procedure. Not possible to craft well laid out, DBL spaced, document without Microsoft Word & printer. Jail is violating ICE Detention Standards. Tables, footnotes, [illegible] I am taking Jail and ICE to Fed. Court. Sorry.

INMATE SIGNATURE [signature] DATE 08/14/09

RESPONSE TO INMATE: Microsoft Word will not be installed in the law library computers.

SIGNATURE OF STAFF RESPONDING [signature] Brandt 9601 DATE RETURNED TO INMATE 8-17-09

DB 221

Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

Scan

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY
TRACKING NUMBER: ______ DATE: ______
SUSPENSE DATE: ______ ASSIGNED TO: ______

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff.

ISSUED TO INMATE: Deputy 07063 Date: 6-27-09 Time: 1249

RECEIVED FROM INMATE: Deputy 07063 Date: 6-27-09 Time: 1255

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY — ADMINISTRATIVE FEE — ADMIN USE ONLY

DATE PROCESSED: ______ TOTAL COST $ ______

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY #____ ($0.10 ea) COPIES #____

($1.00 ea) Money Release #____ ($1.00 ea) Certified Copy of Inmate Balance #____ ($1.00) Money Release Mail out #____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ______

Name of Inmate: COHEN, SOLOMON Ward: 2F1 Date: 06/27/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES MAIL CLERK **(PROGRAMS MANAGER)** INTAKE AND RELEASE PROPERTY BOOKKEEPING DETENTION SPECIALIST FOOD SERVICE COMMISSARY GATEWAYS COURT AND TRANSPORT MEDICAL COMMANDER TRUSTEE COORDINATOR PHONE

LIEUTENANT ______ SERGEANT ______ OTHER ______

DETAILS OF KITE/GRIEVANCE/APPEAL On the law library computer, 8 U.S.C. § 1252, court of appeals, states (b)(2) or (b)(3)(C) briefs must be printed or typewritten. Jail is breaking the law.

INMATE SIGNATURE [signature] DATE 06/27/09

RESPONSE TO INMATE

Per Chief Presley, your request for a printer or typewriter is denied. The courts accept handwritten motions & briefs, make sure they are legible.

SIGNATURE OF STAFF RESPONDING [signature]

DATE RETURNED TO INMATE 6-29-09

DB 221

Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

Scan

El Paso County Sheriff's Office
Detention Bureau
INMATE STAFF/COMMUNICATION FORM

FOR INMATE SERVICES USE ONLY

TRACKING NUMBER: ____________ DATE: ____________

SUSPENSE DATE: ____________ ASSIGNED TO: ____________

**PLEASE: ONLY ONE KITE PER SUBJECT PER WEEK**

To be completed by Staff.

ISSUED TO INMATE: Deputy 0605 Date: 8-19-09 Time: 1900

RECEIVED FROM INMATE: Deputy 0605 Date: 8-19-09 Time: 2100

THE ISSUING DEPUTY SHALL CHECK ONE OF THESE BOXES AT THE TIME THE FORM IS ISSUED.

☒ KITE ☐ GRIEVANCE ☐ GRIEVANCE APPEAL ☐ DISCIPLINARY APPEAL

ALL COMMUNICATIONS FORMS WILL BE INITALED BY THE ISSUING DEPUTY TO INCLUDE EID NUMBER, DATE, AND TIME

ADMIN USE ONLY — ADMINISTRATIVE FEE — ADMIN USE ONLY

DATE PROCESSED: ____________ TOTAL COST $ ____________

($2.00 ea) POWER OF ATTORNEY# ____ ($2.00 ea) NOTARY # ____ ($0.10 ea) COPIES # ____

($1.00 ea) Money Release # ____ ($1.00 ea) Certified Copy of Inmate Balance # ____ ($1.00) Money Release Mail out # ____

(To expedite request, attach your original document needing copied to this form.)

Admit Number: A0261647 Property Bag Number: ____________

Name of Inmate: COHEN, SOLOMON Ward: 3S2 Date: 08/19/09

TO: (CIRCLE ONLY ONE OF THE CHOICES BELOW; ONLY ONE REQUEST PER FORM.)

INMATE SERVICES, MAIL CLERK, **(PROGRAMS MANAGER)** [circled], INTAKE AND RELEASE, PROPERTY, BOOKKEEPING, DETENTION SPECIALIST, FOOD SERVICE, COMMISSARY, GATEWAYS, COURT AND TRANSPORT, MEDICAL, COMMANDER, TRUSTEE COORDINATOR, PHONE

LIEUTENANT ____________ SERGEANT ____________ OTHER ____________

DETAILS OF KITE/GRIEVANCE/APPEAL Dear Ms LePage,

CASE LAW - request

Please print KOTHANDARAGHAPATHY v DEPT OF HOMELAND SECURITY 396 F. SUPP 2d 1104 because they are wrong.

INMATE SIGNATURE [signature] DATE 08/19/09

RESPONSE TO INMATE

DENIED - WE DO NOT PRINT OFF CASE LAW, YOU WILL HAVE TO TRANSCRIBE THIS OFF OF LEXIS NEXIS.

SIGNATURE OF STAFF RESPONDING [signature] DATE RETURNED TO INMATE 8-20-09

DB 221 Updated 05.23.08

Requests for changes in the format of this form should be routed through your Chain of Command. Update requests and specific problems with the template should be e-mailed to 'DETFormControl'.

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

| | |
|---|---|
| 1. Name of Defendants in prior lawsuit: | Jason Clemens, Immigration Agent<br>Shana Martin, Assistant Chief Counsel<br>Department of Homeland Security |
| 4. Docket number and court name: | **‘ 08- cv- 01991-ZLW**<br>US DISTRICT COURT, DISTRICT OF COLORADO |
| 5. Claims raised in prior lawsuit: | Making false statement, Perjury<br>Civil Rights violations |
| 6. Disposition of prior lawsuit: | Dismissed |
| 7. If prior lawsuit was dismissed when was it dismissed and why? | *Heck v Humphrey* |
| 8. Result of any appeal in the prior lawsuit: | Dismissed without prejudice |

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendant in prior lawsuit: Denver County Jail, CO and Chaplain Rev John Scott

2. Docket number and court name: **1:08-cv-00978-ZLW** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:
   i. Denial of kosher food- 1st Amendment violation
   ii. request for additional law library time

4. Disposition of prior lawsuit: Withdrawn/ abandoned

5. If prior lawsuit was dismissed when was it dismissed and why? Denver County Jail granted both after lawsuit was filed and criminal charges dropped. Official reason: failure to notify change of address.

6. Result of any appeal in the prior lawsuit: N/A

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

| | |
|---|---|
| 1. Name of Defendant in prior lawsuit: | Katherine Davis, HSA<br>Aurora/ ICE Detention Facility |
| 2. Docket number and court name: | **1:08-cv-02089-ZLW**<br>US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. Claims raised in prior lawsuit: | Denial of medication |
| 4. Disposition of prior lawsuit: | Withdrawn after settlement |
| 5. If prior lawsuit was dismissed when was it dismissed and why? | N/A |
| 6. Result of any appeal in the prior lawsuit: | N/A |

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendants in prior lawsuit: Hodges, Fuller, Prose, Morrissey et al

2. Docket number and court name: **1:08-cv-02806-ZLW** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: Wrongful arrest, malicious prosecution, false imprisonment

4. Disposition of prior lawsuit: Dismissed

5. If prior lawsuit was dismissed when was it dismissed and why? Improperly stated

6. Result of any appeal in the prior lawsuit: Pending

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 6

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendants in prior lawsuit: Hon James P Vandello et al

2. Docket number and court name: **09-cv-00736-BnB** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: Violation of Due Process, defamation

4. Disposition of prior lawsuit: Dismissed

5. If prior lawsuit was dismissed when was it dismissed and why? Failure to Amend

6. Result of any appeal in the prior lawsuit: