IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-ZLW

SOLOMON BEN-TOV COHEN,

    Plaintiff,

v.

JOHN P. LONGSHORE, and
UNKNOWN MAIL CLERK, El Paso County Sheriff's Office,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita Leeson Weinshienk, Senior Judge, on _December 16_, 2009, it is hereby

ORDERED that

Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this _16th_ day of _December_, 2009.

    FOR THE COURT,

    GREGORY C. LANGHAM, Clerk

    By: _____
          Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2009

GREGORY C. LANGHAM
                CLERK