**SOLOMON B COHEN**

A # 077 309 675

**GEO- ICE DETENTION FACILITY**
**11901 E30TH AVE**
**AURORA, CO 80010- 1525**

Tel: (303) 361- 6612 West Core

LEGAL MAIL

Clerk of the Court
United States District Court
901 19th St, Room A-105
Denver
CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 2 1 2009**

**GREGORY C. LANGHAM**
CLERK

**Case No 09-cv-01169-ZLW, Cohen v Longshore et al**

Dear Clerk of the Court

I wish to Appeal the Court's Judgment.

Thank you for your attention.

Happy Holidays,

Sincerely

**Solomon B Cohen MA(*Cantab*) pro-se**

sbc17: 1