APPEAL, PS2, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:09-cv-01169-ZLW

Cohen v. Longshore et al  
Assigned to: Judge Zita L. Weinshienk  
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 05/22/2009  
Date Terminated: 12/16/2009  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prison Condition  
Jurisdiction: Federal Question

**Plaintiff**

**Solomon B. Cohen**     represented by **Solomon B. Cohen**  
#077309675  
ICE Processing Center-GEO Detention Facility  
11901 East 30th Avenue  
Aurora, CO 80010  
PRO SE

**Plaintiff**

**Solomon Ben-Tov Cohen**  
*TERMINATED: 12/10/2009*

represented by **Solomon Ben-Tov Cohen**  
#077-309 675  
ICE Processing Center-GEO Detention Facility  
11901 East 30th Avenue  
Aurora, CO 80010  
PRO SE

V.

**Defendant**

**John Longshore**  
*Unknown Mail Clerk El Paso County Sheriff's Officer*  
*TERMINATED: 12/10/2009*

**Defendant**

**Dan Muldoon**  
*Capt., Jail Administrator, Park County Jail*  
*TERMINATED: 12/10/2009*

**Defendant**

**Fred Wegener**
*Sheriff*
*TERMINATED: 06/23/2009*

**Defendant**

**Monte Gore**
*Undersheriff*
*TERMINATED: 06/23/2009*

**Defendant**

**Warden of Park County Jail**
*Name Unknown*
*TERMINATED: 06/23/2009*

**Defendant**

**Steven Estrada**
*Officer. Imigration and Customs Enforcement*
*TERMINATED: 12/10/2009*

**Defendant**

**Blatt**
*Officer. ICS*
*TERMINATED: 12/10/2009*

**Defendant**

**Peck**
*Dr. Phychiatrist, El Paso County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**Fran LePage**
*Programs Manager El Paso County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**Terry Maketa**
*Sheriff El Paso County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**El Paso County**
*TERMINATED: 12/10/2009*

**Defendant**

**John P. Longshore**

**Defendant**

**Unknown Mailroom Officer**
*actually named as Unknown Mail Clerk*
*El Paso County Sheriff's Office*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2009 | 1 | MOTION and Affidavit for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Solomon B. Cohen. (jak, ) Modified on 6/1/2009 to correct date of filing(jak, ). (Entered: 05/26/2009) |
| 05/22/2009 | 2 | ORDER Directing Clerk to Commence Civil Action and granting 1 Motion for Leave to Proceed in Forma Pauperis, by Magistrate Judge Boyd N. Boland on 5/22/09.(jak, ) (Entered: 05/26/2009) |
| 05/22/2009 | 3 | Prisoner COMPLAINT against John Longshore, Dan Muldoon, Fred Wegener, Monte Gore, Warden of Park County Jail, filed by Solomon B. Cohen.(jak, ) (Entered: 05/26/2009) |
| 05/22/2009 | 4 | Prisoner COMPLAINT against John Longshore, Dan Muldoon, Fred Wegener, Monte Gore, Warden of Park County Jail, filed by Solomon B. Cohen.(jak, ) (Entered: 05/26/2009) |
| 06/01/2009 | 5 | Docket Annotation re: 1 MOTION and Affidavit for Leave to Proceed Under 28 U.S.C. 1915. Modified on 6/1/2009 to correct date of filing. Text only entry - no document attached (jak, ) (Entered: 06/01/2009) |
| 06/02/2009 | 6 | NOTICE of Change of Address by Plaintiff Solomon B. Cohen (jjh, ) (Entered: 06/02/2009) |
| 06/02/2009 | 7 | ORDER Directing Plaintiff to File Amended Complaint within 30 days by Magistrate Judge Boyd N. Boland on 06/02/09. (jjh, ) (Entered: 06/02/2009) |
| 06/23/2009 | 8 | AMENDED COMPLAINT against Steven Estrada, Blatt, Peck, Fran LePage, Terry Maketa, El Paso County, John Longshore, Dan Muldoon, filed by Solomon B. Cohen.(jjh, ) (Entered: 06/23/2009) |
| 06/25/2009 | 9 | ORDER Directing Plaintiff to File Second Amended Complaint within 30 days by Magistrate Judge Boyd N. Boland on 06/25/09. (jjh, ) (Entered: 06/26/2009) |
| 07/31/2009 | 10 | MOTION for Extension of Time to File Amended Complaint by Plaintiff Solomon Ben-Tov Cohen. (jjh, ) (Entered: 07/31/2009) |
| 08/04/2009 | 11 | Minute ORDER granting 10 Motion for Extension of Time in Which to FIle Amended Complaint. Plaintiff shall have until 09/02/09 to file his amended complaint by Magistrate Judge Boyd N. Boland on 08/04/09.(jjh, ) (Entered: 08/04/2009) |
| 09/02/2009 | 12 | MOTION for Extension of Time to File Amended Complaint by Plaintiff Solomon Ben-Tov Cohen. (jjh, ) (Entered: 09/02/2009) |
| 09/03/2009 | 13 | Minute ORDER granting 12 Motion for Extension of Time to File Amended Complaint by 10/05/09 by Magistrate Judge Boyd N. Boland on 09/03/09. |

| | | |
|---|---|---|
| | | (jjh, ) (Entered: 09/03/2009) |
| 10/06/2009 | 14 | NOTICE of Change of Address by Plaintiff Solomon Ben-Tov Cohen (jjh, ) (Entered: 10/06/2009) |
| 10/28/2009 | 15 | Late MOTION for Extension of Time in Which to File Amended Complaint by Plaintiff Solomon Ben-Tov Cohen. (jjh, ) (Entered: 10/28/2009) |
| 10/28/2009 | 16 | NOTICE of Change of Address by Plaintiff Solomon Ben-Tov Cohen (jjh, ) (Entered: 10/28/2009) |
| 11/02/2009 | 17 | Minute ORDER granting 15 Motion for Extension of Time to File Amended Complaint by 11/30/09 by Magistrate Judge Boyd N. Boland on 11/02/09. (jjh, ) (Entered: 11/02/2009) |
| 12/10/2009 | 18 | MOTION to Appoint Counsel by Plaintiff Solomon Ben-Tov Cohen. (jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 19 | MOTION to File Amended Complaint Late by Plaintiff Solomon Ben-Tov Cohen. (jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 20 | AMENDED COMPLAINT against John Longshore, filed by Solomon Ben-Tov Cohen.(jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 21 | AMENDED COMPLAINT against John Longshore, filed by Solomon Ben-Tov Cohen.(jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 22 | AMENDED COMPLAINT against John P. Longshore, filed by Solomon Ben-Tov Cohen.(jjh, ) (Entered: 12/10/2009) |
| 12/16/2009 | 23 | ORDER of Dismissal. Ordered that the 2 Prisoner Complaints and the action are dismissed. Order denying 18 Motion to Appoint Counsel ; denying 19 Motion for Order by Judge Zita L. Weinshienk on 12/16/09.(jjh, ) (Entered: 12/16/2009) |
| 12/16/2009 | 24 | JUDGMENT by Clerk in favor of Unknown Mailroom Officer, John P. Longshore against Solomon B. Cohen Pursuant to the Order of Dismissal signed on 12/15/09(jjh, ) (Entered: 12/16/2009) |
| 12/21/2009 | 25 | NOTICE OF APPEAL as to 23 Order on Motion to Appoint Counsel, Order on Motion for Order, 24 Clerk's Judgment by Plaintiff Solomon B. Cohen. Fee Status: Pro se; Fee not paid; 1915 motion not filed. Notice mailed to all counsel on 12/22/09. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 12/22/2009) |