# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

<table>
<tr><td>Elisabeth A. Shumaker<br>Clerk of Court</td><td>December 22, 2009</td><td>Douglas E. Cressler<br>Chief Deputy Clerk</td></tr>
</table>

Mr. Solomon Ben-Tov Cohen
A# 077 309 675
Geo/I.C.E. Processing Center
11901 East 30th Avenue
Aurora, CO 80010-0000

**RE:       09-1563, Cohen v. Longshore, et al**
           Dist/Ag docket: 1:09-CV-01169-ZLW

Dear Appellant:

This appeal was docketed today.

You must complete and file an entry of appearance form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed.

In addition, please note that under the Prisoner Litigation Reform Act prisoners are required to pay the full amount of the filing fee. *See* 28 U.S.C. 1915. The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the statute. They include, but are not limited to, providing a certified copy of your trust fund statement for the preceding six months, and consenting to the collection of the funds from your account by your custodian.

The $5.00 filing fee and $450.00 docket fee were not paid to the district clerk when the notice of appeal was filed as required by Fed. R. App. P. 3(e). Unless the fees are paid to the district clerk or an application for leave to proceed without prepayment of fees is made to the district court, within 30 days of the date of this letter, this appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732

(2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls