APPEAL DIRECT TO US SUPREME COURT
UNDER US SCT R 18 AND PLAGUEJEWITZ v

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BUGAJEWITZ v ADAMS,
228 U.S. 585 (1913)

Civil Action No. 1:09-CV-01169-ZLW

SOLOMON B COHEN pro se
ALIEN # 077 309 675
Plaintiff(s)/Petitioner(s),

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2010

GREGORY C. LANGHAM
CLERK

v.

JOHN P LONGSHORE, USICE FIELD OFFICE DIRECTOR
DENVER, COLORADO
MAIL CLERK O 5072, EL PASO COUNTY SHERIFF'S OFFICE
COLORADO

Defendant(s)/Respondent(s).

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO
## 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are:
AEDPA (Habeas Corpus Reform) 8 USC § 1226(e)
and REAL ID Act 8 USC § 1252 MEAN
HABEAS REMEDY NO LONGER AVAILABLE.
THEREFORE, CLAIM IS NOT BARRED BY HECK v HUMPHREY
PLTF UNDER BRIEF ON THIS AND OTHER ISSUES.
(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.
JUDGEMENT CONFLICTS WITH: (1) COHEN v MUKASEY
2009 WL 1766843v2
(D Colo June 22 '09)
(2) COHEN v CLEMENTS
08-1394 (10th Cir. 2009)
and other cases.

Rev. 9/98

(6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

GEORGE DETENTION FACILITY INMATE A/C $91-67
E-TRADE BANK                          $100
E-TRADE Brokerage                     CLOSED

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __AURORA, STATE of__ on __01/14/2010__.
  (location) COLORADO            (date)

_____
Prisoner's Original Signature

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

Rev. 9/98

2

```
                                 THE GEO GROUP, INC.
                       =================================================
                                Resident Account Summary
                             Monday, January 04, 2010 @11:25

                       =================================================
For Inmate ID: 77309675      COHEN, SOLOMON BEN-TOV
-------------------------------------------------------------------------------
  Date      Transaction Description             Amount   Balance    Owed    Held    Reference
-------------------------------------------------------------------------------
01/04/2010  STAMPS      DENVER (CERT.)          -7.00     91.67     0.00    0.00    01/04/2010
12/31/2009  EPR         OID:100090362-ComisaryPur -34.93  98.67     0.00    0.00    12/31/2009
12/31/2009  STAMPS      WASHINGTON DC PRIORITY  -4.95    133.60     0.00    0.00    12/31/2009
12/30/2009  STAMPS      WASHINGTON DC           -6.49    138.55     0.00    0.00    12/30/2009
12/30/2009  STAMPS      WASHINGTON DC           -6.66    145.04     0.00    0.00    12/30/2009
12/30/2009  STAMPS      FT. COLLINS             -1.56    151.70     0.00    0.00    12/30/2009
12/30/2009  STAMPS      DENVER                  -1.56    153.26     0.00    0.00    12/30/2009
12/29/2009  STAMPS      PRIORITY MAIL WASHINGTON -4.95   154.82     0.00    0.00    12/29/2009
12/29/2009  STAMPS      DENVER                  -2.58    159.77     0.00    0.00    12/29/2009
12/29/2009  STAMPS      DENVER CERTIFIED MAIL   -10.05   162.35     0.00    0.00    12/29/2009
12/29/2009  DEPCA       INTAKE 12/28/09  2573990 80.00   172.40     0.00    0.00    12/29/2009
12/29/2009  DEPCA       INTAKE 12/28/09  2573989 80.00    92.40     0.00    0.00    12/29/2009
12/28/2009  PHONE CARDS PHONE TIME 12/28/09    -20.00     12.40     0.00    0.00    12/28/2009
12/28/2009  STAMPS      DENVER                  -0.44     32.40     0.00    0.00    12/28/2009
12/24/2009  STAMPS      WA, D.C.                -0.44     32.84     0.00    0.00    12/24/2009
12/23/2009  PHONE CARDS PHONE TIME 12/22/09    -20.00     33.28     0.00    0.00    12/23/2009
12/22/2009  STAMPS      ENGLAND                 -0.98     53.28     0.00    0.00    12/22/2009
12/21/2009  STAMPS      LONDON                  -0.98     54.26     0.00    0.00    12/21/2009
12/21/2009  STAMPS      WA, D.C.                -0.44     55.24     0.00    0.00    12/21/2009
12/18/2009  STAMPS      DENVER                  -1.05     55.68     0.00    0.00    12/18/2009
12/18/2009  STAMPS      WA, D.C.                -1.39     56.73     0.00    0.00    12/18/2009
12/18/2009  STAMPS      DENVER                  -0.44     58.12     0.00    0.00    12/18/2009
12/17/2009  EPR         OID:100089823-ComisaryPur -78.56  58.56     0.00    0.00    12/17/2009
12/17/2009  STAMPS      WA, D.C.                -1.05    137.12     0.00    0.00    12/17/2009
12/17/2009  STAMPS      DENVER                  -1.05    138.17     0.00    0.00    12/17/2009
12/17/2009  STAMPS      DENVER                  -1.05    139.22     0.00    0.00    12/17/2009
12/17/2009  DEPCA       INTAKE 12/16/09  2573310 80.00   140.27     0.00    0.00    12/17/2009
12/16/2009  PHONE CARDS PHONE TIME 12/15/09    -20.00     60.27     0.00    0.00    12/16/2009
12/16/2009  DEPCA       INTAKE 12/15/09  2573283 80.00    80.27     0.00    0.00    12/16/2009
12/10/2009  EPR         OID:100089582-ComisaryPur -0.27    0.27     0.00    0.00    12/10/2009
12/02/2009  STAMPS      NY                      -1.90      0.54     0.00    0.00    12/02/2009
12/02/2009  STAMPS      DENVER                  -0.88      2.44     0.00    0.00    12/02/2009
12/02/2009  STAMPS      DENVER                  -0.88      3.32     0.00    0.00    12/02/2009
12/01/2009  STAMPS      WA D.C. (CERT/REGIST)   -7.34      4.20     0.00    0.00    12/01/2009
11/25/2009  PHONE CARDS PHONE TIME 11/25/09    -20.00     11.54     0.00    0.00    11/25/2009
11/20/2009  STAMPS      DENVER                  -2.41     31.54     0.00    0.00    11/20/2009
11/19/2009  EPR         OID:100088827-ComisaryPur -48.58  33.95     0.00    0.00    11/19/2009
11/19/2009  PHONE CARDS ALL DORMS              -10.00     82.53     0.00    0.00    11/19/2009
11/18/2009  STAMPS      DENVER (CERTIFIED)      -6.15     92.53     0.00    0.00    11/18/2009
11/17/2009  DEPCA       INTAKE 11/16/09  2592281 81.00    98.68     0.00    0.00    11/17/2009
11/12/2009  EPR         OID:100088581-ComisaryPur -42.69  17.68     0.00    0.00    11/12/2009
11/09/2009  PHONE CARDS C_____-20.00    60.37     0.00    0.00    11/09/2009
11/09/2009  DEPCA       INTAKE 11/07/09  2592081 77.00    80.37     0.00    0.00    11/09/2009
10/29/2009  EPR         OID:100088074-ComisaryPur -45.04   3.37     0.00    0.00    10/29/2009
10/28/2009  STAMPS      D.C.                    -1.22     48.41     0.00    0.00    10/28/2009
10/28/2009  STAMPS      DENVER                  -1.39     49.63     0.00    0.00    10/28/2009
10/28/2009  STAMPS      DENVER                  -1.22     51.02     0.00    0.00    10/28/2009
10/27/2009  PHONE CARDS C_____-25.00    52.24     0.00    0.00    10/27/2009
10/27/2009  STAMPS      DENVER                  -1.22     77.24     0.00    0.00    10/27/2009
10/27/2009  STAMPS      D>C>                    -1.05     78.46     0.00    0.00    10/27/2009
10/27/2009  STAMPS      DENVER                  -1.05     79.51     0.00    0.00    10/27/2009
10/27/2009  STAMPS      COLO SPRINGS            -0.44     80.56     0.00    0.00    10/27/2009
10/27/2009  STAMPS      UNITED KINGDOM          -0.98     81.00     0.00    0.00    10/27/2009
10/27/2009  DEPCA       INTAKE 10/26/09  2592573 60.00    81.98     0.00    0.00    10/27/2009
10/27/2009  DEPCA       INTAKE 10/26/09  2592572 20.00    21.98     0.00    0.00    10/27/2009
10/22/2009  EPR         OID:100087814-ComisaryPur -0.86    1.98     0.00    0.00    10/22/2009
10/20/2009  PHONE CARDS C_____-25.00    2.84     0.00    0.00    10/20/2009
10/20/2009  STAMPS      NY                      -0.44     27.84     0.00    0.00    10/20/2009
-------------------------------------------------------------------------------
                                          Page 1
```

*BRIDGET HARRIS  
NOTARY PUBLIC  
STATE OF COLORADO  
My Commission Expires 6/17/2012*

[signature] 1-5-201

```
                              THE GEO GROUP, INC.
                        :================================:
                            Resident Account Summary
                         Monday, January 04, 2010  @11:25
```

For Inmate ID: 77309675      COHEN, SOLOMON BEN-TOV

| Date       | Transaction | Description              | Amount  | Balance | Owed | Held | Reference  |
|------------|-------------|--------------------------|---------|---------|------|------|------------|
| 10/20/2009 | STAMPS      | NY                       | -0.44   | 28.28   | 0.00 | 0.00 | 10/20/2009 |
| 10/20/2009 | DEPCA       | INTAKE 10/19/09  2591410 | 27.00   | 28.72   | 0.00 | 0.00 | 10/20/2009 |
| 10/15/2009 | EPR         | OID:100087538-ComisaryPur| -13.28  | 1.72    | 0.00 | 0.00 | 10/15/2009 |
| 10/15/2009 | PHONE CARDS | C                        | -10.00  | 15.00   | 0.00 | 0.00 | 10/15/2009 |
| 10/14/2009 | PHONE CARDS | C                        | -25.00  | 25.00   | 0.00 | 0.00 | 10/14/2009 |
| 10/14/2009 | DEPCA       | INTAKE 10/13/09  2593155 | 50.00   | 50.00   | 0.00 | 0.00 | 10/14/2009 |

*[signature]*

**BRIDGET HARRIS**
**NOTARY PUBLIC**
**STATE OF COLORADO**

My Commission Expires 6/17/2012

1-5-2010

# El Paso County Sheriff's Office

(A0261647-COHEN, SOLOMON BEN-TOV) All Transactions for 05/28/2009 00:00 to 10/02/2009 23:59



| Trans. Date | Trans. Type | Transactor Name | Void | Prev. Bal. | Credit | Debit | New Bal. | Hold Bal. |
|---|---|---|---|---|---|---|---|---|
| 05/28/2009 11:54 | BKG DEPOSIT | COHEN, SOLOMON B | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/29/2009 21:52 | MEDICAL CHARGE | INMATE | Y | 0.00 | 0.00 | 5.00 | 0.00 | 5.00 |
| 06/01/2009 13:46 | MEDICAL CHARGE | INMATE | Y | 0.00 | 0.00 | 8.00 | 0.00 | 13.00 |
| 06/04/2009 07:00 | SERVICE | COPIES-9 @ $.10 | | 0.00 | 0.00 | 0.90 | 0.00 | 13.90 |
| 06/04/2009 10:39 | WESTERN DIR DEP | MILES HOWARTH | | 0.00 | 300.00 | 0.00 | 286.10 | 0.00 |
| 06/06/2009 14:22 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 286.10 | 0.00 | 20.22 | 265.88 | 0.00 |
| 06/10/2009 06:56 | SERVICE | CERTIFIED COPY-1 @ $1 | | 265.88 | 0.00 | 1.00 | 264.88 | 0.00 |
| 06/10/2009 09:53 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 264.88 | 0.00 | 28.66 | 236.22 | 0.00 |
| 06/10/2009 13:02 | MEDICAL CHARGE | INMATE | Y | 236.22 | 0.00 | 8.00 | 228.22 | 0.00 |
| 06/12/2009 08:36 | CASH DEP | SKUIRSKY | | 228.22 | 100.00 | 0.00 | 328.22 | 0.00 |
| 06/12/2009 13:39 | CASH DEP | NINA FRIEND | | 328.22 | 40.00 | 0.00 | 368.22 | 0.00 |
| 06/19/2009 10:41 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 368.22 | 0.00 | 75.54 | 292.68 | 0.00 |
| 06/20/2009 12:58 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 292.68 | 0.00 | 17.51 | 275.17 | 0.00 |
| 06/21/2009 21:39 | SERVICE | COPIES-69 | | 275.17 | 0.00 | 6.90 | 268.27 | 0.00 |
| 06/22/2009 10:37 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 268.27 | 0.00 | 12.44 | 255.83 | 0.00 |
| 06/22/2009 15:19 | WESTERN DIR DEP | MILESA HOWARTH | | 255.83 | 299.99 | 0.00 | 555.82 | 0.00 |
| 06/26/2009 08:45 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 555.82 | 0.00 | 47.17 | 508.65 | 0.00 |
| 06/27/2009 12:21 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 508.65 | 0.00 | 21.74 | 486.91 | 0.00 |
| 07/01/2009 17:17 | MEDICAL CHARGE | INMATE | Y | 486.91 | 0.00 | 8.00 | 478.91 | 0.00 |
| 07/02/2009 20:24 | SERVICE | COPIES - 40 | | 478.91 | 0.00 | 4.00 | 474.91 | 0.00 |
| 07/03/2009 10:33 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 474.91 | 0.00 | 62.38 | 412.53 | 0.00 |
| 07/04/2009 07:15 | SERVICE | CERTIFIED COPIES-1 @ $1 | | 412.53 | 0.00 | 1.00 | 411.53 | 0.00 |
| 07/06/2009 13:08 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 411.53 | 0.00 | 36.42 | 375.11 | 0.00 |
| 07/06/2009 15:01 | CASH DEP | CONSULAR SECTION | | 375.11 | 329.88 | 0.00 | 704.99 | 0.00 |
| 07/10/2009 11:04 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 704.99 | 0.00 | 60.37 | 644.62 | 0.00 |
| 07/17/2009 12:16 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 644.62 | 0.00 | 39.85 | 604.77 | 0.00 |
| 07/17/2009 12:25 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 604.77 | 0.00 | 13.85 | 590.92 | 0.00 |
| 07/20/2009 09:32 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 590.92 | 0.00 | 21.07 | 569.85 | 0.00 |
| 07/21/2009 10:15 | SERVICE | ADDITIONAL POSTAGE | | 569.85 | 0.00 | 1.43 | 568.42 | 0.00 |
| 07/21/2009 18:30 | SERVICE | COPIES-611 | | 568.42 | 0.00 | 61.10 | 507.32 | 0.00 |
| 07/22/2009 07:36 | SERVICE | ADDITIONAL POSTAGE | | 507.32 | 0.00 | 7.22 | 500.10 | 0.00 |
| 07/22/2009 07:36 | SERVICE | ADDITIONAL POSTAGE | | 500.10 | 0.00 | 4.07 | 496.03 | 0.00 |
| 07/22/2009 07:37 | SERVICE | ADDITIONAL POSTAGE | | 496.03 | 0.00 | 4.07 | 491.96 | 0.00 |
| 07/24/2009 10:51 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 491.96 | 0.00 | 16.37 | 475.59 | 0.00 |
| 07/24/2009 10:52 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 475.59 | 0.00 | 57.02 | 418.57 | 0.00 |
| 07/26/2009 16:25 | CHECK WITH | S.B. COHEN | | 418.57 | 0.00 | 150.00 | 268.57 | 0.00 |
| 07/26/2009 16:27 | SERVICE | MONEY MAIL OUT-1 | | 268.57 | 0.00 | 1.00 | 267.57 | 0.00 |
| 07/27/2009 09:45 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 267.57 | 0.00 | 33.63 | 233.94 | 0.00 |
| 07/31/2009 11:08 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 233.94 | 0.00 | 73.98 | 159.96 | 0.00 |
| 08/03/2009 07:31 | SERVICE | ADDITIONAL POSTAGE | | 159.96 | 0.00 | 0.51 | 159.45 | 0.00 |
| 08/03/2009 07:31 | SERVICE | ADDITIONAL POSTAGE | | 159.45 | 0.00 | 0.51 | 158.94 | 0.00 |
| 08/03/2009 10:43 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 158.94 | 0.00 | 34.37 | 124.57 | 0.00 |
| 08/04/2009 07:43 | SERVICE | ADDITIONAL POSTAGE | | 124.57 | 0.00 | 1.19 | 123.38 | 0.00 |
| 08/04/2009 07:43 | SERVICE | ADDITIONAL POSTAGE | | 123.38 | 0.00 | 1.02 | 122.36 | 0.00 |

# El Paso County Sheriff's Office

(A0261647-COHEN, SOLOMON BEN-TOV) All Transactions for 05/28/2009 00:00 to 10/02/2009 23:59



| Trans. Date | Trans. Type | Transactor Name | Void | Prev. Bal. | Credit | Debit | New Bal. | Hold Bal. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2009 10:48 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 122.36 | 0.00 | 11.81 | 110.55 | 0.00 |
| 08/06/2009 16:05 | SERVICE | COPIES-80 | | 110.55 | 0.00 | 8.00 | 102.55 | 0.00 |
| 08/07/2009 08:28 | SERVICE | ADDITIONAL POSTAGE | | 102.55 | 0.00 | 1.20 | 101.35 | 0.00 |
| 08/07/2009 10:58 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 101.35 | 0.00 | 14.57 | 86.78 | 0.00 |
| 08/07/2009 11:02 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 86.78 | 0.00 | 67.10 | 19.68 | 0.00 |
| 08/10/2009 07:56 | SERVICE | ADDITIONAL POSTAGE | | 19.68 | 0.00 | 0.34 | 19.34 | 0.00 |
| 08/10/2009 13:20 | SERVICE | ADDITIONAL POSTAGE | | 19.34 | 0.00 | 4.50 | 14.84 | 0.00 |
| 08/11/2009 08:26 | SERVICE | ADDITIONAL POSTAGE | | 14.84 | 0.00 | 4.07 | 10.77 | 0.00 |
| 08/12/2009 13:37 | SERVICE | CERTIFIED ACCOUNT BALANCE | | 10.77 | 0.00 | 1.00 | 9.77 | 0.00 |
| 08/13/2009 07:21 | SERVICE | COPIES-30 @ $.10 | | 9.77 | 0.00 | 3.00 | 6.77 | 0.00 |
| 08/13/2009 16:03 | MEDICATION CHARGE | INMATE | Y | 6.77 | 0.00 | 2.00 | 4.77 | 0.00 |
| 08/14/2009 12:33 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 4.77 | 0.00 | 2.15 | 2.62 | 0.00 |
| 08/17/2009 12:49 | WESTERN DIR DEP | MILES HOWARTH | | 2.62 | 200.00 | 0.00 | 202.62 | 0.00 |
| 08/21/2009 08:55 | CHECK WITH | USPS | | 202.62 | 0.00 | 6.83 | 195.79 | 0.00 |
| 08/21/2009 08:55 | SERVICE | CHECK TO USPS | | 195.79 | 0.00 | 1.00 | 194.79 | 0.00 |
| 08/21/2009 09:02 | SERVICE | ADDITIONAL POSTAGE | | 194.79 | 0.00 | 1.05 | 193.74 | 0.00 |
| 08/21/2009 12:24 | CHECK WITH | USPS | | 193.74 | 0.00 | 14.17 | 179.57 | 0.00 |
| 08/21/2009 12:25 | SERVICE | ADDITIONAL POSTAGE TO USPS | | 179.57 | 0.00 | 1.00 | 178.57 | 0.00 |
| 08/21/2009 12:57 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 178.57 | 0.00 | 32.17 | 146.40 | 0.00 |
| 08/21/2009 13:24 | SERVICE | COPIES-80 @ $.10 | | 146.40 | 0.00 | 8.00 | 138.40 | 0.00 |
| 08/24/2009 00:49 | CASH DEP | SELF | | 138.40 | 70.00 | 0.00 | 208.40 | 0.00 |
| 08/25/2009 09:11 | MEDICAL CHARGE | VOIDED 1988470 | | 208.40 | 5.00 | 0.00 | 213.40 | 0.00 |
| 08/25/2009 09:11 | MEDICAL CHARGE | VOIDED 1989988 | | 213.40 | 8.00 | 0.00 | 221.40 | 0.00 |
| 08/25/2009 09:12 | MEDICAL CHARGE | VOIDED 1995582 | | 221.40 | 8.00 | 0.00 | 229.40 | 0.00 |
| 08/25/2009 09:12 | MEDICAL CHARGE | VOIDED 2008619 | | 229.40 | 8.00 | 0.00 | 237.40 | 0.00 |
| 08/25/2009 09:13 | MEDICATION CHARGE | VOIDED 2033333 | | 237.40 | 2.00 | 0.00 | 239.40 | 0.00 |
| 08/26/2009 14:10 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 239.40 | 0.00 | 31.55 | 207.85 | 0.00 |
| 08/26/2009 14:26 | MEDICATION CHARGE | INMATE | | 207.85 | 0.00 | 2.00 | 205.85 | 0.00 |
| 08/27/2009 06:35 | CANTEEN CREDIT | | | 205.85 | 0.97 | 0.00 | 206.82 | 0.00 |
| 08/27/2009 12:31 | SERVICE | COPIES - 44 | | 206.82 | 0.00 | 4.40 | 202.42 | 0.00 |
| 08/27/2009 12:32 | SERVICE | COPIES - 48 | | 202.42 | 0.00 | 4.80 | 197.62 | 0.00 |
| 08/28/2009 12:28 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 197.62 | 0.00 | 42.30 | 155.32 | 0.00 |
| 08/28/2009 13:29 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 155.32 | 0.00 | 20.07 | 135.25 | 0.00 |
| 08/30/2009 19:21 | SERVICE | COPIES-24 | | 135.25 | 0.00 | 2.40 | 132.85 | 0.00 |
| 09/01/2009 08:04 | CHECK WITH | USPS | | 132.85 | 0.00 | 16.15 | 116.70 | 0.00 |
| 09/01/2009 08:05 | SERVICE | ADDITIONAL POSTAGE CHECK | | 116.70 | 0.00 | 1.00 | 115.70 | 0.00 |
| 09/01/2009 11:04 | CANTEEN CREDIT | | | 115.70 | 1.28 | 0.00 | 116.98 | 0.00 |
| 09/02/2009 21:17 | SERVICE | COPIES X 49 | | 116.98 | 0.00 | 4.90 | 112.08 | 0.00 |
| 09/03/2009 20:26 | SERVICE | COPIES X 58 | | 112.08 | 0.00 | 5.80 | 106.28 | 0.00 |
| 09/04/2009 12:10 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 106.28 | 0.00 | 58.60 | 47.68 | 0.00 |
| 09/08/2009 09:26 | CHECK WITH | USPS | | 47.68 | 0.00 | 15.81 | 31.87 | 0.00 |
| 09/08/2009 09:26 | SERVICE | USPS CHECK | | 31.87 | 0.00 | 1.00 | 30.87 | 0.00 |

# El Paso County Sheriff's Office

(A0261647-COHEN, SOLOMON BEN-TOV) All Transactions for 05/28/2009 00:00 to 10/02/2009 23:59



| Trans. Date | Trans. Type | Transactor Name | Void | Prev. Bal. | Credit | Debit | New Bal. | Hold Bal. |
|---|---|---|---|---|---|---|---|---|
| 09/08/2009 12:42 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 30.87 | 0.00 | 28.36 | 2.51 | 0.00 |
| 09/09/2009 13:06 | CANTEEN CREDIT | | | 2.51 | 0.97 | 0.00 | 3.48 | 0.00 |
| 09/10/2009 15:37 | SERVICE | COPIES-100 | | 3.48 | 0.00 | 10.00 | 0.00 | 6.52 |
| 09/11/2009 12:44 | CANTEEN | COHEN, SOLOMON BEN-TOV | | 0.00 | 0.00 | 3.26 | 0.00 | 9.78 |
| 09/11/2009 16:06 | MEDICAL CHARGE | INMATE | Y | 0.00 | 0.00 | 16.00 | 0.00 | 25.78 |
| 09/13/2009 20:46 | SERVICE | CERTIFIED ACCOUNT STATEMENT-1 | | 0.00 | 0.00 | 1.00 | 0.00 | 26.78 |
| 09/17/2009 12:09 | SERVICE | COPIES-86 @ $.10 | | 0.00 | 0.00 | 8.60 | 0.00 | 35.38 |
| 09/17/2009 13:13 | MEDICAL CHARGE | INMATE | Y | 0.00 | 0.00 | 8.00 | 0.00 | 43.38 |
| 09/21/2009 12:30 | SERVICE | COPIES-38 @ $.10 | | 0.00 | 0.00 | 38.50 | 0.00 | 81.88 |
| 09/22/2009 17:36 | MEDICAL CHARGE | VOIDED 2050453 | | 0.00 | 16.00 | 0.00 | 0.00 | 65.88 |
| 09/22/2009 17:37 | MEDICAL CHARGE | VOIDED 2053594 | | 0.00 | 8.00 | 0.00 | 0.00 | 57.88 |
| 09/23/2009 07:23 | SERVICE | CERTIFIED ACCOUNT BALANCE | | 0.00 | 0.00 | 1.00 | 0.00 | 58.88 |
| 09/26/2009 12:24 | SERVICE | COPIES - 38 | | 0.00 | 0.00 | 3.80 | 0.00 | 62.68 |
| 10/01/2009 15:52 | SERVICE | COPIES-40 | | 0.00 | 0.00 | 4.00 | 0.00 | 66.68 |

| Current Balance: | Hold Balance: | Hold Subsistence: | Hold Meals: | Hold Medical: | Hold Service: | Hold Other: |
|---|---|---|---|---|---|---|
| $0.00 | $66.68 | 0.00 | 0.00 | 0.00 | $63.42 | $3.26 |

I hearby certify that these documents are true and correct copies of the Inmate Fund Account.

_Christie L. Guida_
Name

_Bookkeeper_
Title

_____
Date

U.S. Department of Homeland Security                                    **Warrant for Arrest of Alien**

File No. __A077 309 675__
Event No: __DEN0806000005__
FINS #: 14171062    Date: __June 1, 2008__

To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:

From evidence submitted to me, it appears that:
Solomon Ben-Tov COHEN AKA: COHEN, MICHAEL SAMUEL
_____
(Full name of alien)

an alien who entered the United States at or near __Los Angeles, California__ on
(Port)

__June 21, 2002__ is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of Designated Immigration Officer)

C. Zabat
_____
(Print name of Designated Immigration Officer)

SDDO
_____
(Title)

### Certificate of Service

Served by me at __Denver, Colorado__ on __June 1, 2008__ at __01:00 PM__.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

JASON CLEMENS
_____
(Signature of officer serving warrant)

IMMIGRATION ENFORCEMENT AGENT
_____
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07)

U. S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0065

# Immigration Bond

Power No. _____

(Bonded Alien) File No. **A77 309 675**
Bond Receipt No. **WAS-11,110**

**A.** Name of Obligor: **NADIA EZZELARAB**
Street address of Obligor: **4001 NORTH 9TH STREET, SUITE 222**
City, State and Zip Code: **ARLINGTON, VA 22203**
Telephone: **(703) 248-1586**
Name of Agent/Co-Obligor (if any-Surety Bonds only): _____
Address (if different from that of Obligor): _____
Telephone: _____
Address to use for notice purposes:   ☒ Obligor   ☐ Agent   ☐ Both
If this is executed by a surety company the rate of premium is: _____ and the amount of premium is: _____
The name and address of the person who executed a written instrument with the surety company requesting it to post bond is

**B.** Information about alien for whom bond is furnished: Name: **COHEN, SOLOMON BEN-TOV**
Current Location (i.e., where detained): **WASHINGTON FIELD OFFICE**
Date and country of birth: **12/04/1960 / UK**   Nationality: **UK**
Date, port and means of arrival in the United States: **06/21/2002, LOS, NT**
Alien to reside at: **132 EXETER STREET, BROOKLYN, NY**
Telephone number at alien's residence: **(718) 545-1257**

**C.** In consideration of the facts recited in paragraph or paragraphs herein numbered **ONE** and captioned _____
"**BOND CONDITIONED UPON THE DELIVERY OF AN ALIEN**" (and in any rider
or riders lettered **NONE** and captioned **NONE**, the above named
obligor and the agent acting on its behalf (if any), by subscribing hereto, hereby declare that they are firmly bound unto
the United States in the sum of **THREE THOUSAND** dollars ($ **3000.00** ) unless the guarantee
of the bond is that the alien shall not become a public charge, the obligor, and the agent acting on its behalf (if any), declare
themselves bound in such amount or successive amounts as are prescribed in paragraph (G-2) herein as liquidated damages
and not as penalty, which sum is to be paid to the United States immediately upon failure to comply with the terms set forth in
any such paragraph or rider. The obligor and agent further agree that any notice to him/her in connection with this bond may
be accomplished by mail, directed to him/her at the above address. The obligor acknowledges receipt of a copy of the
executed bond and any attached rider or riders specified above.

**D.** Signed and sealed this **30TH** day of **MARCH / 2004**
(Month/Year)

_(Signature of Obligor)_   _(Signature of Agent (if any))_

**E.** Bond approved and accepted at **ARLINGTON, VIRGINIA** on **03/30/2004**   **NEIL R. ACRI**
(City and State)   (Day)   (District Director)

**F.** Surety Company _____   Taxpayer Identification Number _____
Agent-Bonding Company _____   Taxpayer Identification Number _____
Obligors-Cash/Treasury Bond **NADIA EZZELARAB**   Taxpayer Identification Number **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**

31 U.S.C. 7701(o)(1) requires each person doing business with a federal government agency to furnish that agency such person's
taxpayer identification number. It is the intent of the INS to use such number for purposes of collecting and reporting information
on any delinquent accounts arising out of such person's relationship with the Government. The obligor, surety, or agent must
furnish its Taxpayer Identification Number (TIN) to INS. Failure to furnish the TIN will result in a refusal of the bond.

This copy is to be retained by the obligor.

Form I-352 (Rev. 06/23/00)Y Page

U. S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0085

# Immigration Bond

(Bonded Alien) File No. __A77 309 675__

Bond Receipt No. __WAS-11,110__

**H. PLEDGE AND POWER OF ATTORNEY FOR USE WHEN UNITED STATES BONDS OR NOTES ARE DEPOSITED AS SECURITY.**

I hereby pledge the United States Bond/Notes described in the following schedule as security for the performance and fulfillment of the obligations described in paragraph C above in accordance with 6 U.S.C. 15, 31 CFR part 225, and Treasury Department Circular 154. I appoint the Attorney General of the United States as my attorney to collect, sell, assign, and transfer said United States Bond or Note. In the case of any default in performance of conditions herein, my attorney shall have the power to collect without appraisal or valuation notice, and to apply the proceeds to the satisfaction of any damages, demands, or deficiencies arising from such default. I waive my right to redeem this security.

| Title of Bond/Notes | Coupons Attached | Face Value | Interest Rate | Serial No. | Interest Dates |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(Affix Seal Here
if Required)

_____
(Signature of Person Pledging Bonds or Notes)

**I. PLEDGE AND POWER OF ATTORNEY FOR USE WHEN CASH IS DEPOSITED AS SECURITY.**

I hereby pledge the amount of __THREE THOUSAND DOLLARS__ ($ __3,000.00__ )
United States currency as security for the performance and fulfillment of the obligations described in paragraph C above. I appoint the Attorney General of the United States as my attorney to collect or to assign and transfer the said sum of money. I agree that, in case of default in the performance of any of the conditions herein to which I have subscribed, said attorney shall have full power to collect said sum of money or any part thereof or to assign and transfer said sum or any part thereof deemed appropriate by said attorney to the satisfaction of any damages, demands, or deficiencies arising by reason of such default. I further empower said attorney, in the event all the conditions herein to which I have subscribed have been complied with and the bond is canceled, to deliver the said sum of money plus any interest accrued thereon, to me at my risk and expense by such means as said attorney shall select.

(Affix Seal Here
if Required)

_____
(Signature of Person Pledging Cash)

**J.** Before me, within the county/city/parish of __ARLINGTON__ in __VIRGINIA__,
the above named individual personally appeared before us, acknowledges the execution of the foregoing power of attorney, and deposited the security described above. Witness our hands this __30TH__ day of __MARCH__, __2004__.

(Signature) _____
DEPORTATION OFFICER
(Title)

(Signature) _____
DEPORTATION OFFICER
(Title)

This copy is to be retained by the obligor.

Form I-352 (Rev. 06/23/00)N Page

# RECEIPT OF IMMIGRATION OFFICER - UNITED STATES BONDS OR NOTES, OR CASH, ACCEPTED AS SECURITY ON IMMIGRATION BOND

**OBLIGOR**

1. Name
NADIA EZZELARAB
Number and Street
4001 NORTH 9TH STREET, SUITE 222
City, State and ZIP Code
ARLINGTON, VA 22203

2. Receipt Number
WAS-11,110

3. City and State
ARLINGTON, VA

4. Date
03/30/2004

5. Name of alien COHEN,
SOLOMON BEN-TOV

6. A-File
A77 309 675

7. Immigration bond:
Date 03/30/2004
Type DELIVERY BOND

## 8. UNITED STATES BONDS OR NOTES

(State form of assignment, if registered)

Said United States bonds/notes are assigned

| Title of Bonds/Notes | Coupon or Registered | Total Face Amount | Denomination | Serial No. | Interest Dates |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(If this space is insufficient for enumeration of bonds/notes, use separate sheet and securely affix same hereto)

## 9. CASH (Postal Money Order, Certified Check)

The sum of THREE THOUSAND                                          dollars ($ 3,000.00 )
in the form of * WACHOVIA OFFICIAL CHECK NUMBER 427949141

*Description: U.S. Postal Money Order and number; bank and check number; or number and denomination of coin and currency.

## 10. NOTICE TO OBLIGOR

The Immigration and Naturalization Service will deposit accepted United States bonds or notes in a Federal depository for safekeeping; accepted cash will be deposited in the United States Treasury. When all of its conditions have been met, the immigration bond will be cancelled, you will be so notified, and you may then recover the accepted security. United States bonds or notes will be returned to you when you surrender this receipt and give your own receipt on Form I-305. If it is impossible for you to call in person for these securities, you may authorize their delivery to you at your risk and expense. Arrangements will be made for the return to you of the cash accepted as security when you surrender this receipt. YOU MUST SURRENDER THE ORIGINAL OF THIS RECEIPT BEFORE THE SECURITY WILL BE RETURNED TO YOU. This receipt is not assignable.

## 11. ACCEPTANCE OF SECURITY

The undersigned hereby acknowledges receipt from above-named obligor of the above-described security, deposited as security on above-named immigration bond filed with the undersigned on behalf of the above-named alien.

Signature of immigration officer

Title of immigration officer
DEPORTATION OFFICER

Form I-305
(Rev. 5-1-76)

To: Obligor. When surrendered by Obligor, to: Finance, Regional Office

**SOLOMON B COHEN**

A # 077 309 675

**GEO- ICE DETENTION FACILITY**
**11901 E30TH AVE**
**AURORA, CO 80010- 1525**

Tel: (303) 361- 6612

LEGAL MAIL

Mr John P Longshore, Field Office Director
Department of Homeland Security, USICE
12445 E Caley Ave
Centennial
CO 80111

COPY

January 12, 2010

WITHOUT PREJUDICE

**Re: Attached copy of NOTICE- IMMIGRATION BOND CANCELLED**

SENT VIA CERTIFIED MAIL 7008 3230 0002 5167 6116

Dear Mr Longshore

1. Is this your signature on ICE Form I-391 NOTICE- IMMIGRATION BOND CANCELLED?

2. Please can you provide me with a written declaration that I was falsely imprisoned by USICE at least from June 1 2008- see attached copy of Warrant until 06/19/2009.

Sincerely


**Solomon B Cohen MA**(*Cantab*)

**Enc**

## CERTIFICATE OF SERVICE

I certify that on   January 14, 2010   a copy of the attached filing was sent by first class mail

to:-

    Mr John P Longshore, Field Office Director
    Department of Homeland Security, USICE
    12445 E Caley Ave
    Centennial
    CO 80111

    and

    El Paso County Sheriff's Office
    2739 E Las Vegas St
    Colorado Springs,
    COLORADO


Date: _____01/14/2010_____     Signed: _____
                                                              Solomon B Cohen MA(*Cantab*) pro-se