SOLOMON A. COHEN PRO SE
#110177 30A 675
GEO-ICE DETENTION FACILITY
11901 E 30th AVE
AURORA, CO 80010-1525

09cv1169

7008 3230 0002 5167 6123

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
901 19th ST
ROOM A-105
DENVER
CO 80294-3589

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
DENVER, COLORADO
RECEIVED
JAN 19 2010
GREGORY C. LANGHAM
CLERK

FIRST CLASS
AUTO

FIRST CLASS
AUTO

HASLER
01/15/2010
$1.390



HASLER
01/15/201C
$1.390
Mailed From 800