**SOLOMON B COHEN**

A # 077 309 675

GEO- ICE DETENTION FACILITY
11901 E30TH AVE
AURORA, CO 80010- 1525

Tel: (303) 361- 6612

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

LEGAL MAIL

JAN 19 2010

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court
901 19th St, Room A-105
Denver
CO 80294-3589

January 14, 2010

**Re: Case No 09- 1563 (1:09-cv-01169-ZLW) Cohen v Longshore et al**

Dear Clerk of the Court

Please allow me to appeal this court's decision but directly to the US Supreme Court (under US Supreme Court Rule 18), and not to the 10th Circuit Court of Appeals.

Please find enclosed Motion for Leave to Proceed IFP.

Thank you for your attention

Sincerely

*[signature]*

**Solomon B Cohen MA(*Cantab*) pro-se**

Enc

cc Clerk of Court, 10th Circuit Court of Appeals

    Clerk of the Court, Supreme Court of the United States, Washington DC

**SOLOMON B COHEN**

A # 077 309 675

**GEO- ICE DETENTION FACILITY**
**11901 E30TH AVE**
**AURORA, CO 80010- 1525**

Tel: (303) 361- 6612

LEGAL MAIL

Ms Elisabeth Shumaker, Clerk of the Court
Tenth Circuit Court of Appeals
Byron White United States Courthouse
1823 Stout St
Denver,
CO 80257

copy

January 14, 2010

**Re: Case No 09- 1563 (1:09-cv-01169-ZLW) Cohen v Longshore et al**

Dear Clerk of Court,

I am appealing the US District Court's Judgment directly to US Supreme Court under US Supreme Court Rule 18.

Thank you for your attention

Sincerely

**Solomon B Cohen MA(*Cantab*) pro-se**

Enc

cc Clerk of Court, 10th Circuit Court of Appeals

    Clerk of the Court, Supreme Court of the United States, Washington DC

**SOLOMON B COHEN**

A # 077 309 675

GEO- ICE DETENTION FACILITY
11901 E30TH AVE
AURORA, CO 80010- 1525

Tel: (303) 361- 6612

LEGAL MAIL

Clerk of the Court
Supreme Court of the United States
1 First St NE
Washington
DC 20543

Copy

Re: **Rule 18 Appeal from US District Court for the District of Colorado, Case No 1:09-cv-01169-ZLW, Cohen v Longshore, USICE Field Office Director, Denver,**

**[Claim for damages of $1.2 Million for malicious, false imprisonment of 1 year, no habeas jurisdiction]**

Dear Clerk of the Court

I have notified the Clerk of the Court at the US District Court that I am appealing the Court's Judgment directly to US Supreme Court.

In my brief I will outline why the Supreme Court should hear this Appeal Direct from US District Court.

Thank you for your attention

Sincerely


**Solomon B Cohen MA(*Cantab*) pro-se**

cc   Clerk of the Court
     United States District Court
     901 19th St, Room A-105
     Denver
     CO 80294-3589