Solomon A Cohen pro-se
#077 309 675
George Detention Facility
11901 E 30th Ave
Aurora, CO 80010-1525

09cv1169

Clerk of the Court
United States District Court
901 19th St
Room A-105
Denver
CO 80294-3589

RECEIVED
JAN 19 2010
GREGORY C. LANGHAM
CLERK
UNITED STATES DISTRICT COURT
DENVER, COLORADO

7008 3230 0002 5167 6123

FIRST CLASS
AUTO

FIRST CLASS
AUTO

HASLER
017H15548595
$1.39⁹
01/15/2010
Mailed From 800

