UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

January 29, 2010

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Cohen v, Longshore, et al**

Court of Appeals Case No. 09-1563
District Court Case No. 09-cv-01169-ZLW

Dear Clerk:

We hand you herewith Volume I of the Record on Appeal in the above referenced case.

Volume 1. Electronic Pleadings

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
Deputy Clerk

cc:  See Notice of Electronic Filing