APPEAL, PS2, TERMED

# U.S. District Court
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:09–cv–01169–ZLW

| | |
|---|---|
| Cohen v. Longshore et al | Date Filed: 05/22/2009 |
| Assigned to: Judge Zita L. Weinshienk | Date Terminated: 12/16/2009 |
| Case in other court:   USCA, 09–01563 | Jury Demand: Plaintiff |
| Cause: 28:1331 Federal Question: Bivens Act | Nature of Suit: 555 Prison Condition |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Solomon B. Cohen**  represented by  **Solomon B. Cohen**
#077309675
ICE Processing Center–GEO Detention Facility
11901 East 30th Avenue
Aurora, CO 80010
PRO SE

**Plaintiff**

**Solomon Ben–Tov Cohen**
*TERMINATED: 12/10/2009*

V.

**Defendant**

**John Longshore**
*Unknown Mail Clerk El Paso County Sheriff's Officer*
*TERMINATED: 12/10/2009*

**Defendant**

**Dan Muldoon**
*Capt., Jail Administrator, Park County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**Fred Wegener**
*Sheriff*
*TERMINATED: 06/23/2009*

**Defendant**

**Monte Gore**
*Undersheriff*
*TERMINATED: 06/23/2009*

**Defendant**

**Warden of Park County Jail**
*Name Unknown*
*TERMINATED: 06/23/2009*

**Defendant**

**Steven Estrada**
*Officer. Imigration and Customs Enforcement*
*TERMINATED: 12/10/2009*

**Defendant**

**Blatt**
*Officer. ICS*
*TERMINATED: 12/10/2009*

**Defendant**

**Peck**
*Dr. Phychiatrist, El Paso County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**Fran LePage**
*Programs Manager El Paso County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**Terry Maketa**
*Sheriff El Paso County Jail*
*TERMINATED: 12/10/2009*

**Defendant**

**El Paso County**
*TERMINATED: 12/10/2009*

**Defendant**

**John P. Longshore**

**Defendant**

**Unknown Mailroom Officer**
*actually named as Unknown Mail Clerk El Paso County Sheriff's Office*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/22/2009 | 3 | 4 | Prisoner COMPLAINT against John Longshore, Dan Muldoon, Fred Wegener, Monte Gore, Warden of Park County Jail, filed by |

| | | | |
|---|---|---|---|
| | | | Solomon B. Cohen.(jak, ) (Entered: 05/26/2009) |
| 05/22/2009 | 4 | 12 | Prisoner COMPLAINT against John Longshore, Dan Muldoon, Fred Wegener, Monte Gore, Warden of Park County Jail, filed by Solomon B. Cohen.(jak, ) (Entered: 05/26/2009) |
| 06/23/2009 | 8 | 26 | AMENDED COMPLAINT against Steven Estrada, Blatt, Peck, Fran LePage, Terry Maketa, El Paso County, John Longshore, Dan Muldoon, filed by Solomon B. Cohen.(jjh, ) (Entered: 06/23/2009) |
| 12/10/2009 | 18 | 45 | MOTION to Appoint Counsel by Plaintiff Solomon Ben−Tov Cohen. (jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 19 | 70 | MOTION to File Amended Complaint Late by Plaintiff Solomon Ben−Tov Cohen. (jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 20 | 73 | AMENDED COMPLAINT against John Longshore, filed by Solomon Ben−Tov Cohen.(jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 21 | 121 | AMENDED COMPLAINT against John Longshore, filed by Solomon Ben−Tov Cohen.(jjh, ) (Entered: 12/10/2009) |
| 12/10/2009 | 22 | 143 | AMENDED COMPLAINT against John P. Longshore, filed by Solomon Ben−Tov Cohen.(jjh, ) (Entered: 12/10/2009) |
| 12/16/2009 | 23 | 162 | ORDER of Dismissal. Ordered that the 2 Prisoner Complaints and the action are dismissed. Order denying 18 Motion to Appoint Counsel ; denying 19 Motion for Order by Judge Zita L. Weinshienk on 12/16/09.(jjh, ) (Entered: 12/16/2009) |
| 12/16/2009 | 24 | 167 | JUDGMENT by Clerk in favor of Unknown Mailroom Officer, John P. Longshore against Solomon B. Cohen Pursuant to the Order of Dismissal signed on 12/15/09(jjh, ) (Entered: 12/16/2009) |
| 12/21/2009 | 25 | 168 | NOTICE OF APPEAL as to 23 Order on Motion to Appoint Counsel, Order on Motion for Order, 24 Clerk's Judgment by Plaintiff Solomon B. Cohen. Fee Status: Pro se; Fee not paid; 1915 motion not filed. Notice mailed to all counsel on 12/22/09. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 12/22/2009) |
| 01/19/2010 | 30 | 170 | NOTICE to Appeal this court's decision directly to the Supreme Court under US Supreme Court Rule 18 by Plaintiff Solomon Ben−Tov Cohen (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 01/20/2010) |
| 01/21/2010 | 31 | 174 | ORDER denying 29 Motion for Leave to Appeal in Forma Pauperis re 25 Notice of Appeal, by Judge Philip A. Brimmer for Judge Zita Leeson Weinshienk on 1/21/10.(gmssl, ) (Entered: 01/22/2010) |