**SOLOMON B COHEN**

A# 077 309 675

GEO- ICE DETENTION FACILITY
11901 E30TH AVE
AURORA
CO 80010- 1525

Tel: (303) 361- 6612 East Core

LEGAL MAIL

Clerk of the Court
US District Court
901 19th St
Room A- 105
Denver
CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 1 2010

GREGORY C. LANGHAM
CLERK

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 1 2010

GREGORY C. LANGHAM
CLERK

January 28, 2010

**Re: 09-cv-01169-ZLW and 09-1563**

Dear Clerk of the Court:

Further to my previous letter I need to ask two questions:-

1. Was this case Dismissed <u>with</u> or <u>without prejudice</u>?

2. Must I Appeal to the 10th Circuit Court of Appeals as I originally requested, of can I modify my Notice of Appeal to Appeal direct to the US Supreme Court, asking them to hear this Appeal from a US District Court under their Rule 18?

**[Heck v Humphrey (1993)**
The US Supreme Court I think will have to rule on how AEDPA (*Habeas Corpus* Reform) 1996 and READL ID limit the scope of their ruling in <u>Heck</u>. Because aliens no longer have the right to apply for *Writ of Habeas Corpus*.]

I look forward to hearing from you.

Sincerely

*[signature]*

**Solomon B Cohen MA (*Cantab*) pro-se**

cc   Ms Elisabeth Shumaker, Clerk of the Court
     Tenth Circuit Court of Appeals