**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

FILED
United States Court of Appeals
Tenth Circuit

October 19, 2010

Elisabeth A. Shumaker
Clerk of Court

---

SOLOMON BEN-TOV COHEN,

    Plaintiff - Appellant,

v.

JOHN P. LONGSHORE; UNKNOWN MAIL CLERK, El Paso County Sheriff's Office,

    Defendants - Appellees.

No. 09-1563

---

**JUDGMENT**

---

Before **KELLY**, **McKAY**, and **LUCERO**, Circuit Judges.

---

This case originated in the District of Colorado and was submitted on the briefs at the direction of the court.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

    Entered for the Court,

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk