SOLOMON B COHEN

ALIEN # 77 309 675

GEO-ICE DETENTION FACILITY

3130 N. OAKLAND ST

AURORA, CO 80010

TEL: (303) 361- 6612

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 3 2010

GREGORY C. LANGHAM
CLERK

Legal Mail

Clerk of the Court

United States District Court

901 19th St, Room A- 105

Denver, CO 80294

Re: Remand from the 10th Circuit, No 09-1563/ 1:09-cv-01169-ZLW, Cohen v Longshore

and any other matters.

November 19 2010

Dear Clerk of the Court:

## CHANGE OF ADDRESS NOTIFICATION

I am writing to notify you of my change of address from Federal Detention center to the above address.

Thank you for your attention.

Sincerely

*[signature]*

**Solomon B Cohen MA(*Cantab*)**