SOLOMON B COHEN
ALIEN # 77 309 675
GEO- ICE DETENTION CENTER
3130 N. OAKLAND ST
AURORA, CO 80010-1525

Tel: (303) 361-6612

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 7 2010

GREGORY C. LANGHAM
CLERK

Legal Mail

Clerk of the Court
United States District Court
901 19th St
Room A- 105
Denver
CO 80294

Remand of 09-cv-01169-ZLW, Cohen v Longshore *et al* by 10th Circuit (No 09- 1563)

December 3, 2010

Dear Clerk of the Court:

The Court of Appeals for the Tenth Circuit has reversed and remanded the above case for futher proceedings.

When can I expect to hear from the Court?

Am I required to file anything, or, will the Court now proceed to have the defendants served?

I look forward to hearing from you.

Sincerely

**Solomon B Cohen** MA(*Cantab*)