IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-BNB

SOLOMON B. COHEN,

    Plaintiff,

v.

JOHN P. LONGSHORE, and
UNKNOWN MAIL CLERK, El Paso County Sheriff's Office,

    Defendants.

```
          FILED
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

       JAN -3 2011
   GREGORY C. LANGHAM
                    CLERK
```

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Lewis T. Babcock and to Magistrate Judge Craig B. Shaffer. Accordingly, it is

ORDERED that this case shall be assigned to Judge Lewis T. Babcock pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer.

DATED January 3, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01169-BNB

Solomon B. Cohen
Reg No. 77 309 675
GEO/ICE Detention Center
3130 North Oakland Street
Aurora, CO  80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk