

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:     (303) 335-2714

January 7, 2011

Solomon B Cohen
Reg. No. 77 309 675
GEO-ICE Detention Facility
3130 Oakland St.
Aurora, CO 80010

    Re:    Cohen v. Longshore, et al.
            Civil Action Number: 09-cv-01169-LTB-CBS

Dear Mr. Cohen:

    Please be advised that your case has been assigned to **Senior Judge Lewis T. Babcock**. On all future pleadings please reference the judge designation in the civil action number as shown above.

    Continue to file original documents with the Court. Furthermore, it is required that you mail a copy of all pleadings filed with the Court to all parties or their attorneys. You must file proof of this service in the form of a certificate of service along with each document that you file with the Court.

    Thank you for your cooperation in this matter.

                                Very truly yours,
                                GREGORY C. LANGHAM, CLERK

                        By:
                                Deputy Clerk

12/01/08