IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-BnB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2011

GREGORY C. LANGHAM
CLERK

SOLOMON B COHEN

    Plaintiff

v

JOHN P LONGSHORE, Field Office Director DHS/ICE

    and

UKNOWN MAIL CLERK, El Paso County Sheriff's Office

    Defendants

## MOTION TO PROVIDE CORRECT NAMES AND/OR ADDRESSES OF DEFENDANTS

Plaintiff Solomon B Cohen pro-se respectfully asks to inform the Court of the following:

Defendants in this case are now identified as:-

1. John P Longshore, Filed Office Director, DHS/ICE

   New Address: US Department of Homeland Security/ICE 12445 E Caley St, Centennial, CO 80111    and

2. Caroline van Barneveldt, Mail Clerk, El Paso County Sheriff's Office

   Address: El Paso County Jail, CJC, 2739 E Las Vegas St, Colorado Springs CO 80906

1

Mr Cohen asks that this motion be granted and service by US Marshal be effected.

Dated:        1/6/2011                              Respectfully submitted,

                                                    _____

                                                    Solomon B Cohen MA (*Cantab*) pro-se
                                                    A# 77 309 675
                                                    GEO-ICE Detention Center
                                                    3130 Oakland St
                                                    Aurora, CO 80010- 1525

                                                    Tel: (303) 361- 6612

2

## CERTIFICATE OF SERVICE

I hereby certify that on     01/06/2011  , I sent a copy of the attached motion via US Mail postage pre- paid to the following:-

John P Longshore, Filed Office Director, DHS/ICE

US Department of Homeland Security/ICE

 12445 E Caley St

Centennial, CO 80111

and

Caroline van Barneveldt, Mail Clerk,

 El Paso County Sheriff's Office

2739 E Las Vegas St

Colorado Springs

 CO 80906

Dated:     1/6/2011                                           Signed: _____

                                                              Solomon B Cohen MA (*Cantab*) pro-se
                                                              A# 77 309 675