IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TO: The Clerk of Court for the United States District Court for the District of Colorado

The undersigned, _Charisha Cruz_____, as a person authorized to accept service on behalf of the United States Attorney's Office for the District of Colorado, hereby acknowledges receipt of the following documents for **Case Number 09-cv-01169-LTB-CBS:**

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL FILED 1/14/11
AMENDED COMPLAINT FILED 12/10/09
SUMMONS
NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE

Signed: _Charisha Cruz_

On _14th_ day of _January_, 2011

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2011

GREGORY C. LANGHAM
CLERK
_____