UNITED STATES POSTAL SERVICE

ATTN: ANDREA
09-cv-01169-LTB-CBS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2011

GREGORY C. LANGHAM
CLERK

Alfred A. Arraj United States Courthouse
United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C McClanahan  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C McClanahan  1/18/11 |
| 1. Article Addressed to:<br><br>John Longshore, District Director<br>US Department of Homeland Security/ICE<br>12445 E. Caley Street<br>Centennial, CO 80111 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article (Transfer from service label)  7008 1830 0000 5315 6045 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540