IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-BnB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SOLOMON B COHEN

JAN 19 2011

Plaintiff

GREGORY C. LANGHAM
CLERK

v

JOHN P LONGSHORE, Field Office Director DHS/ICE

and

CAROLINE van BARNEVELDT, Mail Clerk, El Paso County Sheriff's Office

Defendants

## MOTION TO AMEND COMPLAINT

Plaintiff Solomon B Cohen pro-se moves the Court pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend his Complaint against the defendants in the form attached hereto*)*, and as grounds therefor, would show the Court that the proposed amendment states no new causes of action against the defendants, that all acts and omissions complained of arise out of the same transaction, set of facts or circumstances as that set forth in the original Complaint, and that justice requires that the amendment be permitted to more specifically and clearly state damages sought from each defendant:

1

**Section G Request for Relief**

This section has been amended to read as follow:-

1. On the first cause of action against John P Longshore, sued in individual capacity, Mr Cohen asks $2,000,000 in compensatory damages, and $2,000,000 in punitive damages;

2. On the second cause of action against mail clerk Caroline van Barneveldt sued in an individual capacity $200,000 in punitive damages;

3. Trial by jury' ; and reasonable attorneys' fees and costs;

   and such relief as the court deems appropriate.

Dated:      01/19/2011                          Respectfully submitted,

                                                _____
                                                Solomon B Cohen MA (*Cantab*) pro-se
                                                A# 77 309 675
                                                GEO-ICE Detention Center
                                                3130 Oakland St
                                                Aurora, CO 80010- 1525

                                                Tel: (303) 361- 6612

## CERTIFICATE OF SERVICE

I hereby certify that on     01/19/2011  , I sent a copy of the attached motion via US Mail postage pre- paid to the following:-

John P Longshore, Filed Office Director, DHS/ICE

US Department of Homeland Security/ICE

 12445 E Caley St

Centennial, CO 80111

and

Caroline van Barneveldt, Mail Clerk,

 El Paso County Sheriff's Office

2739 E Las Vegas St

Colorado Springs

 CO 80906

Dated:     1/19/2011            Signed: _____

Solomon B Cohen MA (*Cantab*) pro-se
A# 77 309 675