IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-BNB
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2011

GREGORY C. LANGHAM
CLERK

SOLOMON B COHEN, Plaintiff,
pro-se

v.

JOHN P LONGSHORE, Field Office Director
U S Dept of Homeland Security / ICE

CAROLINE VAN BARNEVELDT, MAIL CLERK
EL PASO COUNTY SHERIFF'S OFFICE, COLORADO

__________,

__________,

__________,

__________,

__________,

__________, Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

A. PARTIES

1. SOLOMON BEN-TOV COHEN, A# 77309675, GEO-ICE DETENTION
(Plaintiff's name, prisoner identification number, and complete mailing address)
CENTER, 3130 N. OAKLAND ST AURORA CO 80010-1525

2. JOHN P LONGSHORE, FIELD OFFICE DIRECTOR, DHS/ICE
(Name, title, and address of first defendant)
12445 E. CALEY AVE, CENTENNIAL CO 80111

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE). Briefly explain your answer:

ACTING UNDER COLOR OF FEDERAL LAW

3. CAROLINE VAN BARNEVELDT, MAIL CLERK 05072
(Name, title, and address of second defendant)
EL PASO COUNTY JAIL, CJC, 2739 E. LAS VEGAS ST, COLORADO SPRINGS, CO 80906

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

AND ALSO UNDER COLOR OF FEDERAL LAW

4. ______________________________
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

THIS ACTION FOR DAMAGES ARISES UNDER US CONSTITUTION AMENDMENTS 1, 4, 5, 6 and 14. FEDERAL RULES OF CIVIL PROCEDURE RULES 57 AND 65.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

ICE CONTRACT FACILITY - EL PASO COUNTY JAIL

Plaintiff in this ACTION Solomon Ben-Tov COHEN is suing US CAPITOL POLICE and Representative Henry A Waxman.

Coinciding with US MAGISTRATE JUDGE Craig B Shaffer issuing his Recommendations in that action, Case No '08-cv-02188-LTB-CBS, that CLAIMS AGAINST US CAPITOL POLICE and Rep Waxman NOT be transferred to the VENUE in which the case could proceed, Defendant, MAIL CLERK identified by NUMBER - see Exhibits 5 & 6 REFUSED to issue INDIGENT LEGAL MAIL envelope OR "send mail to this court FOR 14 DAYS". US DISTRICT JUDGE BABCOCK DENIED REQUEST TO FILE LATE, Ex 10.

(Rev. 1/30/07)

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: FALSE IMPRISONMENT FROM 06/01/2008 — 06/19/2009

Supporting Facts:

ON JUNE 19, 2009 (TWO THOUSAND AND NINE) DEFENDANT JOHN P LONGSHORE, SUED AS AN INDIVIDUAL, CANCELLED COHEN'S $3,000 IMMIGRATION BOND. SHOWN AS EXHIBIT I

DEFENDANT, JOHN P LONGSHORE, FALSELY IMPRISONED COHEN BY HOLDING COHEN IN ICE CONTRACT FACILITY:

(1) GEO-ICE DETENTION FACILITY
(2) PARK COUNTY JAIL, STATE OF COLORADO
(3) EL PASO COUNTY SHERIFF'S OFFICE, COLORADO SPRINGS, STATE OF COLORADO.

IN HABEAS CORPUS CASE NO: 1:08-CV-01844-LTB-CBS

IT WAS CLAIMED THAT THIS BOND HAD BEEN REVOKED. THIS WAS A LIE.

COHEN ASKS FOR JURY TRIAL TO AWARD COMPENSATORY, PUNITIVE AND EXEMPLARY DAMAGES.

2. Claim Two: DEFENDANT MAIL CLERK 05072

Supporting Facts: EL PASO COUNTY SHERIFF'S OFFICE DENIED COHEN ACCESS TO US DISTRICT COURT (THIS COURT).

ON ~~JUNE~~ SEPTEMBER 15, 2009, MAIL CLERK 05072 REFUSED TO SEND LEGAL MAIL

SEE EXHIBIT 5

ON SEPTEMBER 22 2009 SAME DEFENDANT REFUSED TO SEND LEGAL MAIL

SEE EXHIBIT 6

ON OR ABOUT SEPTEMBER 22 2009 US MAGISTRATE JUDGE'S RECOMMENDATIONS IN COHEN v WASSMAN, 08-CV-02188-LTB-CBS IN THIS COURT WAS RECEIVED BY COHEN

ON SEPTEMBER 23 2009, GRIEVANCE FILED WITH BOTH JAIL AND ICE WAS DENIED

REFERRED TO IN EX 10

ON OCTOBER 1 2009, MAIL CLERK 05072 AGAIN REFUSED TO SEND ANY LEGAL MAIL, INCLUDING COPY OF RENEWED APPLICATION FOR STAY OF REMOVAL ~~WA~~ REQUIRED TO BE SENT TO ELENA KAGAN US SOLICITOR GENERAL

ON OCT 21 2009 US DISTRICT COURT DISMISSED PLAINTIFF

3. Claim Three: ______________________________

Supporting Facts:

BLANK

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes __ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: MICHAEL B MUKASEY, US ATTORNEY GENERAL
2. Docket number and court name: 1:08-cv-01844-LTB-CBS US DISTRICT COURT FOR THE DISTRICT OF COLORADO
3. Claims raised in prior lawsuit: HABEAS CORPUS
4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): DISMISSED
5. If the prior lawsuit was dismissed, when was it dismissed and why? COURT WRONGLY DECIDED $3,000 IMMIGRATION BOND INVALID
6. Result(s) of any appeal in the prior lawsuit: CASE No 09-1227 PENDING 10th CIRCUIT COURT OF APPEALS

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes __ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes __ No (CHECK ONE).

   NOT REQUIRED OF ICE RE ALIEN DETAINEE — BUT COPY OR REPLY TO GRIEVANCE IS ATTACHED.

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. ON THE FIRST CAUSE OF ACTION, AGAINST DEFENDANT JOHN P LONGSHORE, sued in an individual capacity Mr COHEN ASKS $2,000,000 in COMPENSATORY DAMAGES AND $2,000,000 in PUNITIVE DAMAGES;

2. ON THE SECOND CAUSE OF ACTION AGAINST MAIL CLERK CAROLINE VAN BARNEVELDT sued in an individual capacity, $200,000 in PUNITIVE DAMAGES;

3. TRIAL BY JURY; and reasonable attorneys fees and costs and such relief as the COURT DEEMS APPROPRIATE.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 01/17/2011
(Date)

originally filed 12-08-09

[signature]
(Prisoner's Original Signature)

[signature]

ADRIAN DOMINGUEZ
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 12/10/2013

# ADDITIONAL SHEETS

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

1. Name of Defendants in prior lawsuit: Jason Clemens, Immigration Agent
   Shana Martin, Assistant Chief Counsel
   Department of Homeland Security

4. Docket number and court name: **' 08- cv- 01991-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO

5. Claims raised in prior lawsuit: Making false statement, Perjury
   Civil Rights violations

6. Disposition of prior lawsuit: Dismissed

7. If prior lawsuit was dismissed when was it dismissed and why? *Heck v Humphrey*

8. Result of any appeal in the prior lawsuit: Dismissed without prejudice

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendant in prior lawsuit: Denver County Jail, CO and Chaplain Rev John Scott

2. Docket number and court name: 1:08-cv-00978-ZLW US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:
   i. Denial of kosher food- 1st Amendment violation
   ii. request for additional law library time

4. Disposition of prior lawsuit: Withdrawn/ abandoned

5. If prior lawsuit was dismissed when was it dismissed and why? Denver County Jail granted both after lawsuit was filed and criminal charges dropped. Official reason: failure to notify change of address.

6. Result of any appeal in the prior lawsuit: N/A

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendant in prior lawsuit: Katherine Davis, HSA
   Aurora/ ICE Detention Facility
2. Docket number and court name: **1:08-cv-02089-ZLW**
   US DISTRICT COURT, DISTRICT OF COLORADO
3. Claims raised in prior lawsuit: Denial of medication
4. Disposition of prior lawsuit: Withdrawn after settlement
5. If prior lawsuit was dismissed when was it dismissed and why? N/A
6. Result of any appeal in the prior lawsuit: N/A

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 4

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

| | | |
|---|---|---|
| 1. | Name of Defendants in prior lawsuit: | Hon Henry A Waxman, US Representative US Capitol Police, Ex Sp Agent Fred Busch, |
| 2. | Docket number and court name: | **1:08-cv-02188-LTB-CBS** US DISTRICT COURT, DISTRICT OF COLORADO |
| 3. | Claims raised in prior lawsuit: | False arrest etc |
| 4. | Disposition of prior lawsuit: | Pending |
| 5. | If prior lawsuit was dismissed when was it dismissed and why? | N/A |
| 6. | Result of any appeal in the prior lawsuit: | N/A |

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendants in prior lawsuit: Hodges, Fuller, Prose, Morrissey et al

2. Docket number and court name: **1:08-cv-02806-ZLW** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: Wrongful arrest, malicious prosecution, false imprisonment

4. Disposition of prior lawsuit: Dismissed

5. If prior lawsuit was dismissed when was it dismissed and why? Improperly stated

6. Result of any appeal in the prior lawsuit: Pending

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 6

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1. Name of Defendants in prior lawsuit: Hon James P Vandello et al

2. Docket number and court name: **09-cv-00736-BnB** US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit: Violation of Due Process, defamation

4. Disposition of prior lawsuit: Dismissed

5. If prior lawsuit was dismissed when was it dismissed and why? Failure to Amend

6. Result of any appeal in the prior lawsuit:

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## TABLE OF EXHIBITS

| No | DESCRIPTION | PAGE |
|---|---|---|
| 1 | 01/19/2009 –Notice-immigration bond (3,000) cancelled | |
| 2 | 03/30/2004 Immigration Bond | |
| 3 | 09/03/2009 Received Freedom of Information Act response #NRC2009003667 Filed 01/26/2009 "BOND CONTINUATION MEMO" | |
| 4 | 03/30/2004 USICE letter granting Bond | |
| 5 | 09/15/09 Mail clerk identified as 05072 refused to issue indigent legal mail envelopes or send legal mail claiming recent policy change -policy attached | |
| 6 | [illegible] Mail clerk 05072 refuse to send legal mail | |
| 7 | 09/23/09 Lt Brandt and ICE Deportation Officer Trent Blatt El Paso County Jail refused to send legal mail | |
| 8 | 10/01/09 Mail clerk 05072 refuse send mail to US Solicitor General- original enveloped addressed to Elena Kagan included | |
| 9 | Inmate Account Statement for the period showing Plaintiff indigent | |
| 10 | US District Judge's Order stating that Cohen has failed to file objections to Magistrate's Recommendation. Defendants Rep Waxman and US Capitol Police dismissed effectively with prejudice (time barred) without right of appeal, instead if transfer to Venue where Action should have been brought. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 01/19/2011 , I sent a copy of the attached motion via US Mail postage pre- paid to the following:-

John P Longshore, Filed Office Director, DHS/ICE

US Department of Homeland Security/ICE

12445 E Caley St

Centennial, CO 80111

and

Caroline van Barneveldt, Mail Clerk,

El Paso County Sheriff's Office

2739 E Las Vegas St

Colorado Springs

CO 80906

Dated: 1/192011 Signed: ______________________________

Solomon B Cohen MA (*Cantab*) pro-se
A# 77 309 675