

UNITED STATES POSTAL SERVICE

ATTN: ANDREA
09-cv-01169-LTB-CBS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 FEB -1  AM
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

Alfred A. Arraj United States Courthouse
United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Attorney General<br>Room 5111, Main Justice Bldg.<br>10th and Constitution, N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>JAN 21 2011<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)        ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540