

**U.S. DEPARTMENT OF JUSTICE**

**John F. Walsh**
United States Attorney
District of Colorado

---

Timothy B. Jafek
Assistant United States Attorney
Civil Division

1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, Colorado 80202

(303) 454-0100
(FAX) (303) 454-0400

February 1, 2011

Gregory C. Langham
Clerk, United States District Court
United States Courthouse
Denver, CO 80202

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 3 2011

GREGORY C. LANGHAM
CLERK

Re:   *Cohen v. Longshore*
      Civil Action No. 09-cv-1169-LTB-CBS

Dear Mr. Langham:

    I am writing to bring to your attention an issue regarding service on John Longshore. Although I do not represent Mr. Longshore at this time, I am raising this issue at his request and in an effort to avoid unnecessary disputes regarding service. The Court's order regarding service directed the Clerk of the Court and/or the United States Marshall to attempt to obtain a waiver of service from defendants, including Mr. Longshore. Dkt. No. 46 at 1. However, Mr. Longshore has advised me that he was never asked to waive service of process. Instead, the complaint was mailed to him by certified mail and signed for by someone else. Dkt. No. 48. Mr. Longshore is being sued under *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), Dkt. No. 22 at 3, and, therefore, personal service is required. *Despain v. Salt Lake Area Metro Gang Unit*, 13 F.3d 1436, 1437 (10th Cir. 1994) (personal service required when government employees are sued in their individual capacities). However, Mr. Longshore has informed me that if he were to receive a request for waiver of service under Fed. R. Civ. P. 4(d), he would carefully consider whether to waive personal service. Such a request may be mailed to the address to which the complaint was mailed. If Mr. Longshore agrees to waive personal service under Fed. R. Civ. P. 4(d), that would probably avoid disputes regarding service.

Sincerely,

*s/ Timothy B. Jafek*
Timothy B. Jafek

cc:   Solomon B. Cohen
      #77 309 675
      Denver Contract Detention Facility
      3130 North Oakland Street
      Aurora, CO 80010