IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**AMENDED CERTIFICATE OF MAILING FOR DOCUMENT 46
ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

Civil Action No. 09-cv-01169-LTB-CBS

Solomon Ben-Tov Cohen
Reg. No. 77 309 675
GEO/ICE Processing Center
3130 North Oakland Street
Aurora, CO 80010

US Marshal Service
Service Clerk
Service forms for: John Longshore, District Director

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on John Longshore: AMENDED COMPLAINT FILED 12/10/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _2/4/11_.

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,

v.

JOHN P. LONGSHORE, and
CAROLINE VAN BARNEVELDT, Mail Clerk, El Paso County Sheriff's Office,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2011

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Amended Complaint (Doc. # 22). Pursuant to the Order of Reference dated January 12, 2011 (Doc. # 43), this case was referred to the Magistrate Judge. On May 22, 2009, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). On December 17, 2011, the case was reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on December 13, 2010. (*See* Docs. # 39 and # 38). Accordingly,

    IT IS ORDERED that, as appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (doc. # 22) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendants shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 14th day of January, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01169-LTB-CBS

Solomon Ben-Tov Cohen
Reg. No. 77 309 675
GEO/ICE Processing Center
3130 North Oakland Street
Aurora, CO 80010

US Marshal Service
Service Clerk
Service forms for: Caroline Van Barneveldt

John Longshore, District Director - **CERTIFIED**
US Department of Homeland Security/ICE
12445 E. Caley Street
Centennial, CO 80111

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


　　　I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Caroline Van Barneveldt; to John Longshore; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 12/10/09, SUMMONS, AND  NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _2/4/11_ .

GREGORY C. LANGHAM, CLERK

By:_____
　　　　　　　　　　　　Deputy Clerk