U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 FEB -4  AM 10: 55

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Solomon Ben-Tov Cohen | 09-cv-01169-LTB-CBS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Caroline Van Barneveldt, et al. | S/C |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Caroline Van Barneveldt, Mail Clerk – El Paso County Sheriff's Office

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
2739 E. Las Vegas Street, Colorado Springs, CO 80906

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Solomon Ben-Tov Cohen #77 309 675
GEO/ICE Processing Center
3130 North Oakland Street
Aurora, CO 80010

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

## PERSONAL SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
Deputy Clerk  [signature]

__X__ PLAINTIFF
____ DEFENDANT

TELEPHONE NUMBER: 303-844-3433
DATE: 1/14/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 013 | District to Serve No. 013 | Signature of Authorized USMS Deputy or Clerk [signature] Burns | Date 1-18-2011 |

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, __✓__ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*
LISA TOWE
COURT LIAISON

____ A person of suitable age and discretion then residing in the defendant's usual place of adobe.

Address *(complete only if different than shown above)*
101 W. COSTILLA ST
COL SPGS, CO 80903

Date of Service: 01/25/2011
Time: 11:20  am

Signature of U.S. Marshal or Deputy  [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55.00 | $1.53 | | $56.53 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)