**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-01169-LTB-CBS

SOLOMON BEN-TOV COHEN,

      Plaintiff,

v.

JOHN P. LONGSHORE, and
CAROLINE VAN BARNEVELDT, Mail Clerk, El Paso County Sheriff's Office,

      Defendants.

## ENTRY OF APPEARANCE

To:  Clerk of the United States District Court for the District of Colorado.

    You are hereby requested to enter my appearance as counsel for Defendant Caroline Van Barneveldt, Mail Clerk, El Paso County Sheriff's Office ("County Defendant") in the above-entitled action, pursuant to D.C.COLO.LCivR. 11.1(A).

    Dated this 8th day of February, 2011.

                                                Respectfully submitted,

                                                s/  Lori L. Seago
                                                Lori L. Seago
                                                Assistant County Attorney
                                                Office of the County Attorney
                                                of El Paso County, Colorado
                                                27 E. Vermijo Avenue
                                                Colorado Springs, CO 80903
                                                (719) 520-6485, Fax: (719) 520-6487
                                                loriseago@elpasoco.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2011, I electronically filed the foregoing with the Clerk of Court and I certify that I have served the foregoing document to the following non-CM/ECF participant via U.S. Mail, postage prepaid, this 8th day of February, 2011:

    Solomon Ben-Tov Cohen
    Reg. No. 77 309 675
    GEO/ICE Processing Center
    3130 N. Oakland St.
    Aurora, CO 80010

                                             s/  Edi Anderson