**SOLOMON B COHEN**

C/O RENEE COHEN
55A OAKDALE ROAD
LONDON E11 4DJ
UNITED KINGDOM

Tel: (07594) 232137

Email: solomoncohen160@gmail.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2011

GREGORY C. LANGHAM
CLERK

Clerk of the Court
US District Court
901 19th St
Room A-105
Denver
CO 80294
USA

Re: Cohen v Longshore, Case No 09-cv-01169-LTB-CBS ✓

and

<u>In re: Cohen</u> Case no not known  11-cv-00359

02/21/2011

Dear Clerk of the Court:

CHANGE OF ADDRESS NOTIFICATION

Please note my new address and contact details as above.

Thank you for your attention.

Sincerely

[signature]

**Solomon B Cohen** MA(*Cantab*)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ECF REGISTRATION FOR - PRO SE

To register for an account on this court's Electronic Case Filing System (ECF), please complete the following information.

Pending case number: 09-cv-01169-LTB-C

First Name: SOLOMON

Middle Name: BEN-TOV

Last Name: COHEN

Address1: 55A OAKDALE RD

Address2: _____

City: LONDON   State: UK   Zip: ~~NW11~~ E11 4DJ

E-mail1: cohensb1@aol.com
For the purpose of filing confirmations and issuance of ECF login credentials

E-mail2: (optional) _____

---

Complete this box **ONLY** if this is a reactivation of an existing pro se ECF account:

Current ECF Login: _____

Reason for reactivation: (check one):

New case ☐     New Case # _____
Withdrawal of attorney ☐

---

Phone number: +44 7594 232137 ~~44 20 8201-9000~~ SBC.

---

The undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5 and 77 via the Court's electronic filing system. The undersigned certifies that he/she has read and is familiar with the rules of practice and the Electronic Case Filing Procedures governing electronic filing, which may be found on this website. The undersigned consents that use of the undersigned's login and password when filing papers and pleadings will serve as their signature pursuant to and for the purposes of Fed.R.Civ.P. 11. You agree that all transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil events of the ECF system.  By signing this form, you certify that you have a PACER account. Visit the PACER website at http://pacer.psc.uscourts.gov to establish a PACER account.

---

The information contained in this box will be maintained confidentially, and is necessary for security/confirmation purposes.

Last four digits of SSN: 6336

Mother's maiden name: ACCO

CM/ECF Password: MagnaC12

Place mouse over password box for more information on password rules.

---

Mail Completed Form to:

Clerk, United States District Court
Electronic Filing Registration
901 19th Street, Room #A105
Denver, Colorado 80294-3589

---

I accept the above rules and guidelines.

Signature: [signature]   Date: 02/16/2011

FOR COURT USE ONLY:

APPROVED: _____   DISAPPROVED: _____

Judicial Officer _____   Date _____