| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|
| PLAINTIFF<br>Solomon Ben-Tov Cohen | COURT CASE NUMBER<br>09-cv-01169-LTB-CBS |
| DEFENDANT<br>John Longshore, et al., | TYPE OF PROCESS<br>S/C |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 FEB -7 PM 12:03
GREGORY C. LANGHAM
CLERK

2011 MAR -2 AM 11:24
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| John Longshore, District Director, US Department of Homeland Security/ICE |
| ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>12445 E. Caley Street, Centennial, CO 80111 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>Solomon Ben-Tov Cohen   #77 309 675<br>GEO/ICE Processing Center<br>3130 North Oakland Street<br>Aurora, CO 80010 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>2/4/11 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 013 | District to Serve<br>No. 013 | Signature of Authorized USMS Deputy or Clerk | Date<br>2-4-2011 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>01 MAR 11 | Time<br>1050 | am / pm |
| | Signature of U.S. Marshal or Deputy<br>Tony ____ | | |

| Service Fee<br>55.00 | Total Mileage Charges<br>(including endeavors)<br>24 miles = $12.24 | Forwarding Fee<br>— | Total Charges<br>$67.24 | Advance Deposits | Amount owed to U.S. Marshal or<br>$67.24 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  - Successful endeavor w/ Mr. Longshore @ ICE office on 1 MAR 11.

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|