Case 1:09-cv-01169-LTB-CBS Document 60 Filed 03/10/11 USDC Colorado Page 1 of 2



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 10 2011
GREGORY C. LANGHAM
CLERK

Solomon B. Cohen
#77309675
DCDF
3130 North Oakland Street
Auror...
ll..l.ll.

09-cv-1169LTB # 58

NIXIE    802    9E 1    78    03/08/11
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 80294250099    *0920-02608-03-41

1STRIKE

## Orders on Motions
1:09-cv-01169-LTB -CBS Cohen v. Longshore et al
ALLMTN, REOPEN

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 3/3/2011 at 11:20 AM MST and filed on 3/3/2011
**Case Name:**        Cohen v. Longshore et al
**Case Number:**      1:09-cv-01169-LTB -CBS
**Filer:**
**Document Number:** 58

**Docket Text:**
**ORDER granting [49] Plaintiff's Motion to Amend the Complaint by Magistrate Judge Craig B. Shaffer on 3/3/2011.(erv, )**

**1:09-cv-01169-LTB -CBS Notice has been electronically mailed to:**

Lori Lynn Seago   loriseago@elpasoco.com, edithanderson@elpasoco.com

**1:09-cv-01169-LTB -CBS Notice has been mailed by the filer to:**

Solomon B. Cohen
#77 309 675
Denver Contract Detention Facility
3130 North Oakland Street
Aurora, CO 80010

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/3/2011] [FileNumber=2878428-0]
[608ddaeb3dab5d2027ab99d37ed4818ec58475852fc08446931f443c79927205472f
b8b8f7daa2ae28e8b0bc537194d250f3b0b116930bebbcf5c744cb91dd49]]