IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-LTB-CBS

SOLOMON BEN-TOV COHEN,

    Plaintiff,

v.

JOHN P. LONGSHORE, Field Office Director U.S. Dept. Of Homeland Security/ICE, and
CAROLYN VAN BARNEVELDT, Mail Clerk El Paso County Sheriff's Office, Colorado,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Timothy B. Jafek, Assistant United States Attorney, and enters his appearance as counsel for John P. Longshore in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

DATED April 6, 2011

Respectfully Submitted,

JOHN F. WALSH
United States Attorney

s/ *Timothy B. Jafek*
TIMOTHY B. JAFEK
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0407
timothy.jafek@usdoj.gov

1

Counsel for John P. Longshore

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 6, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

loriseago@elpasoco.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Solomon B. Cohen (by mail)
c/o Renee Cohen
55A Oakdale Road
London E11 4DJ
United Kingdom

*s/ Timothy B. Jafek*
TIMOTHY B. JAFEK