**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.1: 09-cv-01169-LTB-CBS

SOLOMON B COHEN

       Plaintiff

v

JOHN P LONGSHORE, Field Office Director DHS/ICE

       and

CAROLINE VAN BARNEVELDT, El Paso County Sheriff's Office

       Defendants

_____

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**
_____

Plaintiff Solomon B Cohen pro-se, hereby requests a 60-day extension of time to file Plaintiff's Response to the Defendant's Motion to Dismiss until June 17, 2011. Cohen contacted the Defendant's representative and the Defendant Carline van Barneveldt opposes this motion.

On March 3 2011, Court issued Order (dkt 58) that Cohen file response to Van Barneveldt's Motion to Dismiss. The current deadline for the Plaintiff' to file his Response to the Defendant's Motion to Dismiss is April 18 2011. An extension of time is necessary for several reasons. Cohen needs additional time to find counsel to represent him.

1

Cohen is assembling responsive documents and affidavits for the response to the Motion. The Defendant's Motion included several claims which need to be researched and responded to. However, because the Motion is filed prior to discovery commencing, let along completing, Cohen are forced to obtain responsive documents through other means such as FOIA requests. The requested documents are vital to preparing an appropriate response to the Defendant's Motion to Dismiss.

Given the Defendant's denial of allegations, Cohen is also researching and deciding whether to request that the court allow limited discovery to the Cohen in order to respond to the Defendant's Motion. Finally, lack of Adderall medication in the UK for treatment of Cohen's ADHD, limit the ability to prepare the response.

Given the critical nature of the pending Motion to the instant case, Cohen should be given every opportunity to prepare a thorough response. For all of the foregoing reasons which constitute good cause, the Judge should grant the Plaintiff's Unopposed Motion for Extension of Time for Opposition to Defendant's Motion to Dismiss.

VERIFICATION By his signature below, undersigned verifies that the foregoing is true and correct to the best of his knowledge, information, and belief.

Dated: April 17 2011                              Respectfully Submitted,

                                                  *s/ S B Cohen*_____

                                                  Solomon B Cohen MA(*Cantab*) pro-se

                                                  c/o Renee Cohen
                                                  55A Oakdale Road
                                                  London
                                                  E11 4DJ
                                                  United Kingdom

                                                  Tel: +44 7594 232137
                                                  Email: solomoncohen160@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on April 17, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

      loriseago@elpasoco.com

      timothy.jafek@usdoj.gov


                                                 *s/ S B Cohen*
                                                 SOLOMON B COHEN
                                                 solomoncohen160@gmail.com