**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-CV-01169-LTB-CBS

SOLOMON BEN-TOV COHEN,

      Plaintiff,

v.

JOHN P. LONGSHORE, and
CAROLINE VAN BARNEVELDT, Mail Clerk, El Paso County Sheriff's Office

      Defendants.

---

**DEFENDANT CAROLINE VAN BARNEVELDT'S OBJECTION TO
PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION TO DISMISS (DOC. NO. 62)**

---

      **COMES NOW** Defendant, Caroline Van Barneveldt, in her individual capacity, and hereby opposes Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.

      Mr. Cohen asserts that he needs more time to assemble documents and affidavits to respond to the several claims included in Ms. Van Barneveldt's motion.  (Doc. No. 67, p. 2).  To the contrary, Ms. Van Barneveldt's Motion to Dismiss contains one simple, straightforward argument:  that Mr. Cohen did not allege any facts to support his request for relief.  (Doc. No. 59, p. 4).  Mr. Cohen's claim against Ms. Van Barneveldt has been pending unchanged for nearly one and a half years; requests for more time to gather additional facts to support that claim are disingenuous at best.  Ms. Van Barneveldt also asserts that Mr. Cohen has had ample opportunity to obtain counsel in this matter.

**WHEREFORE**, Defendant Caroline Van Barneveldt respectfully requests this Honorable Court to deny Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, to grant Defendant Caroline Van Barneveldt's Motion to Dismiss Third Amended Complaint, and to dismiss all claims against her with prejudice.

**RESPECTFULLY** submitted this 18th day of April, 2011.

By:   s/  Lori L. Seago
Lori L. Seago
Assistant County Attorney
Office of the County Attorney
of El Paso County, Colorado
27 E. Vermijo Avenue
Colorado Springs, CO 80903
(719) 520-6485
Fax: (719) 520-6487
Email: loriseago@elpasoco.com
*Attorney for C. Van Barneveldt*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I have served the foregoing document to the following non-CM/ECF participants via U.S. Mail, postage prepaid, this 18th day of April, 2011:

Solomon B. Cohen
c/o Renee Cohen
55A Oakdale Road
London E11 4DJ
UK

John Longshore, District Director
US Department of Homeland Security/ICE
12445 E. Caley St.
Centennial, CO 80111

  s/   Edi Anderson