

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT
4420 North Fairfax Drive
Arlington, VA 22203

## ORDER OF REMOVAL

### SECTIONS 217 AND 237

To:   Solomon Ben-Tov COHEN                                       A77 309 675

Having determined that:

1) You are neither a citizen nor a national of the United States;

2) You were admitted to the United States on June 21, 2002, at Los Angeles, California, under Section 217 of the Immigration and Nationality Act, and authorized to remain until September 20, 2002;

3) You have violated the conditions of that admission in that

   a) **Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted;**

4) You have waived your right to contest any action for removal, except to apply for asylum, having been admitted under Section 217 of the Immigration and Nationality Act,

by virtue of the authority vested in the Secretary of the Department of Homeland Security, and in me as his delegate, by the laws of the United States,

I HEREBY ORDER that you be deported from the United States of America.

_____ (Signature)          11/26/03 (Date)

N Hem, Deputy Field Direct, (Name and Title)          Arlington, VA (Place)

Alien Served in person
11/26/03 WASI DRO I FDC   Ex. 2

U.S. Department of Homeland Security
4420 N. Fairfax Drive
Arlington, VA 22203



U.S. Immigration
and Customs
Enforcement

NOV 2 6 2003

Mr. Solomon Ben-Tov COHEN
A77 309 675
c/o DHS/ICE, 4420 N. Fairfax Drive
Arlington, Virginia 22203

Dear Mr. COHEN:

**This is a warning. Please read carefully.**

You have waived your right to contest any action for removal, except to apply for asylum, having been admitted under Section 217 of the Immigration and Nationality Act.

It has been ordered that you be deported to the United Kingdom because you have remained in the United States beyond the date authorized under the Visa Waiver Program. You will be informed when departure arrangements are complete. If needed, we will assist you as much as possible arranging your personal affairs for departure.

Should you wish to return to the United States you must write this office or the American Consular Office nearest your residence abroad as to how to obtain permission to return after deportation. By law (Title 8 of United States Code, Section 1326), any deported person who within five years returns without permission is guilty of a felony. If convicted, he/she may be punished by imprisonment of two to twenty years and/or a fine of not more than $250,000.00.

Due to your violation of the terms of the Visa Waiver Program, you may not again be admitted to the United States under the Visa Waiver Program. Please keep this letter and refer to the above file number when writing to this office.

Sincerely,

John Connolly
Assistant Special Agent in Charge

www.dhs.gov

Ex. 2

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Custody Determination

Solomon Ben-Tov COHEN   AKA: COHEN, SOLOMON MICHAEL SAMUEL

C/O DHS/ICE, 4420 N. FAIRFAX DRIVE
ARLINGTON, VA 22203

Case No: WAS0411000615
File No: A077 309 675
Date: 11/26/2003

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

- ☒ detained in the custody of this Service.
- ☐ released under bond in the amount of $_____.
- ☐ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.

☒ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

JOHN CONNOLLY
(Signature of authorized officer)

ASST. SPECIAL AGENT IN CHARGE
(Title of authorized officer)

Alexandria, VA
(INS office location)

☐ I do  ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

Served on alien 11/24/03 WAS/DRO/HQC
alien very disruptive
(Signature of respondent)                                    (Date)

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge   ☐ District Director   ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.   ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.           ☐ Release-Personal Recognizance
☐ Bond amount reset to _____.         ☐ Other: _____

(Signature of officer)

Form I-286 (Rev. 4-1-97)N

Ex. 2

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: WAS0411000615
File No. **A077 309 675**
Date: **November 26, 2003**

To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:

From evidence submitted to me, it appears that:
**Solomon Ben-Tov COHEN AKA: COHEN, SOLOMON MICHAEL SAMUEL**
(Full name of alien)

an alien who entered the United States at or near **Los Angeles, California** on
(Port)

**June 21, 2002** is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)
**JOHN CONNOLLY**
(Print name of official)

**ASST. SPECIAL AGENT IN CHARGE**
(Title)

---

### Certificate of Service

Served by me at **Arlington, Virginia** on **November 26, 2003** at **12:00 AM**.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

**CINDY YANG**
(Signature of officer serving warrant)

**SPECIAL AGENT**
(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

Ex. 2