# U.S. Department of Justice
Immigration and Naturalization Service

## Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle |
|---|---|---|
| COHEN, | Solomon | Ben-Tov |

| Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|
| M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number |
|---|---|---|
| UNITED KINGDOM | 703061678 | Case No: WAS0411000615  A077 309 675 |

| Height | Weight | Occupation |
|---|---|---|
| 71 | 170 | |

**U.S. Address**
C/O DHS/ICE, 4420 N. FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203

Scars and Marks: See Narrative

**Date, Place, Time, and Manner of Last Entry**
06/21/2002, Unknown Time, LOS, BY AIR

Passenger Boarded at:

F.B.I. Number: [redacted]

☐ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated

**Number, Street, City, Province (State) and Country of Permanent Residence**

Method of Location/Apprehension: PI 518.3

| Date of Birth | Date of Action | Location Code |
|---|---|---|
| [redacted]/1960  Age: 42 | 11/26/2003 | WAS/WAS |

| At/Near | Date/Hour |
|---|---|
| Washington, DC | 11/25/2003  0000 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ |
|---|---|---|---|---|
| LONDON, ENGLAND, UNITED KINGDOM | | | | |

By: CINDY YANG

| NIV Issuing Post and NIV Number | Social Security Account Name |
|---|---|

Status at Entry: Visa Waiver Program
Status When Found: TRAVEL/SEEKING

| Date Visa Issued | Social Security Number [redacted] |
|---|---|

Length of Time Illegally in U.S.: OVER 1 YEAR

**Immigration Record:** POSITIVE - See Narrative
**Criminal Record:** See narrative

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children: UNKNOWN

**Father's Name, Nationality, and Address, if Known** Nationality: UNITED KINGDOM
COHEN, Armand Simon

**Mother's Present and Maiden Names, Nationality, and Address, if Known**
ACCO, Leonie
Nationality: UNITED KINGDOM

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks: See Narrative | Charge Code Word(s) |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to |
|---|---|---|---|

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

OTHER ALIASES KNOWN BY
COHEN, SOLOMON MICHAEL SAMUEL

SCARS, MARKS AND TATTOOS
None Visible

INS SYSTEMS CHECKS
Central Index System Positive
National Crime Information Center Positive
Non Immigrant Information System Positive

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by YANG

PREDICATION: SUBJECT was referred by the U.S. Capitol Police on 11/25/2003. SUBJECT had been sending inappropriate e:mails to Rep. Waxman from CA and had come to DC to demand an appointment with him. SAs Yang and Schwab took custody of SUBJECT after determining alienage and deportability.

BEFORE/AT ENTRY: SUBJECT has entered the U.S. on dozens of occasions. On 05/14/2000, SUBJECT attempted entry at LAX but withdrew his application for admission after stating,

Alien has been advised of communication privileges. ___ (Date/Initials)

CINDY YANG
SPECIAL AGENT
(Signature and Title of INS Official)

**Distribution:**
Alien File
Stats
Intel

Received: (Subject and Documents) (Report of Interview)
Officer: CINDY YANG
on: November 26, 2003 at 0825

Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: MANUEL WILKS

Ex. 3

Form I-213(Rev.4/1/97)Y

| U.S. Department of Justice  Immigration and Naturalization Service | | Continuation Page for Form | I-213 |
|---|---|---|---|
| Alien's Name  COHEN, Solomon Ben-Tov | File Number  Case No: WAS0411000615  A077 309 675 | Date  11/26/2003 | |

in a sworn statement, that he was a user of crystal meth. SUBJECT last entered the U.S. on 06/21/2002 at LOS under the Visa Waiver Program.

CRIMINAL RECORD: SUBJECT has a warrant for his arrest out of San Diego, CA for an offense relating to dangerous drugs; on 10/02/2003, Capitol Police confirmed that the warrant was still active but determined that extradition was available only for CA. SUBJECT has the following criminal record in the U.S.: arrest on 04/17/2000 in San Francisco, CA for disorderly conduct/under the influence of a drug; arrest on 07/06/2003 in San Diego, CA for possession of a controlled substance, DUI/drugs, and being under the influence of a controlled substance; arrest on 07/18/2003 in Santa Ana, CA for possession of a controlled substance; and arrest on 09/02/2003 in Salt Lake City, UT for felony fleeing.

AFTER ENTRY: SUBJECT has recently been living in NYC at 43 East 20th Street, 2nd Floor. SUBJECT claimed to have various psychiatrists and medical doctors. SUBJECT was attempting to meet with Rep. Waxman to discuss a conspiracy aimed at taking away $5 million of SUBJECT's funds. A cursory review of SUBJECT's e:mails and letters indicated that SUBJECT also believed that the New York mafia was involved in harassing him.

OTHER: SUBJECT was either unwilling or unable to engage in normal conversation. SUBJECT spoke unceasingly about various paranoid delusions, and he expressed indignation that someone as wealthy and educated as he was could be arrested and placed in jail. SUBJECT admitted that he had, on at least one occasion, been involuntarily taken to a psychiatric facility, but he claimed that he was released after three days because the doctors found nothing wrong with him. SUBJECT claimed to have a lymphatic problem that necessitated his taking a methamphetamine derivative. SUBJECT asserted that his doctor in the U.K. had told him that the only place he could receive proper treatment for his condition was in the U.S.

SUBJECT made no claim of U.S. citizenship. SUBJECT claimed that he had contacted an immigration attorney in order to obtain permanent resident status, but CLAIMS is negative. Furthermore, having entered under the Visa Waiver Program, SUBJECT is ineligible for adjustment. It is noted that SUBJECT now has more than one year of unlawful presence in the U.S.

| Signature  CINDY YANG | Title  SPECIAL AGENT |
|---|---|

2 of 2 Pages

Ex. 3