

U.S. Department of Homeland Security
4420 North Fairfax Drive
Arlington, Virginia 22203

*Detention & Removal Operations*



U.S. Immigration
and Customs
Enforcement

March 30, 2004

Ms. Nadia Ezzelarab, Esq.
4001 N. Ninth Street Suite 222
Arlington, VA 22203
Fax (703) 243-1494

Re: Solomon B. Cohen
Parole Request, A# 77 309 675

Dear Ms. Ezzelarab:

    I have considered your request for the release of Mr. Solomon B. Cohen from BICE custody.

    A review of the case indicates that Mr. Cohen is a citizen of the UK, and a Visa Waiver overstay in the United States. Mr. Cohen was apprehended and detained by ICE investigators, after a referral by the U.S. Capital Police. A Notice of Referral to the Immigration Judge (Form I-863) was issued and served on the court. Mr. Cohen has an asylum claim pending with the Immigration Court in Arlington, Virginia.

    The decision to release, or parole an individual from detention is discretionary. Under policy, however, an individual is statutorily eligible for parole and should generally be paroled whenever the individual can establish he or she is likely to appear for all hearings or other immigration matters and that he or she poses no danger to the community. Due to his emergent medical condition and need to be treated for his apparent re-occurring cancer, I have considered your request. Your request for the release of Mr. Cohen is granted after posting a $3,000 bond. Mr. Cohen is hereby ordered to attend his next hearing on 4/23/04 at the Washington, Arlington, Virginia Immigration Court.

Sincerely,

Neil Acri
Interim Deputy Field Director
Washington Field Office

www.ice.gov

Ex. 4