U. S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0085

# Immigration Bond

Power No. _____

(Bonded Alien) File No. A77 309 675
Bond Receipt No. WAS-11,110

**A. Name of Obligor:** NADIA EZZELARAB
Street address of Obligor: 4001 NORTH 9TH STREET, SUITE 222
City, State and Zip Code: ARLINGTON, VA 22203
Telephone: (703) 248-1586
Name of Agent/Co-Obligor (if any-Surety Bonds only): _____
Address (if different from that of Obligor): _____
Telephone: _____
Address to use for notice purposes: ☑ Obligor  ☐ Agent  ☐ Both
If this is executed by a surety company the rate of premium is: _____ and the amount of premium is: _____
The name and address of the person who executed a written instrument with the surety company requesting it to post bond is

**B.** Information about alien for whom bond is furnished: Name: COHEN, SOLOMON BEN-TOV
Current Location (i.e., where detained): WASHINGTON FIELD OFFICE
Date and country of birth: 12/04/1960 / UK       Nationality: UK
Date, port and means of arrival in the United States: 06/21/2002, LOS, WT
Alien to reside at: 132 EXETER STREET, BROOKLYN, NY
Telephone number at alien's residence: (718) 646-1267

**C.** In consideration of the facts recited in paragraph or paragraphs herein numbered ONE and captioned "BOND CONDITIONED UPON THE DELIVERY OF AN ALIEN' (and in any rider or riders lettered NONE and captioned NONE, the above named obligor and the agent acting on its behalf (if any), by subscribing hereto, hereby declare that they are firmly bound unto the United States in the sum of THREE THOUSAND dollars ($ 3000.00) unless the guarantee of the bond is that the alien shall not become a public charge, the obligor, and the agent acting on its behalf (if any), declare themselves bound in such amount or successive amounts as are prescribed in paragraph (G-2) herein as liquidated damages and not as penalty, which sum is to be paid to the United States immediately upon failure to comply with the terms set forth in any such paragraph or rider. The obligor and agent further agree that any notice to him/her in connection with this bond may be accomplished by mail, directed to him/her at the above address. The obligor acknowledges receipt of a copy of the executed bond and any attached rider or riders specified above.

**D.** Signed and sealed this 30TH day of MARCH / 2004
(Month/Year)
X _____ _____
(Signature of Obligor)                (Signature of Agent (if any))

**E.** Bond approved and accepted at ARLINGTON, VIRGINIA on 03/30/2004    NEIL R. ACRI
(City and State)                      (Day)       (District Director)

**F.** Surety Company _____ Taxpayer Identification Number _____
Agent-Bonding Company _____ Taxpayer Identification Number _____
Obligors-Cash/Treasury Bond NADIA EZZELARAB Taxpayer Identification Number 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

31 U.S.C. 7701(c)(1) requires each person doing business with a federal government agency to furnish that agency such person's taxpayer identification number. It is the intent of the INS to use such number for purposes of collecting and reporting information on any delinquent accounts arising out of such person's relationship with the Government. The obligor, surety, or agent must furnish its Taxpayer Identification Number (TIN) to INS. Failure to furnish the TIN will result in a refusal of the bond.

This copy is to be retained by the obligor.

Form I-352 (Rev. 06/23/00)Y Page 1
Ex. 5

| U. S. Department of Justice | OMB No. 1115-0085 |
|---|---|
| Immigration and Naturalization Service | **Immigration Bond** |

(Bonded Alien) File No. A77 309 675

Bond Receipt No. WAS-11,110

### H. PLEDGE AND POWER OF ATTORNEY FOR USE WHEN UNITED STATES BONDS OR NOTES ARE DEPOSITED AS SECURITY.

I hereby pledge the United States Bond/Notes described in the following schedule as security for the performance and fulfillment of the obligations described in paragraph C above in accordance with 6 U.S.C. 15, 31 CFR part 225, and Treasury Department Circular 154. I appoint the Attorney General of the United States as my attorney to collect, sell, assign, and transfer said United States Bond or Note. In the case of any default in performance of conditions herein, my attorney shall have the power to collect without appraisal or valuation notice, and to apply the proceeds to the satisfaction of any damages, demands, or deficiencies arising from such default. I waive my right to redeem this security.

| Title of Bond/Notes | Coupons Attached | Face Value | Interest Rate | Serial No. | Interest Dates |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*(Affix Seal Here if Required)*

_____
*(Signature of Person Pledging Bonds or Notes)*

### I. PLEDGE AND POWER OF ATTORNEY FOR USE WHEN CASH IS DEPOSITED AS SECURITY.

I hereby pledge the amount of THREE THOUSAND DOLLARS ($ 3,000.00) United States currency as security for the performance and fulfillment of the obligations described in paragraph C above. I appoint the Attorney General of the United States as my attorney to collect or to assign and transfer the said sum of money. I agree that, in case of default in the performance of any of the conditions herein to which I have subscribed, said attorney shall have full power to collect said sum of money or any part thereof or to assign and transfer said sum or any part thereof deemed appropriate by said attorney to the satisfaction of any damages, demands, or deficiencies arising by reason of such default. I further empower said attorney, in the event all the conditions herein to which I have subscribed have been complied with and the bond is canceled, to deliver the said sum of money plus any interest accrued thereon, to me at my risk and expense by such means as said attorney shall select.

*(Affix Seal Here if Required)*

_____
*(Signature of Person Pledging Cash)*

### J. Before me, within the county/city/parish of ARLINGTON in VIRGINIA,

the above named individual personally appeared before us, acknowledges the execution of the foregoing power of attorney, and deposited the security described above. Witness our hands this 30TH day of MARCH, 2004.

_____
*(Signature)*

_____
*(Signature)*

DEPORTATION OFFICER
*(Title)*

DEPORTATION OFFICER
*(Title)*

This copy is to be retained by the obligor.

Form I-352 (Rev. 06/23/00)N Page 5

Ex. 5