IMMIGRATION COURT
901 NORTH STUART ST., STE.1300
ARLINGTON, VA  22203

In the Matter of

COHEN, SOLOMON BEN-TOY
    Respondent

Case No.: A77-309-675

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on ~~Mar 31~~ July 22, 2005. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[X] The respondent was ordered removed from the United States to United Kingdom or in the alternative to .

[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to   or in the alternative to .

[ ] Respondent's application for voluntary departure was granted until 2/13/2004 1:00:00 AM upon posting a bond in the amount of $ _____ with an alternate order of removal to .

[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for withholding of removal was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1)  ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's application for a waiver under section _____ of the INA was ( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section _____ of the INA was ( )granted ( )denied ( )withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a _____ until _____.

[ ] As a condition of admission, respondent is to post a $ _____ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper notice.

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[ ] Other: July 22
Date: ~~Mar 31,~~ 2005
Appeal: Waived/Reserved     Appeal Due By:

_____
~~JOHN MILO BRYANT~~ Garry Malphrus
Immigration Judge

Ex. 6