Department of Homeland Security
Immigration and Customs Enforcement

**Notice to Obligor to Deliver Alien**

Date: 4/12/2007

[XXX] To Obligor

File No: A77 309 675

[ ] To Alien (See reverse of Form)

Name(s) of Alien: COHEN, Solomon Ben-Tov

Nadia Ezzelarab
4001 N. 9th Street, Suite 222
Arlington, VA 22203

To Obligor:

Under the terms of the bond you posted for release of the above alien(s), the Immigration and Customs Enforcement is making demand upon you to surrender the above alien(s):

[ ] For a hearing at:
Date:
Time:
Place:

[ ] For an interview at:
Date:
Time:
Place:

[XXX] For deportation or exclusion at:
Date: May 29, 2007
Time: 10:00 AM
Place: 2675 Prosperity Avenue, Fairfax, VA 22031
(800) 375-5283

**Warning:** Failure to surrender the alien(s) in accordance with this demand will result in BREACHING THE BOND and its FORFEITURE TO THE GOVERNMENT.
(703) 285-6200

Very truly yours,

*Mary F. Loiselle* (signature)

Mary F. Loiselle
Field Office Director

---

**CERTIFICATE OF SERVICE**

This order and notice was served by me at _Fairfax_ on _4/12/2007_
(Location)                                       (Date)

at _12:00 p.m._ am/pm in the following manner:  Certified Mail

(Signature of Officer/Employee)                   Deportation Assistant
                                                  (Title of Officer/Employee)

Form I-340 (Rev. 5-02-95)N

Ex. 7