**Department of Homeland Security**
Immigration and Customs Enforcement

**Notice to Obligor to Deliver Alien**

Date: 7/16/2007

[XXX] To Obligor

File No: A77-309-675

[ ] To Alien *(See reverse of Form)*

Name(s) of Alien: Cohen, Solomon Ben-Tov

Nadia Ezzelarab
4001 North 9th Street, Suite 222
Arlington, VA  22203

**To Obligor:**

Under the terms of the bond you posted for release of the above alien(s), the Immigration and Customs Enforcement is making demand upon you to surrender the above alien(s):

[ ] For a hearing at:
Date:
Time:
Place:

[ ] For an interview at:
Date:
Time:
Place:

[XXX] For deportation or exclusion at:
Date: August 20, 2007
Time: 9:00 AM
Place: 2675 Prosperity Avenue, Fairfax, VA 22031

*Warning:* Failure to surrender the alien(s) in accordance with this demand will result in BREACHING THE BOND and its FORFEITURE TO THE GOVERNMENT.

Very truly yours,

Mary F. Loiselle
Field Office Director

**CERTIFICATE OF SERVICE**

This order and notice was served by me at ___Fairfax___ on ___7/16/2007___
*(Location)* *(Date)*

at __12:00 p.m.__ am/pm in the following manner: Certified Mail

*(Signature of Officer/Employee)*

Deportation Assistant
*(Title of Officer/Employee)*

Certified Article Number 7160 3901 9849 8073 4005
SENDERS RECORD

Form I-340 (Rev. 5-02-95)N

Ex. 8