UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
ARLINGTON, VIRGINIA

IN THE MATTER OF: ) IN REMOVAL PROCEEDINGS
)
COHEN, Solomon Ben-Toy )
Respondent. ) File No.: A#77-309-676
)

**MOTION:**  Motion to Reopen

**APPEARANCES**

ON BEHALF OF RESPONDENT:
Cohen, Solomon Ben-Toy, PRO SE INMATE
Denver County Sheriff's Department
P. O. Box 1108
Denver, Colorado 80201

ON BEHALF OF THE DHS:
Adam Goldman, Esquire.
Department of Homeland Security
901 N. Stuart Street, Suite 1307
Arlington, Virginia 22203

## DECISION AND ORDER OF THE IMMIGRATION JUDGE

The Respondent, a citizen of the United Kingdom, has filed what appears to be a *pro se* motion to reopen his *in absentia* order of removal due to lack of notice of his hearing. It appears that the Respondent is in long term detention in Denver, Colorado. The DHS Office of Chief Counsel in Arlington has indicated that it has attempted to review the motion and the circumstance of this case, but has not obtained information from its sister office where the Respondent is located.

A motion to reopen an order entered *in absentia* in a removal proceeding may be filed at any time where the alien demonstrates either that he did not receive notice of the hearing, or he can show he was in Federal or State custody and the failure to appear was through no fault of his own. See 8 C.F.R. §1003.23(b)(4)(ii). Based on the limited information before the court, the court will conclude out of an abundance of caution that the Respondent has met this standard and will reopen proceedings. The court will also change venue to Denver Colorado, where it appears Respondent is in long-term detention.

IT IS ORDERED THAT Respondent's Motion to Reopen be GRANTED.

February 15, 2008

_____
Garry D. Malphrus, U.S. Immigration Judge

1

Ex. 9