**Department of Homeland Security** — Record of Deportable/Inadmissible Alien

Subject ID: 274479488

| Field | Value |
|---|---|
| (APS) | |
| Name (Last, First, Middle) | Solomon Ben-Tov |
| Country of Citizenship | UNITED KINGDOM |
| US Address | 2803 W 28TH ST DENVER, COLORADO |
| Date, Place, Time, and Manner of Last Entry | 6/21/2002, Unknown Time, LOS, Visa Waiver Program |
| Passport Number and Country of Issue | |
| File Number | Case No: DEN0806G00005 / A077309675 |
| Passenger Boarded at | |
| Number, Street, City, Province (State) and Country of Permanent Residence | 3 GARRICK HOUSE CARRINGTON ST MAYFAIR LONDON, UNITED KINGDOM |
| Date of Birth | [redacted]/1960 |
| Age | 47 |
| City, Province (State) and Country of Birth | OTR, UNITED KINGDOM |
| Date of Action | 06/01/2008 |
| Location Code | DEN/DEN |
| AR | [X] |
| Form (Type and No.) Lifted | Not Lifted |
| NIV Issuing Post and NIV Number | |
| Date Visa Issued | |
| Social Security Account Name | |
| Social Security Number | [redacted] |
| Immigration Record | POSITIVE — See Narrative |
| Criminal Record | See Narrative |
| Name, Address, and Nationality of Spouse | |
| Father's Name, Nationality, and Address, if Known | See Father info in Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes [X] No [ ] |
| Systems Checks | See Narrative |
| Charge Code Word(s) | R1B |
| Name and Address of (Last)(Current) U.S. Employer | SELF EMPLOYED |
| Type of Employment | |
| Salary | |
| Employed from/to | / / / / |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Complexion | LBR |
| Height | 71 |
| Weight | 170 |
| Occupation | |
| Scars and Marks | None Indicated |
| FBI Number | [redacted] |
| Marital Status | [X] Single, Divorced, Married, Widower, Separated |
| Method of Location/Apprehension | CLC 520.3 |
| At/Near | Denver, Colorado |
| Date/Hour | 06/01/2008 |
| By | JASON CLEMENS |
| Status at Entry | Parolee |
| Status When Found | IN INSTITUTION |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Number and Nationality of Minor Children | CLAIMS NONE |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | Nationality: UNITED KINGDOM ACCO, Leonie SPA |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

PINS: 14171062

Left Index fingerprint    Right Index fingerprint

OTHER ALIASES KNOWN BY:
----------------------
COHEN, MICHAEL SAMUEL

FATHER NAME & ADDRESS
---------------------
Nationality: UNITED KINGDOM COHEN, Armand Simon
... (CONTINUED ON I-831)

Alien has been advised of communication privileges [signature] 06/01/08 (Date/Initials)

JASON CLEMENS
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of Immigration Officer)

Distribution:
File
Agent
GEO/State

Received (Subject and Documents) (Report of Interview)
Officer: JASON CLEMENS
on June 1, 2008
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: BENITO TRUJILLO       A/S,FO

Form I-213 (Rev. 02/01/07)

Ex. 10

U.S. Department of Homeland Security

Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| COHEN, Solomon Ben-Tov | A077309675 | 06/01/2008 |
| | Event No: DEN0806000005 | |

SFA

RECORDS CHECKED
---------------
CIS Pos
DACS Pos
NCIC Pos
TECS Pos

Record of Deportable/Excludable Alien:
ENCOUNTER DATA
Subject COHEN, Solomon was encountered at the Denver County Jail on 04/25/2008 during routine jail checks. COHEN stated that he is a citizen and national of England by virtue of birth. COHEN was not in possession of valid immigration documents allowing him to be or remain in the United States legally.

ENTRY DATA
COHEN stated that he entered the United States at or near Los Angeles, California, on or about 06/21/2002, after inspection and was admitted under the Visa Waiver Program

IMMIGRATION HISTORY
ICE/CIS database checks indicate COHEN has made several entries into the United States. 05/14/2000 subject attempted to entry via LAX however his application was withdrawn after during a sworn statement it was discovered that the subject was a drug user.

CRIMINAL HISTORY
See also FBI#83165NB4;
04/17/2000 arrested for DISORDERLY CONDUCT UNDER INFLU OF DRUGS San Francisco, CA
07/06/2003 arrested for POSS CONTROLLED SUBSTANCE San Diego, CA
07/18/2003 arrested for POSS CONTROLLED SUBSTANCE Santa Ana, CA
09/02/2003 arrested for FLEEING Salt Lake City, UT
06/17/2005 arrested for POSSESSION OF SCH I,II CONTROLLED SUBSTANCE Fairfax, VA
No dispositions could be found in these cases

07/23/2007 arrested for DANGEROUS DRUGS Denver, CO
These charges have been dropped.

SQ-11/NN-13 records checks for outstanding wants, warrants and lookouts were negative.

IMMIGRATION HISTORY
COHEN makes no claim to USC or LPR and is amenable to removal under 237(a)(1)(B) of the Immigration and Nationality Act, as amended, in that COHEN is an alien present in the United States who has stayed longer than one year without an adjustment of status. COHEN?s case was administratively closed on 04/03/2008 and will now be reopened.

DISPOSITION
COHEN was advised of his right to speak to a consulate officer from United Kingdom.
COHEN states he has no fear of persecution or torture if removed to United Kingdom.
COHEN has no immigration petitions or applications pending or approved.
COHEN does not appear to be 212(h) waiver eligible.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JASON CLEMENS | IMMIGRATION ENFORCEMENT AGENT |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Ex. 10

U.S. Department of Homeland Security     Continuation Page for Form **I213**

| Alien's Name | File Number | Date |
|---|---|---|
| COHEN, Solomon Ben-Tov | A077309675<br>Event No: DEN0806000005 | 06/01/2008 |

COHEN requested to see an immigration judge.
COHEN will be processed as an NTA.
Recommended bond is No Bond.

| Signature | Title |
|---|---|
| JASON CLEMENS | IMMIGRATION ENFORCEMENT AGENT |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Ex. 10