U.S. Department of Homeland Security

Solomon Ben-Tov COHEN AKA: COHEN, MICHAEL SAMUEL

**Notice of Custody Determination**

Event No: DEN0806000005
File No: A077 309 675
Date: 06/01/2008
PIN#: 14171062

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of the Department of Homeland Security.
☐ released under bond in the amount of $_____
☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of authorized officer)

SDDO
_____
(Title of authorized officer)

Denver, Colorado
_____
(Office location)

☒ I do   ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

_____        6/1/08
(Signature of respondent)                (Date)

---

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge     ☐ DHS Official     ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.
☐ Detain in custody of this Service.
☐ Bond amount reset to _____
☐ Release - Order of Recognizance
☐ Release - Personal Recognizance
☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 08/01/07)

Ex. 11