DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## NOTICE - IMMIGRATION BOND CANCELLED

**OBLIGOR**

Nadia Ezzelarab
4001 N. 9TH Street, Suite 222
Arlington, VA 22203

Alien File No. A 77 309 675

Cancellation Notice Date 06/19/2009

**IMMIGRATION BOND**

Bond Type: ☒ Cash  ☐ U.S. Bonds  ☐ Surety

Bond Post Date 03/30/2004

Bond Receipt No. WAS - 11,110

Amount $3,000.00

Alien's Name COHEN, Solomon Ben-Tov

The conditions of the above-described immigration bond appearing to have been satisfied, the bond is canceled. Any deposit of cash or U.S. bonds will be refunded to you upon receipt of proper documentation. Please comply with these instructions to complete your application. Inquiries regarding this form or your deposit should be addressed to the Department of Homeland Security Debt Management Center (DMC) at the address below.

SAVE THIS FORM. You must submit a COPY of this Form I-391 along with the ORIGINAL Form I-305, Receipt of DHS Official - U.S. Cash Accepted as Security on Immigration Bond (Delivery Confirmation recommended) to: Department of Homeland Security, Debt Management Center, P.O. Box 5000, Williston, VT 05495-5000. If you have lost your original Form I-305 you will be given an opportunity to submit an Original notarized Form I-395 Affadavit in Lieu of Lost Receipt.

If you wish to designate another person to receive the deposit on your behalf, you must complete a Designation of Attorney in Fact, Form I-312, designating that person and include the completed original notarized form in your application to the DMC.

If your address has changed you must furnish notice of the change of address to Department of Homeland Security, Debt Management Center, P.O. Box 5000, Williston, VT 05495-5000.

John Longshore / Field Office Director
Print Name/Title

iddress. Complete the information below and mail the

correspondence to:

City or Town, State                    Zip Code

Date

ICE Form I-391 (09/07)

EX. 14