**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   09-cv-01169-LTB-CBS

SOLOMON B. COHEN,

       Plaintiff,

v.

JOHN P. LONGSHORE, and
UNKNOWN MAIL CLERK, El Paso County Sheriff's Office

       Defendants.

___

**ORDER**
___

      This case is before me on the recommendation of the Magistrate Judge issued and served on October 24, 2011 (Doc 75).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) for Plaintiff's failure to prosecute and failure to comply with the Court's Orders, the Local Rules of Practice of the United States District Court for the District of Colorado, and the Federal Rules of Civil Procedure.

                                     BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   November 8, 2011