IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01169-LTB-CBS

SOLOMON B. COHEN,

    Plaintiff,

v.

JOHN P. LONGSHORE, and
UNKNOWN MAIL CLERK, El Paso County Sheriff's Office,

    Defendants.
_____

FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order (Doc. 76) entered by Judge Lewis T. Babcock on November 8, 2011, incorporated herein by reference, it is

ORDERED that the recommendation of the Magistrate Judge issued and served on October 24, 2011 (Doc. 75) is accepted and this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) for Plaintiff's failure to prosecute and failure to comply with the Court's Orders, the Local Rules of Practice of the United States District Court for the District of Colorado, and the Federal Rules of Civil Procedure.

DATED at Denver, Colorado this __14th__ day of November, 2011.

                                                GREGORY C. LANGHAM, CLERK

                                               By:   s/ Edward P. Butler
                                                        Edward P. Butler, Deputy Clerk